# Exhibit F



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Christopher Opila, Esq.

Re:    Appeal Nos. A-2025-02530; A-2025-02531; A-2025-02532 & A-2025-02533

Request Nos. 2025-84744; 2025-84734; 2025-84742 & 2025-84746

copila@immcouncil.org

**VIA:  Online Portal - 09/04/2025**

Dear Christopher Opila:

    This is to advise you that your administrative appeals from the actions of the Executive Office for Immigration Review (EOIR) were received in this Office on August 27, 2025.  You appealed from EOIR's denial of your requests for expedited treatment of your Freedom of Information Act (FOIA) requests.

    After carefully considering your appeal, and as a result of discussions between EOIR personnel and this Office, I am remanding your requests to EOIR for further processing of your requests for expedited processing.  You may appeal any future adverse determination made by EOIR.  If you would like to inquire about the status of these remanded requests, please contact EOIR directly at 703-605-1297.

    Finally, I note that you requested expedited treatment of your appeals.  Because I am closing your underlying appeals within ten calendar days, your request for expedited treatment of these appeals is moot.

    Please be advised that this Office's decision was made only after a full review of these matters.  Your appeals were assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeals, your underlying requests, and the actions of EOIR in response to your requests for expedited processing.

    If you are dissatisfied with my actions on your appeals, the FOIA permits you to file a

lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeals, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____

Christina Troiani
Chief, Administrative Appeals Staff