# Exhibit G

| | |
|---|---|
| **From:** | Perez Santiago, Jeniffer (EOIR) |
| **To:** | Chris Opila |
| **Cc:** | Raul Pinto; Rex Chen |
| **Subject:** | FW: DOJ-EOIR FOIA Request # 2025-84742 |
| **Date:** | Thursday, August 28, 2025 12:44:49 PM |

> **External sender** <jeniffer.perez.santiago@usdoj.gov>
> Make sure you trust this sender before taking any actions.

Good afternoon,

Thank you for your email.  Your request as-filed would require the Executive Office for Immigration Review to conduct an unreasonably burdensome search. DOJ regulations state that, "[t]o the extent possible, requesters should include specific information that may assist a component in identifying the requested records, such as the date, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number" and also that "requesters should include as much detail as possible about the specific records or the types of records that they are seeking." 28 C.F.R. § 16.3(b).  For this Office to respond to your request, EOIR would have to:

1. You are seeking "all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, **and other similar communication records**".  In this case, you have not defined the specific records or the types of records that you are seeking that's why we suggested to limit the scope to emails and calendar entries taking into consideration EOIR's capabilities for searching.  Also, you can provide search terms based on your topic.

2. In addition, you provided a list of the following custodian to be searches:
   a. The Chief Immigration Judge
   b. Regional Deputy Chief Immigration Judge ("RDCJ");
   c. An Assistant Chief Immigration Judge ("ACIJ");
   d. or a Court Administrator.

   EOIR currently has 72 courts.  Each court has a CA and could have several ACIJs, there are several RDCJs and one CIJ.  This search will include over 150 email accounts for a period over 4 months.

With regards your expedited request.  The FOIA regulations states that expedited treatment is granted if there is an exceptional need such as jeopardy to life or personal safety, a threatened loss of substantial due process rights, or an urgency to inform the public concerning actual or

alleged Federal Government activities. *See* 28 C.F.R. § 16.5(e).

Upon review of your request, it has been determined that you did not meet the threshold. Therefore, your request for expedited treatment has been denied.

If you need any further assistance or would like to discuss any aspect of your request, please contact the EOIR FOIA Service Center or FOIA Public Liaison at **EOIR.FOIArequests@usdoj.gov**. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the EOIR's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

**Jeniffer Pérez Santiago**
Associate General Counsel for FOIA
Office of the General Counsel
Executive Office for Immigration Review
Department of Justice
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041

---

**From:** Chris Opila <COpila@immcouncil.org>
**Sent:** Monday, August 18, 2025 2:49 PM
**To:** Perez Santiago, Jeniffer (EOIR) <Jeniffer.Perez.Santiago@usdoj.gov>
**Cc:** Raul Pinto <RPinto@immcouncil.org>; Rex Chen <rchen@latinojustice.org>

**Subject:** [EXTERNAL] RE: DOJ-EOIR FOIA Request # 2025-84742

Hi Jeniffer,

Please find attached a response from the American Immigration Council and LatinoJustice regarding EOIR's concern with this request's description. Our response also renews our application for expedited processing and supplements the record for that application.

Let me know if you have any additional questions or concerns. I look forward to working with you to get this request processed expeditiously.

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**Help us build a more welcoming country. Check out our national campaign.**

---

**From:** jeniffer.perez.santiago@usdoj.gov <jeniffer.perez.santiago@usdoj.gov>
**Sent:** Tuesday, August 5, 2025 11:46 AM
**To:** Chris Opila <COpila@immcouncil.org>
**Cc:** jeniffer.perez.santiago@usdoj.gov
**Subject:** DOJ-EOIR FOIA Request # 2025-84742

**External sender** <jeniffer.perez.santiago@usdoj.gov>
Make sure you trust this sender before taking any actions.

Re:      2025-84742
Dear Christopher Opila,
This correspondence is in response to your Freedom of Information Act (FOIA) request dated July 28, 2025 to the Executive Office for Immigration Review (EOIR) in which you seek all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records 2 between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records. A: The Chief Immigration Judge; A Regional

Deputy Chief Immigration Judge ("RDCJ"); An Assistant Chief Immigration Judge ("ACIJ"); or a Court Administrator. B: ICE Director;ICE Deputy Director; ICE Chief of Staff; ICE Associate Director of Enforcement and Removal Operations ("ERO"); The Director of ERO Field Operations; An Assistant Director of ERO Field Operations; An ERO Field Office Director; or an ERO Field Office Deputy Director. C: Expedited removal; an ICE enforcement operation in or near an immigration court; an ICE arrest in or near an immigration court; or dismissal or termination of immigration cases or proceedings in immigration court. (Date Range for Record Search: From 04/01/2025 To 07/28/2025).

EOIR cannot process your request at this time as it does not reasonably define a set of records to search as required by the FOIA and DOJ regulations. 5 U.S.C. § 522(a)(3); 28 C.F.R. § 16.3(b). DOJ regulations state that, "[t]o the extent possible, requesters should include specific information that may assist a component in identifying the requested records, such as the date, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number" and also that "requesters should include as much detail as possible about the **specific records or the types of records that they are seeking**." 28 C.F.R. § 16.3(b). **Some of the ways to narrow your request is to limit the search to only emails or calendar entries.**

Your request requires clarification and is on hold. Please contact EOIR to clarify your request. If we do not hear from you within 30 calendar days of this notice, we will assume that you are no longer interested, and your request will be administratively closed.

If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst who processed your request or the EOIR FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

Jeniffer Perez Santiago
Attorney Advisor