# Exhibit M

 Outlook

## RE: arrests at court

**From** EOIR, PAO (EOIR) <PAO.EOIR@usdoj.gov>
**Date** Tue 4/1/2025 9:00 PM
**To** jaesa@riguersilva.com <jaesa@riguersilva.com>
**Cc** Kessler, Bryan (EOIR) <(b)(6)@usdoj.gov>; Mattingly, Kathryn (EOIR) <(b)(6)@usdoj.gov>; Metz, Matthew (EOIR) <(b)(6)@usdoj.gov>; Comans, Jamee E. (EOIR) <(b)(6)@usdoj.gov>

Good afternoon,

Please contact the Department of Homeland Security, U.S. Immigration and Customs Enforcement for questions regarding enforcement activities.

Sincerely,

U.S. Department of Justice
Executive Office for Immigration Review
/MSM

---

**From:** Kessler, Bryan (EOIR) <(b)(6)@usdoj.gov>
**Sent:** Thursday, March 27, 2025 1:12 PM
**To:** Jaesa McLin <jaesa@riguersilva.com>
**Cc:** Mattingly, Kathryn (EOIR) <(b)(6)@usdoj.gov>; Metz, Matthew (EOIR) <(b)(6)@usdoj.gov>; Comans, Jamee E. (EOIR) <(b)(6)@usdoj.gov>
**Subject:** RE: [EXTERNAL] arrests at court

Afternoon Jaesa,

We're not currently holding stakeholder meetings. EOIR's Office of Policy handles all press communications for the agency and can be reached at 703-305-0289 or by email at pao.eoir@usdoj.gov. For other questions, please feel free to email ACIJ Comans who I've copied above.

Respectfully,
Bryan


**Bryan Kessler, Esq.**
**Court Administrator**
**Executive Office for Immigration Review**
**New Orleans Immigration Court**
**365 Canal St., Suite 500**
**New Orleans, LA 70130**
(b)(6)



**From:** Jaesa McLin <jaesa@riguersilva.com>
**Sent:** Thursday, March 27, 2025 10:47 AM
**To:** Kessler, Bryan (EOIR) <(b)(6)@usdoj.gov>
**Subject:** [EXTERNAL] arrests at court

Bryan,

I request an emergency liaison meeting to discuss the recent arrests happening in court.

Jaesa W. McLin, LLM, JD
Partner/Attorney at Law
RIGUER SILVA, LLC
3213 Florida Ave., Suite C
Kenner, LA 70065
(504) 466-7507

Confidentiality Notice:
The electronic mail message you have received and any files attached and transmitted are intended solely for the proper addressee(s) and may be legally privileged and/or contain confidential information. If you have received this email in error, please delete it and all other copies from your system without reading the contents or opening the attachments, destroy any hard copies that may have been printed, and notify the sender so that no further mail or information will be directed to you. Any unauthorized use, copying, forwarding, printing, or otherwise disclosing the email contents, attachments, or information contained herein may be unlawful.