# Exhibit N

| | |
|---|---|
| **From:** | Chris Opila |
| **To:** | Perez Santiago, Jeniffer (EOIR) |
| **Cc:** | Rex Chen; FOIARequests, EOIR (EOIR); Raul Pinto |
| **Subject:** | RE: 2025-84733: Question re August 11 Determination |
| **Date:** | Friday, August 15, 2025 5:44:00 PM |
| **Attachments:** | 2025.08.15_2025-84733_Appeal & Exhibits.pdf |

Hi Jeniffer,

Thank you for clarifying that the August 11, 2025, letter is EOIR's final response on 2025-84733.

Requesters appealed that response today since there are at least two known pieces of responsive EOIR guidance for ICE arrests at immigration court that the agency did not locate in its search. These responsive records are included in the attached appeal as Exhibits E and F.

For the sake of administrative efficiency and processing expediency, Requesters urge EOIR to reconsider both the adequacy of its search and its decision to not provide a description of the search performed. If Requesters know how the agency has searched for responsive records to date, we can better advise the agency of additional custodians of responsive records and methods to locate those records, thereby conserving agency resources.

Enjoy your weekend.

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**Help us build a more welcoming country. Check out our national campaign.**

---

**From:** Perez Santiago, Jeniffer (EOIR) <Jeniffer.Perez.Santiago@usdoj.gov>
**Sent:** Thursday, August 14, 2025 8:35 AM
**To:** Chris Opila <COpila@immcouncil.org>
**Cc:** Rex Chen <rchen@latinojustice.org>; FOIARequests, EOIR (EOIR) <EOIR.FOIARequests@usdoj.gov>; Raul Pinto <RPinto@immcouncil.org>
**Subject:** RE: 2025-84733: Question re August 11 Determination

> **Warning: Unusual sender** <jeniffer.perez.santiago@usdoj.gov>
> You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Good morning,

The August 11, 2025, letter is the final response.  We do not have additional records. EOIR does not deal with ICE enforcement.  We suggest you submit a FOIA request with DHS.

Sincerely,


**Jeniffer Pérez Santiago**
Associate General Counsel for FOIA
Office of the General Counsel
Executive Office for Immigration Review
Department of Justice
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041

---

**From:** Chris Opila <COpila@immcouncil.org>
**Sent:** Wednesday, August 13, 2025 5:04 PM
**To:** Perez Santiago, Jeniffer (EOIR) <Jeniffer.Perez.Santiago@usdoj.gov>
**Cc:** Rex Chen <rchen@latinojustice.org>; FOIARequests, EOIR (EOIR) <EOIR.FOIARequests@usdoj.gov>; Raul Pinto <RPinto@immcouncil.org>
**Subject:** [EXTERNAL] 2025-84733: Question re August 11 Determination

Hi Jeniffer Perez Santiago,

I hope that this email finds you well. EOIR issued the attached "final response" and production in 2025-84733 on August 11, 2025. Final Response 2025-84733 (attached). I write to clarify whether this is the agency's final determination on this request or whether there are additional, forthcoming determinations and productions from other searches.

For background, 2025-84733 seeks "all guidance, instructions, policies, and other similar records created by, provided to, or otherwise in the possession of EOIR for ICE enforcement operations or arrests at or near an immigration court issued since January 20, 2025." *See* 2025-84733_Immigr. Ct. Arrest Policies FOIA (EOIR) (attached). It notes that responsive

records could take the form of emails, *id.* at 1 n. 1—such as an email about "DHS carrying out enforcement actions in or near EOIR space," *see* Mark Rivera et al., *ICE Arrests at Immigration Court in Chicago, Nationwide Labeled 'Unlawful' in New Lawsuit*, ABC 7 Chicago (July 18, 2025, 8:36 PM), https://abc7chicago.com/post/us-immigration-news-ice-arrests-courts-chicago-nationwide-labeled-unlawful-new-lawsuit-trump-administration/17186490/).

The August 11 production consists of only a two-page email chain about a request for "an emergency liaison meeting to discuss the recent arrest happening in court" in Louisiana. 2025-84733 (attached). Requesters believe that additional records exist, including not only the email discussing DHS enforcement actions cited above but also additional correspondence involving staff at immigration courts outside of Louisiana that amounts to court-specific guidance for ICE enforcement activities at those courts (akin to the two-page email EOIR produced for Louisiana courts).

Can you clarify whether they are any outstanding searches and productions for 2025-84733? If there are not, can you provide a short description of the search EOIR performed to help Requesters assess the reasonableness of that search?

Thanks for your time and assistance.

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**Help us build a more welcoming country. Check out our national campaign.**