# Exhibit O

 

August 15, 2025

**Via Office of Information Policy FOIA Star Portal & Certified Mail**

Office of Information Policy (OIP)
United States Department of Justice
441 G Street, NW, 6th Floor
Washington, D.C. 20530

Director of Public Affairs
Office of Public Affairs
Department of Justice,
950 Pennsylvania Avenue NW.
Washington, DC 20530–0001

Re:     2025-84733 – Appeal of Final Response

Dear FOIA Appeals Officer:

The American Immigration Council (the "Council") and LatinoJustice PRLDEF (collectively, "Requesters") filed Request No. 2025-84733 with the Executive Office for Immigration Review ("EOIR") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, on July 28, 2025, and sought expedited processing. Ex. A.

EOIR denied expedited processing on July 30, 2025, Ex. B., and issued a final response on August 11, 2025, Ex. C. Along with its final response, the agency produced in-part a two-page email chain about a private attorney's request for "an emergency liaison meeting to discuss the recent arrests happening in court" in Louisiana. Ex. D.

Requesters appeal the search underlying this response as well as the denial of their request for expedited processing. They also seek expedited processing of their appeal.

## I.    REQUEST'S SCOPE

The Request seeks all guidance, instructions, policies, and other similar records[1] created by, provided to, or otherwise in the possession of EOIR for ICE enforcement operations or arrests at or near an immigration court issued since January 20, 2025. Ex. A at 1.

---

[1] These records include but are not limited to guidance, instructions, policies, and other similar records that take the form of an email sent by EOIR.ocij.all.of.acijs@doj365.onmicrosoft.com. *See* Mark Rivera et al., *ICE Arrests at*

## II.  AGENCY'S UNREASONABLE SEARCH

EOIR's search for records responsive to the Request is unreasonable. As an initial matter, the agency's bare description of its search is not an adequate administrative determination, so Requesters are not able to appeal the response fulsomely. Nevertheless, even the limited information available indicates the agency's search was inadequate. EOIR failed to follow obvious leads for responsive records or locate responsive records known to exist. And, on information and belief, the agency also did not search locations and systems likely to contain responsive records or use appropriate search methods and search terms in the locations and systems it searched.[2]

### A.  REASONABLE SEARCH STANDARD

EOIR must "ma[k]e a good faith effort to conduct a search for the requested records, using methods which can be reasonably expected to produce the information requested." *Oglesby v. U.S. Dep't of Army*, 920 F.2d 57, 687 (D.C. Cir. 1990). It "cannot limit its search to only one record system if there are others that are likely to turn up the information requested." *Campbell v. U.S. Dep't of Just.*, 164 F.3d 20, 28 (D.C. Cir. 1998) (internal quotation marks omitted); *see also Oglesby*, 920 F.2d at 68 (requiring agencies to search "all files likely to contain responsive materials"). Nor may EOIR ignore "obvious leads to discover requested documents," *Valencia-Lucena v. U.S. Coast Guard*, 180 F.3d 321, 326 (D.C. Cir. 1999), including evidence for the existence of responsive emails, *Albaldejo v. Immigr. & Customs Enf't*, 518 F. Supp. 3d 496, 502-04 (D.D.C. 2021).

Keywords for any electronic search must also be "reasonably calculated to uncover all relevant documents." *Am. Oversight v. U.S. Dep't of Health & Hum. Servs.*, 101 F.4th 909, 923 (D.C. Cir. 2024). So, keywords may not be compound or plural, *Bader Family Found. v. U.S. Dep't of Educ.*, 630 F. Supp. 3d 36, 44 (D.D.C. 2022), or omit "obvious alternative terms," *Am. Oversight*, 101 F.4th at 923. The agency must also conduct iterative keyword searches, i.e. "use the responses … obtain[ed]" from one keyword search (or the lack thereof) "to generate more precise searches." *Shteynlyuger v. Ctrs. for Medicare & Medicaid Servs.*, 698 F. Supp. 3d 82, 113 (D.D.C. 2023).

A search is also unreasonable where it fails to locate known, responsive records. *Bader Family Found.*, 630 F. Supp. 3d at 42-43; *see also Ilturralde v. Comptroller of Currency*, 315 F.3d 311 (D.C. Cir. 2003) (placing "significant weight on the fact that a records search failed to turn up a particular document in analyzing the adequacy of a records search").

---

*Immigration Court in Chicago, Nationwide Labeled 'Unlawful' in New Lawsuit*, ABC 7 Chicago (July 18, 2025, 8:36 PM), https://abc7chicago.com/post/us-immigration-news-ice-arrests-courts-chicago-nationwide-labeled-unlawful-new-lawsuit-trump-administration/17186490/ (referencing email notifying immigration judges of ICE enforcement operations in immigration courts).

[2] Given the lack of information about the search, Requesters reserve the right to make other objections to the agency's search later in administrative processing and/or in any litigation, including but not limited to objections to the custodians tasked with performing the searches, the locations searched, the searches' methodologies, and the failure to follow other obvious leads.

B.  DEFECTS IN EOIR'S SEARCH

At minimum, EOIR's search is deficient for not following obvious leads for locating requested records and not uncovering two responsive records that are known to exist and attached as Exhibits E and F to this appeal:

1.  Policy Memorandum 25-06 Cancellation of Operation Policies and Procedures Memorandum 23-01 rescinds previous guidance "purporting to prohibit some—but not all—civil immigration enforcement by the Department of Homeland Security (DHS) in or near EOIR space." Ex. E at 1. Issued on January 28, 2025, this memorandum is responsive to the Request, yet EOIR's search did not locate it.
2.  Guidance to Assistant Chief Immigration Judges ("ACIJs") advises them of "DHS Enforcement actions at or near EOIR facilities" and directs them to (i) ensure that "Judges under [their] supervision and, [their] administrative staff are familiar Policy Memo 25-06"; and (ii) "[i]f [they] encounter any unusual circumstances with an enforcement action, please reach out to [their] RDCIJ to discuss." Ex. F at 1. Emailed on May 30, 2025, this guidance is responsive to the Request, yet EOIR's search did not located it.

Failure to locate the May 30, 2025, email guidance is particularly glaring since the Request discusses it and provides an obvious lead to it. *See* Ex. A at 2 n. 1 ("referencing an email notifying immigration judg[es] of ICE enforcement operations in immigration courts"). Had the agency clicked on the hyperlinked provided to the news article discussing this guidance and read that article, it would have found a link to a copy of the May 30, 2025, email on the website of the American Immigration Lawyers' Association ("AILA"). The agency could have then used AILA's copy of the email to craft a search methodology that would have returned the May 30, 2025, email guidance in EOIR's possession (and likely other responsive records).

On information and belief, EOIR's search is also deficient for not searching locations and systems likely to contain responsive records or using appropriate search methods and search terms in the locations and systems searched. Though, Requesters lack sufficient information at this time to make more detailed objections to search locations and methods. The agency did not describe its search in its final response or provide this description over email after Requesters asked it to do so. Ex. G. Should the agency provide a more detailed description of its search that specifies custodians, repositories, and search methods (including search terms), Requesters will supplement their appeal with more detailed objections to these aspects of the search.

III.  EXPEDITED PROCESSING

Requesters seek expedited processing of this appeal and the underlying request on remand. They certify that the statements herein are "true and correct" pursuant to 28 C.F.R. § 16.5(e)(3).

FOIA and U.S. Department of Justice implementing regulations obligate the agency to process appeals expeditiously in two cases: (i) those where a requester "demonstrates a compelling

need"—such as "urgency to inform the public concerning actual or alleged Federal Government activity" if the requester is "primarily engaged in disseminating information,"5 U.S.C. § 552(a)(6)(E)(i), (v); *see also* 28 C.F.R. § 16.5(e)(1); 28 C.F.R. § 16.5(1)(ii); and (ii) "in other cases determined by the agency," 5 U.S.C. § 552(a)(6)(E)(i), which, for the Department of Justice, include "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence," 28 C.F.R. § 16.5(e)(1)(ii), (iv). Both cases exist here, which not only necessitate expedited processing of this appeal but also render the decision to deny expedited processing on the underlying Request erroneous.

A.    A MATTER OF WIDESPREAD AND EXCEPTIONAL INTEREST RAISING GOVERNMENT INTEGRITY CONCERNS

EOIR's role in ICE arrests at and near immigration courts is a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

Fifty articles on an issue make it a matter of widespread and exceptional public interest. *Citizens for Resp. & Ethics in Wash. v. U.S. DOGE Serv.*, Case No. 25-cv-511 (CRC), 2025 WL 752367, at *13 (D.D.C. Mar. 10, 2025) (hereinafter "CREW") *see also Brennan Ctr. for Just. v. Dep't of Com.* 498 F. Supp. 3d 87, 97 (D.D.C. 2020). A "handful of articles" also establishes such interest where the articles are "in a variety of publications" and "repeatedly reference the ongoing national discussion." *Am. Civ. Liberties Union v. Dep't of Just.*, 321 F. Supp. 2d 24, 32 (D.D.C. 2004).

The Request referenced one hundred and twenty-one articles in nationwide, state, local, and international media outlets that covered ongoing ICE arrests at or near immigration courts in throughout the country between May 20, 2025, and the Request's filing date. Ex. A at 3-8 n. 2. The Request elaborated on the doubts expressed by many of these articles about the integrity of ICE arrests at immigration courts and how numerous articles described the arrests as a due process violation and/or a tactic to increase deportations, forum shop, and scare noncitizens into giving up on their immigration cases. *Id.* at 8-9 & n. 3. The Request also highlighted allusions in media coverage to possible coordination between ICE and EOIR as well as several editorials decrying the arrests as a "set up" and for disregarding due process. *Id.* at 8-9 & ns. 4-5. Further, the Request discussed the outrage that Americans around the country have expressed about arrests at immigration courts, including how members of the public are protesting these arrests outside immigration courts in New York, Seattle, San Francisco, and elsewhere and accompanying noncitizens to immigration court hearings. *Id.* at 9-10 & ns. 6-7. Finally, the Request noted that at least four federal judges have also deemed specific arrests at immigration courts unlawful and ordered ICE to release the arrestees, while a class of noncitizens represented by several rights groups has also sued to stop the arrests nationwide. *Id.* at 10 & ns. 8-9.

Since the Request's filing about two weeks ago, media outlets have continued to cover ICE arrests at immigration courts extensively and discuss the public's ongoing concerns with these

arrests' integrity. Media outlets have published another twenty-four articles[3] about arrests in or near immigration courts. Twelve of these articles express concerns about these tactics' integrity

[3] Gwynne Hogan, *Arrests Nearly Halt at Immigration Court. One Reason: Fewer People are Showing Up*, The City (Aug. 15, 2025, 5:00 AM), https://www.thecity.nyc/2025/08/15/arrests-down-immigration-court-no-shows/; Margaret Kadifa, *ICE Arrests One Asylum-Seeker from S.F. Immigration Court*, Mission Local (Aug. 14, 2025, 1:35 PM), https://missionlocal.org/2025/08/ice-arrests-asylum-seeker-thursday/; Colin Kalmbacher, *'Erroneous Deprivation of Liberty': Angry Judge Swipes at Trump Admin Over 'Game of Detention Roulette' and "Masked" ICE Agents at Immigration Hearings in Habeas Case*, Law & Crime (Aug. 14, 2025, 12:39 PM), https://lawandcrime.com/high-profile/erroneous-deprivation-of-liberty-angry-judge-swipes-at-trump-admin-over-game-of-detention-roulette-and-masked-ice-agents-at-immigration-hearings-in-habeas-case/; Elie Quinlan Houghtaling, *Judge Torches Trump for Letting ICE Arrest People at Immigration Court*, New Republic (Aug. 14, 2025, 10:48 AM), https://newrepublic.com/post/199098/judge-donald-trump-ice-immigration-court-due-process; Jose Pagliery, *Ex-Immigration Judge Reveals Tactics Used to Arrest Migrants Who Show Up for Court*, NOTUS (Aug. 14, 2025, 5:18 AM), https://www.notus.org/courts/former-immigration-judge-court-hearings-ice-arrest; Haidee Chu & Gwynne Hogan, *NYC Is the Nation's Capital of Immigration Courthouse Arrests, New Data Analysis Shows*, The City (Aug. 11, 2025, 5:00 AM), https://www.thecity.nyc/2025/08/11/26-federal-plaza-immigration-court-trump-arrests-data-analysis/; Dean Moss, *'Give Me Liberty or Give Me Death': Anti-ICE Protestors Dressed as Lady Justice, Statute of Liberty Arrested outside of Manhattan Immigration Court*, AMNY (Aug. 11, 2025), https://www.amny.com/news/anti-ice-protesters-dressed-lady-justice-immigration-court/; Luis Ferré-Sadurní, *ICE Is Holding Migrants in Crowded and Unsanitary Cells, Suit Claims*, NY Times (Aug. 8, 2025), https://www.nytimes.com/2025/08/08/nyregion/immigration-holding-cells-lawsuit-aclu.html; Deepa Bharath, *Faith Leaders Rally to Support Immigrants Facing Deportation in Southern California*, Associated Press (Aug. 8, 2025, 7:01 AM), https://apnews.com/article/faith-leaders-california-trump-immigration-crackdown-c08b988309584aa3fdd4f86d8b1ee272; Arya Sundaram, *NYPD Arrests 15 in Lower Manhattan Protest Against Immigrant Enforcement Tactics*, Gothamist (Aug. 8, 2025), https://gothamist.com/news/nypd-arrests-15-in-lower-manhattan-protest-against-immigration-enforcement-tactics; Tim Henderson, *ICE Has a New Courthouse Tactic: Get Immigrants' Cases Tossed, Then Arrest Them Outside,* Stateline (August 6, 2025, 5:00 AM), https://stateline.org/2025/08/06/ice-has-a-new-courthouse-tactic-get-immigrants-cases-tossed-then-arrest-them-outside/; William Brangham, *Jesuit Priest Describes Seeing ICE Agents Target Migrants at Immigration Court*, PBS News (Aug. 4, 2025, 6:30 PM), https://www.pbs.org/newshour/show/jesuit-priest-describes-seeing-ice-agents-target-migrants-at-immigration-court; Luis Ferré-Sadurní & Ashley Cai, *Trump's Immigrant Crackdown in New York: More Arrests, Longer Detention,* (Aug. 4, 2025, 10:04 AM), https://www.nytimes.com/2025/08/04/nyregion/new-york-immigrant-arrests-trump.html; Crystal Cranmore, *Westchester High School Grad Detained by ICE After Routine Visa Hearing, Family Says*, ABC 7 (Aug. 4, 2025, 6:27 AM), https://abc7ny.com/post/westchester-high-school-grad-detained-ice-routine-visa-hearing/17407805/; Todd Heisler et al., *Anatomy of an ICE Arrest*, NY Times (August 3, 2025), https://www.nytimes.com/2025/08/03/nyregion/immigrant-arrests-courthouse.html; Margaret Kadifa, *Four Out of Five Asylum Seekers Arrested Friday in S.F. Immigration Court*, Mission Local (Aug. 1, 2025, 5:04 PM), https://missionlocal.org/2025/08/four-arrested-friday-immigrationcourt/ (hereinafter, "Kadifa re: Friday Arrests"); Brant Bingamon, *Judges Are Ignoring the Rule of Law in Immigration Court, Greg Casar Says*, The Austin Chronicle (Aug. 1, 2025), https://www.austinchronicle.com/news/2025-08-01/judges-are-ignoring-the-rule-of-law-in-immigration-court-greg-casar-says/; Margaret Kadifa, *Immigrants Arrested in S.F. Friday Sent to Arizona*, Mission Local (July 30, 2025, 4:55 PM), https://missionlocal.org/2025/07/immigrants-sent-arizona/; Hayley Miller, *ICE Arrests at NYC Immigration Court Offer Harrowing Snapshots of Trump's Crackdown*, MSNBC (July 30, 2025, 1:01 PM), https://www.msnbc.com/msnbc/amp/shows/top-stories/blog/rcna221970; Jacob Soboroff, *Witnessing ICE Arrests Inside NYC Immigration Courthouse*, MSNBC (July 29, 2025), https://www.msnbc.com/msnbc/watch/witnessing-ice-arrests-inside-nyc-immigration-courthouse-244023365688; Margaret Kadifa, *Immigrants Arrested in S.F. Are Being Sent to Prison in Hawaii*, Mission Local (July 29, 2025, 1:26 PM), https://missionlocal.org/2025/07/immigrants-flown-hawaii/; Emiliano Tahu Gómez, *'Unconstitutional Death Row': At San Antonio Immigration Court, Rep. Casar Decries Arrests, Gets Few Answers*, Austin American-Statesman (July 28, 2025, 6:19 PM),

or possible collusion between ICE and EOIR.[4] Ten cover public pushback against these dubious tactics—protests outside immigration courts and accompaniment to immigration proceedings.[5] And two cover a fifth order by a federal judge ruling that a specific arrest at an immigration court was unlawful wherein the judge decried such arrests as "detention roulette."[6]

As noted in the Request, responsive records will address critical integrity questions left open by existing media coverage. Such records will show the extent of EOIR's involvement in ICE arrests in and near its immigration courts and what instructions and guidance EOIR has provided to immigration judges, court administrators, and other immigration court staff regarding these arrests. Therefore, expedited processing of this appeal and the Request on remand is warranted.

  B.  URGENCY TO INFORM THE PUBLIC ABOUT FEDERAL GOVERNMENT ACTIVITY BY A REQUESTER

Additionally, and alternatively, expedited processing is warranted based on the Council's compelling need for the records sought. The Council is primarily engaged in disseminating information. And urgency also exists to inform the public about the extent of EOIR's involvement in ICE arrests in and near its immigration courts and any instructions and guidance the agency has provided to immigration judges, court administrators, and other immigration court staff about these arrests.

  1.  *The Council Primarily Engages in Information Dissemination*

As noted in the Request, the Council primarily engages in disseminating information and analysis on immigration and other issues. Organizations primarily engaged in information dissemination include not only "media organizations and newspapers," *Heritage Found. v. Entl. Prot. Agency*, Civil Action No. 23-748, 2023 WL 2954418, *3 (D.D.C. 2023), but also "non-partisan law and public policy group[s]" like the Council that "regularly write[], publish[], and disseminat[e], information online," *Brennan Ctr. for Just.*, 498 F. Supp. 3d at 98 (Brennan Center); *see also Ctr. for Pub. Integrity v. U.S. Dep't of Def.*, 411 F. Supp. 3d 5 (D.D.C. 2019) (Center for Public Integrity); *Protect

https://www.statesman.com/story/news/politics/government/2025/07/28/unconstitutional-death-row-san-antonio-immigration-court-rep-casar-decries-arrests-gets-few-answers/85415560007/ (hereinafter, "Gómez re: San Antonio"); Meredith Haas, *ICE Arrests Outside SA Immigration Court Draw Criticism from Lawmakers, Advocates*, KENS5 (July 28, 2025, 6:06 PM), https://www.kens5.com/article/news/local/san-antonio-texas-immigration-court-ice-arrests-deportation-congressman-greg-casar-advocates-lawmakers/273-dd5bcb13-bcb5-4ea2-b6bb-9827e056376c; Sanford Nowlin, *U.S. Rep. Greg Casar Calls ICE Arrests at San Antonio Immigration Court 'Disturbing, Dystopian'*, San Antonio Current (July 28, 2025, 5:03 PM), https://www.sacurrent.com/news/us-rep-greg-casar-calls-ice-arrests-at-san-antonio-immigration-court-disturbing-dystopian-38097422.
[4] Hogan, *supra* n. 3; Kalmbacher, *supra* n. 3; Houghtaling, *supra* n. 3; Pagliery, *supra* n. 3; Chu & Hogan, *supra* n. 3; Bharath, *supra* n. 3; Henderson, *supra* n. 3; Brangham, *supra* n. 3; Heisler et al., *supra* n. 3; Bingamon, *supra* n. 3; Gómez, *supra* n. 3; Haas, *supra* n. 3.
[5] Hogan, *supra* n. 3; Chu & Hogan, *supra* n. 3; Moss, *supra* n. 3; Bharath, *supra* n. 3; Sundaram, *supra* n. 3; Henderson, *supra* n. 3; Brangham, *supra* n. 3; Cranmore, *supra* n. 3; Kadifa re: Friday Arrests, *supra* n. 3; Bingamon, *supra* n. 3.
[6] Kalmbacher, *supra* n. 3; Houghtaling, *supra* n. 3.

*Dem. Proj. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 298 (D.D.C. 2017) (Protect Democracy Project); *Am. Civil Liberties Union*, 321 F. Supp. 2d at 29 n.5 (Electronic Privacy Information Center ("EPIC")).

Like Brennan Center, Protect Democracy Project, EPIC, and Center for Public Integrity, the Council authors factsheets and special reports on proposed and actual immigration policies, some of which shape media coverage in outlets across the nation.[7] It also analyzes immigration data and other government records—including those obtained through FOIA requests like this one—in interactive web reports.[8] And it circulates its reports and factsheets through its website,[9] blog, email newsletters, and an X (formerly known as Twitter) account with 64.9 thousand followers.[10]

> 2. *Urgency Exists to Inform the Public*

As asserted in the Request, urgency also exists to inform the public about the extent of EOIR's involvement in ICE arrests in and near its immigration courts and any instructions and guidance the agency has provided to immigration judges, court administrators, and other immigration court staff about these arrests.

Requisite urgency exists where "the request touches on 'a matter of current exigency to the American public'" and delay "compromises a significant recognized interest." *Protect Dem. Proj.*, 263 F. Supp. 3d 293 at 299 (quoting *Al-Fayed v.* CIA, 254 F.3d 300, 310 (D.C. Cir. 2001)). The above topics are exigent to the American public, as demonstrated by the one hundred twenty-one articles about them cited in the Request, the additional twenty-four articles cited in this appeal, and the protests outside immigration courts. *See CREW*, 2025 WL 752367, at *13 (finding urgency to inform the public based on at least fifty articles on the issue); *Am. Civil Liberties Union of No. Cal. v. U.S. Dep't of Def.*, No. C 06-01698, 2006 WL 1469418, at *6 (N.D. Cal. May 25, 2006) (same); 28

---

[7] *See, e.g., Trump-Backed Mass Deportations Would Cost Billions*, Report Says, CBS News (Oct. 3, 2024), https://www.cbsnews.com/video/trump-backed-mass-deportations-would-cost-billions-report/ (discussing Am. Immigr. Council, Mass Deportation: Devasting Costs to America, Its Budget and Economy (Oct. 2, 2024), https://www.americanimmigrationcouncil.org/report/mass-deportation/); Emma Goldberg, *What if Trump Deported Millions of Immigrants*, The New York Times (Oct. 22, 2024), https://www.nytimes.com/interactive/2024/10/22/us/elections/trump-deportation.html?unlocked_article_code=1.Uk4.Pjao.99QiYFTTpEl6 (same); *What Trump's Mass Deportation Plan Might Look Like If He Wins the Election*, 60 Minutes (Oct. 27, 2024), https://www.youtube.com/watch?v=WjCHjwlSMFI (same); *Mass Deportations*, Last Week Tonight (Oct. 27, 2024), https://www.youtube.com/watch?v=0UEhMDAlX1Y (same); *The Costs of Mass Deportation? Expert Breaks Down Trump's Immigration Plan*, Amanpour & Company, (Oct. 28, 2024), https://www.youtube.com/watch?v=Dmfo3atidKE (same).
[8] *See* Am. Immigr. Council, Torrance County Detention Facility: Troubling Role in Detaining Haitian Migrants During the 2021 Del Rio Incident (2024), https://www.americanimmigrationcouncil.org/foia/torrance-detention-facility; Am. Immigr. Council, Ohio, We Have a Problem: Border Patrol & Local Law Enforcement's Patterns & Tactics of Abuse in Ohio's Immigration Enforcement (2024), https://www.americanimmigrationcouncil.org/foia/ohio-border-patrol-abuse; Am. Immigr. Council, Refugee Resettlement in U.S. Cities (2019), https://data.americanimmigrationcouncil.org/en/refugee-resettlement-us/#exploratory_tool
[9] The Council's website received 4,506,460 views from 2,952,034 different users in 2024.
[10] *See* https://x.com/immcouncil.

C.F.R. § 16.5(e)(3) ("The existence of numerous articles published on a given subject can be helpful to establishing the requirement that there be an 'urgency to inform' the public on the topic.").

Delayed production of EOIR policies and guidance for ICE arrests at and near immigration courts is compromising the ongoing public debate about these arrests' propriety and immigration courts' independence. *Cf. CREW*, 2025 WL 752367, at *13 (expediting a request for records about the U.S. DOGE Service); *Protect Dem. Proj.*, 263 F. Supp. 3d 293 at 299 (expediting a request for records about a possible unlawful airstrike on Syria); *Am. Civil Liberties Union of N. Cal. v. U.S. Dep't of Def.*, No. C. 06-01698, 2006 WL 1469418, at *6-7 (N.D. Cal. May 25, 2006) (expediting a request for records about possible unlawful military surveillance of protestors); *Freedom Coalition of Doctors for Choice v. Ctrs. For Disease Control & Prevention*, 2:23-cv-102, 2024 WL 69084, at *14 (N.D. Tex. Jan. 5, 2024) (expediting a request disputing the effectiveness of COVID-19 vaccines).

Therefore, expedited processing of this appeal and the Request on remand is warranted.

*** 

Thank you for your attention to this request. If you have any questions regarding this request, please do not hesitate to contact us.

Very truly yours,

/s/ Chris Opila                     /s/Rex Chen
Christopher ("Chris") Opila         Rex Chen
Staff Attorney (Transparency)         Supervising Counsel for Immigrant Rights
American Immigration Council         LatinoJustice PRLDEF,
PMB2026                          475 Riverside Drive Suite 1901
2001 L Street N.W., Suite 500        New York, NY 10115
Washington, DC 20036             212-219-3360 | rchen@latinojustice.org
202-507-7699 | copila@immcouncil.org

Enclosures:
    A. FOIA Request No. 2025-84733
    B. EOIR Expedited Processing Denial
    C. EOIR Final Response for 2025-84733
    D. EOIR Production for 2025-84733
    E. Policy Memorandum 25-06
    F. Responsive May 30, 2025, Email
    G. Email Correspondence with FOIA Officer

 **Exhibit A** 

July 28, 2025

**Via Public Access Link Portal & Certified Mail**

U.S. Department of Justice
Executive Office for Immigration Review
Office of General Counsel – FOIA Service Center
5107 Leesburg Pike, Suite 1903
Falls Church, VA 22041

Director of Public Affairs
Office of Public Affairs
Department of Justice,
950 Pennsylvania Avenue NW.
Washington, DC 20530–0001

Re:    Freedom of Information Act Request on Terminations of Immigration Proceedings and ICE Arrests at Immigration Courts

Dear FOIA Officer:

The American Immigration Council (the "Council") and LatinoJustice PRLDEF (collectively, "Requesters") submit this request to the Executive Office for Immigration Review ("EOIR") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Since around the middle of May 2025, U.S. Immigration Customs and Enforcement ("ICE) has been arresting noncitizens in or near EOIR immigration courts after they appear for a hearing in their immigration case. Requesters seek certain records about these arrests as well as expedited processing and a fee waiver.

## I.    REQUEST FOR INFORMATION

Requesters seek all guidance, instructions, policies, and other similar records[1] created by, provided to, or otherwise in the possession of EOIR for ICE enforcement operations or arrests at or near an immigration court issued since January 20, 2025.

---

[1] These records include but are not limited to guidance, instructions, policies, and other similar records that take the form of an email sent by EOIR.ocij.all.of.acijs@doj365.onmicrosoft.com. *See* Mark Rivera et al., *ICE Arrests at Immigration Court in Chicago, Nationwide Labeled 'Unlawful' in New Lawsuit*, ABC 7 Chicago (July 18, 2025, 8:36 PM), https://abc7chicago.com/post/us-immigration-news-ice-arrests-courts-chicago-nationwide-labeled-unlawful-new-

## II.  FORMAT OF PRODUCTION

Requesters seek responsive electronic records in a machine-readable, native file format, with all metadata and load files. Requesters ask EOIR to produce responsive materials in their entirety, including all attachments, appendices, enclosures, and/or exhibits, in a text-searchable, static-image format (PDF), in the best image quality in the agency's possession, and that the records be provided in separate, Bates-stamped files.

## III.  EXPEDITED PROCESSING

Requesters seek expedited processing of this request and certify that the statements herein are "true and correct" pursuant to 28 C.F.R. § 16.5(e)(3). FOIA obligates EOIR to process requests expeditiously in two cases: (i) those where a requester "demonstrates a compelling need"—such as "urgency to inform the public concerning actual or alleged Federal Government activity" if the requester is "primarily engaged in disseminating information,"5 U.S.C. § 552(a)(6)(E)(i), (v)—and (ii) "in other cases determined by the agency," *id.* § 552(a)(6)(E)(i), which, for the Department of Justice, include "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence," 28 C.F.R. § 16.5(e)(1)(ii), (iv). Both cases exist here.

### A.  A MATTER OF WIDESPREAD AND EXCEPTIONAL INTEREST RAISING GOVERNMENT INTEGRITY CONCERNS

EOIR's role in ICE arrests at and near immigration courts is a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

Fifty articles on an issue make it a matter of widespread and exceptional public interest. *Citizens for Resp. & Ethics in Wash. v. U.S. DOGE Serv.*, Case No. 25-cv-511 (CRC), 2025 WL 752367, at *13 (D.D.C. Mar. 10, 2025) (hereinafter "CREW") *see also Brennan Ctr. for Just. v. Dep't of Com.* 498 F. Supp. 3d 87, 97 (D.D.C. 2020). A "handful of articles" also establishes such interest where the articles are "in a variety of publications" and "repeatedly reference the ongoing national discussion." *Am. Civ. Liberties Union v. Dep't of Just.*, 321 F. Supp. 2d 24, 32 (D.D.C. 2004).

Here, one hundred and twenty one articles in nationwide, state, local, and international media outlets have covered ongoing ICE arrests at or near immigration courts in Atlanta, Boston, Buffalo, Charlotte, Denver, Houston, Los Angeles, Miami, New York, Portland, Phoenix,

---

lawsuit-trump-administration/17186490/ (referencing email notifying immigration judgments of ICE enforcement operations in immigration courts).

Sacramento, San Diego, San Franciso, Seattle, and elsewhere throughout the country since May 20, 2025.[2] This equates to almost two articles per day for sixty-nine days.

_____

[2] Margaret Kadifa, *ICE Arrests All Adults Without Children at S.F. Immigration Court Today*, Mission Local (July 25, 2025, 1:05 PM), https://missionlocal.org/2025/07/hed-ice-steps-up-arrests-at-s-f-immigration-court/ (hereinafter, "Kadifa re: Adult Arrests"); Pedro Camacho, *ICE Arrests Migrant Deemed Mentally Impaired by Judge as He Exits Immigration Court: 'He's Clearly Not Understanding the Questions'*, The Latin Times (July 25, 2025, 10:36 AM), https://www.latintimes.com/ice-arrests-migrant-deemed-mentally-impaired-judge-he-exits-immigration-court-hes-clearly-not-587576; Jordan Salama, *When ICE Agents Are Waiting Outside the Courtroom*, The New Yorker (July 25, 2025), https://www.newyorker.com/news/the-lede/when-ice-agents-are-waiting-outside-the-courtroom; Eileen Markey, *Punished for Playing by the Rules: The Deliberate Cruelty of Trump's Deportation Regime*, The Nation (July 24, 2025), https://www.thenation.com/article/society/ice-trump-detention-regime-cruelty/; Dean Moses, *ICE in Court: Feds Snatch More Immigrants as Lander, Williams Demand Safety Inspection of Detainment Center*, AMNY (July 23, 2025), https://www.amny.com/politics/ice-immgiants-court-lander-williams-07232025/ (hereinafter, "Mose re: ICE in Court"); Danielle James, *ICE Arrests at Check-Ins, Court Hearings Are on the Rise. Michigan Is No Exception*, MLIVE (July 21, 2025, 7:10 AM), https://www.mlive.com/politics/2025/07/ice-arrests-at-check-ins-court-hearings-are-on-the-rise-michigan-is-no-exception.html; Margaret Kadifa, *ICE Agents Keep Snatching Asylum Seekers Immediately After Their Court Hearings*, Mother Jones (July 21, 2025), https://www.motherjones.com/politics/2025/07/ice-agents-arrest-asylum-seekers-after-court-hearings-san-francisco/; Esmeralda Perez, *San Diego Immigration Attorney Weighs in on Lawsuit Challenging ICE Courthouse Arrests*, CBS8 (July 20, 2025, 10:19 PM), https://www.cbs8.com/article/news/local/san-diego-attorney-weighs-in-on-lawsuit-challenging-ice-courthouse-arrests/509-79fec519-eb00-442c-b479-4522f423be7c; Martha Bellisile et al., *Volunteers Flock to Immigration Courts to Support Migrants Arrested in the Hallways*, ABC News (July 20, 2025, 8:38 AM), https://abcnews.go.com/US/wireStory/volunteers-flock-immigration-courts-support-migrants-arrested-hallways-123902561 (hereinafter "Bellisile et al. re: Volunteers Flock to Immigration Courts"); Eduardo Cuevas, *'Escalation:' Federal Agents Now Detaining People with Active Immigration Cases*, USA Today (July 18, 2025, 11:26 AM), https://www.usatoday.com/story/news/nation/2025/07/18/migrants-immigration-court-trump-crackdown/84614161007/; Rivera et al., *supra* n. 1; Jeff Abbot, *Texas Based Immigration Advocacy Group Sues Trump Administration Over Courthouse Arrests*, El Paso Times (July 18, 2025, 5:02 AM), https://www.elpasotimes.com/story/news/immigration/2025/07/18/texas-immigration-advocacy-group-challenges-ice-courthouse-arrests/85255298007/; Emily Belz, *In Immigration Court, Christians Show Up to Fill the Back Benches*, Christianity Today (July 18, 2025), https://www.christianitytoday.com/2025/07/immigration-court-observation-ice-arrests/; David Baratz, *See How ICE Targets Immigrants Appearing at Routine Court Hearings*, USA Today (July 17, 2025, 3:15 PM), https://www.usatoday.com/picture-gallery/news/nation/2025/07/how-ice-targets-immigrants-at-court-hearings-photos/85259555007/; Martha Bellisile, *Homeland Security Officials Defend Immigration Court Arrests After Being Sued*, Associated Press (July 17, 2025, 2:04 PM), https://apnews.com/article/ice-immigration-court-immigrants-a5190ada4a6019f84d76e62c11c44e30; Swasti Singhai, *Five Days, 12 Arrests: A Week Inside San Diego Immigration Court*, Times of San Diego (July 17, 2025, 7:41 AM), https://timesofsandiego.com/politics/2025/07/17/arrests-immigration-court-trump-anxiety-chaos/ (hereinafter, "Singhai re: Week at San Diego Immigration Court"); Devan Cole et al., *Trump Administration Sued Over ICE Arrests at Immigration Courthouses*, CNN (July 16, 2025, 6:23 PM), https://www.cnn.com/2025/07/16/politics/ice-immigration-courthouse-arrests-lawsuit; Luis Ferré-Sadurní, *Immigrants File Class-Action Lawsuit to Stop ICE Courthouse Arrests*, NY Times (July 16, 2025), https://www.nytimes.com/2025/07/16/nyregion/trump-ice-arrests-lawsuit-immigrants.html (hereinafter, "Ferré-Sadurní re: Lawsuit"); Maxine Bernstein, *Federal Judge in Oregon: Homeland Security 'Tricked' Asylum Seeker Before Arrest at Immigration Court*, The Oregonian (July 15, 2025, 10:47 AM), https://www.oregonlive.com/pacific-northwest-news/2025/07/federal-judge-in-oregon-homeland-security-tricked-asylum-seeker-before-arrest-at-immigration-court.html; Sarah Thamer, *Advocates Denounce ICE Arrests at Fort Snelling Immigration Court*, MPR News (July 15, 2025, 4:00 AM), https://www.mprnews.org/story/2025/07/15/advocates-protest-ice-arrests-at-immigration-court; Alex Baumhardt,

*Asylum Seeker Taken by ICE Outside Portland Immigration Court to Be Immediately Released*, Oregon Capital Chronicle (July 14, 2025, 5:24 PM), https://oregoncapitalchronicle.com/2025/07/14/asylum-seeker-taken-by-ice-outside-portland-immigration-court-to-be-immediately-released/; Ciara Encinas, *Volunteers Describe How They Document ICE Arrests in Immigration Courts*, Fox 5 (July 11, 2025, 4:55 PM), https://fox5sandiego.com/news/local-news/san-diego/san-diego-court-ice-arrests/; Gerardo Zavala, *ICE Arrests Asylum Seeker After Sacramento Court Hearing*, CAPRADIO (July 11, 2025), https://www.capradio.org/articles/2025/07/11/ice-arrests-asylum-seeker-after-sacramento-court-hearing/; Paige Browning & John O'Brien, *Fears of Arrests Cause Tension at Seattle Immigration Court*, KUOW (July 10, 2025, 5:58 PM), https://www.kuow.org/stories/fears-of-ice-arrests-cause-tension-at-seattle-immigration-court; Margaret Kadifa, *ICE Arrests 4 People After Immigration Court Hearings in San Francisco*, Mission Local (July 10, 2025, 12:08 PM), https://missionlocal.org/2025/07/ice-arrests-four-people-after-they-appear-in-immigration-court/ (hereinafter, "Kadifa re: 4 Arrests"); *What Goes On in America's Immigration Courts*, Economist (July 10, 2025), https://www.economist.com/united-states/2025/07/10/what-goes-on-in-americas-immigration-courts (hereinafter "Economist"); Francesca Regalado & Soumya Karlamangla, *Tensions Escalate in San Francisco over Immigration* Enforcement, NY Times (July 9, 2025), https://www.nytimes.com/2025/07/09/us/ice-immigration-protest-san-francisco.html; John Ramos, *Peruvian Women Detained by ICE in San Francisco Freed After Judge's Ruling*, CBS News (July 8, 2025, 6:35 PM), https://www.cbsnews.com/sanfrancisco/news/san-francisco-ice-woman-freed-immigration-court/; Tom Li & Ko Lyn Cheang, *Video: Protestors Cling to Departing ICE Van After Arrest at S.F. Immigration Court*, San Francisco Chronicle (July 8, 2025, 5:34 PM), https://www.sfchronicle.com/sf/article/protesters-cling-ice-van-chaos-immigration-court-20761721.php; Henry Rosoff, *ICE Escalates Immigration Court Arrests Outside NYC Court*, PIX11 (July 8, 2025, 5:18 PM), https://pix11.com/news/local-news/manhattan/ice-escalates-immigration-arrests-outside-nyc-court/; Sabrina Tavernise, *Against Illegal Immigration, but Married to Someone Here Illegally*, NY Times (July 8, 2025), https://www.nytimes.com/2025/07/08/us/trump-illegal-immigration-raids-arkansas.html; Nisa Khan, *When ICE Is Waiting at Immigration Court, What Can Advocates Do?*, KQED (July 7, 2025), https://www.kqed.org/news/12047018/how-legal-experts-advocates-are-responding-to-the-detention-of-asylum-seekers; Emma Seiwell, *ICE Opposition Grows, With Lawmakers, Attorneys Decrying Courthouse Arrests as a Violation of Due Process*, NY Daily News (July 5, 2025, 6:00 AM), https://www.nydailynews.com/2025/07/05/ice-opposition-grows-with-lawmakers-attorneys-decrying-courthouse-arrests-a-violation-of-due-process/ (hereinafter "Seiwell re: ICE Opposition Grows"); Jenna DeAngelis, *NYC Officials Lead "ICE Watch And Accompaniment" Effort at Federal Immigration Court. Here's What It Means*, CBS News (July 3, 2025, 6:59 PM), https://www.cbsnews.com/newyork/news/nyc-ice-watch-federal-immigration-court/; Jim Vertuno, *Honduran Family Freed From Detention After Lawsuit Against ICE Courthouse Arrests*, Associated Press (July 3, 2025, 6:14 PM), https://apnews.com/article/ice-family-children-lawsuit-release-ef8d764aebec8ba1b67bafc9080a563d; Swasti Singhai, *San Diego Volunteers Bear Witness Daily as ICE Continues Courtroom Arrests*, Times of San Diego (July 3, 2025, 3:41 PM), https://timesofsandiego.com/life/2025/07/03/san-diego-community-bears-witness-as-ice-continues-courtroom-arrests/ (hereinafter, "Singhai re: Volunteers"); Emma Seiwell, *ICE Agents Now Snatching Migrants With Open Court Cases; NY Officials, Lawyers Say It's 'Utterly Unlawful'*, NY Daily News (July 3, 2025, 6:50 AM), https://www.nydailynews.com/2025/07/02/ice-agents-now-snatching-migrants-with-open-court-cases-nyc-officials-lawyers-say-its-utterly-unlawful/ (hereinafter "Seiwell re: ICE Snatching"); Shelby Bremer, *Lawsuit Over San Diego Immigration Court Arrest May Give Insight Into ICE Practices*, NBC San Diego (July 2, 2025, 6:01 PM), https://www.nbcsandiego.com/news/local/san-diego-lawsuit-ice-courthouse-arrests/3861107/; Melissa Gomez, *Faith Leaders Bear Witness as Migrants Make Their Case in Immigration Court*, Los Angeles Times (July 2, 2025, 3:00 AM), https://www.latimes.com/california/story/2025-07-02/faith-leaders-bear-witness-as-migrants-make-their-case-immigration-court (hereinafter, "Gomez re: Faith Leaders"); Madeleine May & Hannah Marr, *Afghan Ally Detained by ICE After Attending Immigration Court Hearing*, CBS News (July 1, 2025, 1:48 PM), https://www.cbsnews.com/news/afghan-ally-detained-by-ice-immigration-court/; Margaret Kadifa, *For One S.F. Asylum Seeker, ICE Arrest Meant Move to More Conservative Judge*, Mission Local (July 1, 2025, 4:00 AM), https://missionlocal.org/2025/07/sf-asylum-seeker-immigration-judge-ice-arrest/ (hereinafter "Kadifa re: Forum Shopping"); Dean Moses, *ICE Raids Continue in Lower Manhattan Court as Immigrant Advocates Rail Against 'Trump's*

*Personal Army'*, AMNY (July 1, 2025), https://www.amny.com/news/ice-raids-lower-manhattan-court-trump-07012025/ (hereinafter, "Moses re: ICE Raids"); Natali Yahr, *Wisconsin Asylum Seeker Miguel Robles Detained in Unprecedent Wave of Courthouse Arrests,* Racine County Eye (July 1, 2025), https://racinecountyeye.com/2025/06/30/miguel-robles-immigration-asylum/; Gwynne Hogan, *He Fled Death Threats for Being Gay, Applied for Asylum and Married a U.S. Citizen. ICE Arrested Him Anyway,* The City (June 30, 2025, 1:41 PM), https://www.thecity.nyc/2025/06/27/ice-arrested-asylum-gay/ (hereinafter "Hogan re: Mamadou Arrest"); Ko Lyn Cheang, *S.F. Drag Performer Detained by ICE After Asylum Hearing,* San Francisco Chronicle (June 28, 2025), https://sfchronicle.com/sf/article/drag-performer-detained-ice-20399122.php; Anna-Cat Brigida, *A Legal Trap? Why the Trump Administration is Targeting Immigration Courts for Arrests,* Al Jazeera (June 27, 2025), https://www.aljazeera.com/news/longform/2025/6/27/why-the-trump-administration-is-targeting-immigration-courts-for-arrests; Julia Marnin, *6-Year-Old Boy with Leukemia Arrested by ICE is Now Detained in Texas, Suit Says,* Fort Worth Star-Telegram (June 26, 2025, 3:23 PM), https://www.star-telegram.com/news/state/texas/article309472695.html; Dan Katz, *ICE Arrested a 6-Year-Old Boy with Leukemia at Immigration Court. His Family is Suing,* Texas Public Radio (June 25, 2025, 11:06 PM), https://www.tpr.org/border-immigration/2025-06-25/ice-arrested-a-6-year-old-boy-with-leukemia-at-immigration-court-his-family-is-suing; Junyao Yang, *Tracking Every ICE Action in San Francisco So Far,* Mission Local (June 25, 2025, 11:30 AM), https://missionlocal.org/2025/06/sf-ice-arrests-tracker/; Luis Ferré-Sadurní, *They Had Come to Graduate. Their Minds Were on a Student Held by ICE,* NY Times (June 25, 2025), https://www.nytimes.com/2025/06/25/nyregion/immigrant-students-graduation-ice.html; Nina Shapiro, *As Pushback Grows to WA Immigration Court Arrests, ICE Changes Tactics,* The Seattle Times (June 24, 2025, 6:00 AM), https://www.seattletimes.com/seattle-news/as-pushback-grows-to-wa-immigration-court-arrests-ice-changes-tactics/ (hereinafter "Shapiro re: ICE Tactic Change"); Kate Morrissey, *Here's What's Happening to the People ICE Arrests in Immigration Court,* Capital & Main (June 24, 2025), https://capitalandmain.com/heres-whats-happening-to-the-people-ice-arrests-in-immigration-court; Elizabeth L.T. Moore & Elizabeth Zavala, *Obscure San Antonion Court Becomes Flashpoint in Immigration Debate,* San Antonio Express-News (June 23, 2025), https://www.expressnews.com/news/article/obscure-san-antonio-immigration-court-spotlight-20381608.php; Ray Sanchez & Allsha Ebrahimji, *Masked Ice Officers: The New Calling Card of The Trump Administration's Crackdown,* CNN (June 21, 2025), https://www.cnn.com/us/ice-immigration-officers-face-masks; Ken Stone, *ICE Agents Scatter As SD Bishop Pham, Other Clergy Visit Immigration Court,* Times of San Diego (June 20, 2025, 3:04 PM), https://timesofsandiego.com/life/2025/06/20/ice-agents-scatter-as-sd-bishop-pham-other-clergy-visit-immigration-court/; Luis Ferré-Sadurní, *Brad Lander Tried to Escort Immigrants facing Arrest. He's Not Alone ,* NY Times (June 19, 2025), https://www.nytimes.com/2025/06/19/nyregion/ice-immigrants-volunteer-escorts-courthouse.html (hereinafter "Ferré-Sadurní re: Lander Escort"); Luis Ferré-Sadurní, *Brad Lander is Arrested by ICE Agents at Immigration Courthouse,* NY Times (June 17, 2025), https://www.nytimes.com/2025/06/17/nyregion/brad-lander-immigration-ice.html (hereinafter "Ferré-Sadurní re: Lander Arrest"); Lily Celeste, *ICE Detains Three People Attending Their Immigration Hearings in Harlingen,* KRGV.Com (June 15, 2025, 6:40 PM), https://www.krgv.com/news/ice-detains-three-people-outside-harlingen-immigration-court/; Stephen Hobbs, *In Sacramento's Immigration Court, ICE Detention Threats Leave Residents in Limbo,* The Sacramento Bee (June 14, 2025, 10:05 AM), https://www.sacbee.com/news/politics-government/capitol-alert/article308346910.html (hereinafter "Hobbs re: Sacramento Immigr. Ct. Arrests"); David Manoucheri, *ICE Agents Wait at Immigration Court in Sacramento for 2d Consecutive Day, Take Someone Into Custody,* KCRA3 (June 12, 2025, 2:53 PM), https://www.kcra.com/article/ice-agents-immigration-court-sacramento-custody/65049263; Ryan Oehrli, *'Rigged'? ICE Agents Are Arresting People at Charlotte's Immigration Court,* The Charlotte Observer (June 12, 2025, 11:31 AM), https://www.charlotteobserver.com/news/local/crime/article308209165.html; Thomas Lyons, *Mood is Tense at Concord Immigration Court Following ICE Arrests,* Berkleyside (June 12, 2025, 9:55 AM), https://www.berkeleyside.org/2025/06/12/concord-immigration-court-tension-after-ice-arrests; Ida Domingo, *ICE Arrests 10 at Sterling, Virginia Immigration Court During Enforcement Operation,* ABC 7 News (June 12, 2025, 6:13 AM), https://wjla.com/news/local/ice-arrests-10-people-sterling-virginia-immigration-court-agents-detain-enforcement-deportation-salvadoran-venezuelan-peruvian-noncitizens-operation-fairfax-county-courtroom-photos-video-

homeland-security-trump-adminstration-illegal; Armando Garcia, *Immigrant Rights Group Say ICE Officers 'Ambush Noncitizens' in Courthouse Arrests, Ask Judge to Intervene,* ABC News (June 12, 2025, 10:32 AM), https://abcnews.go.com/US/immigrant-rights-groups-ice-officers-ambush-noncitizens-courthouse/story?id=122770040; Ximena Bustillo, *ICE's Novel Strategy Allows for More Arrests from Inside Immigration Courts,* NPR (June 12, 2025, 5:02 AM), https://www.npr.org/2025/06/12/nx-s1-5409403/trump-immigration-courts-arrests; *ICE Arrests People at the Annandale Immigration Court,* Annandale Today (June 12, 2025), https://annandaletoday.com/ice-arrests-people-at-the-annandale-immigration-court/; Hanna Pampaloni, *ICE Makes Arrests at Sterling Immigration Court,* Loudoun Now (June 12, 2025), https://www.loudounnow.com/news/ice-makes-arrests-at-sterling-immigration-court/article_f8f7118c-aca1-4a8d-ad6e-99826fa77eb6.html; Luis Ferré-Sadurní, *Inside a Courthouse, Chaos and Tears as Trump Accelerates Deportations*, NY Times (June 12, 2025), https://www.nytimes.com/2025/06/12/nyregion/immigration-courthouse-arrests-trump-deportation.html (hereinafter "Ferré-Sadurní re: Inside NYC Immigr. Cts."); Carolina Estrada, *Two Men Detained by ICE After Sacramento Immigration* Hearings, KCRA3 (June 11, 2025, 11:13 PM), https://www.kcra.com/article/two-men-detained-by-ice-sacramento-immigration-hearings/65041264 (hereinafter, "Estrada re: Two Arrests"); Stephen Hobbs, *Two Men Handcuffed at Sacramento Immigration Court, Taken to ICE Office*, The Sacramento Bee (June 11, 2025, 6:09 PM), https://www.sacbee.com/news/politics-government/capitol-alert/article308401280.html; Martha Bellisile et al., *Immigration Officers Intensify Arrests in Courthouse Hallways on a Fast Track to Deportation*, Associated Press (June 11, 2025, 4:17 PM), https://apnews.com/article/immigration-court-arrests-ice-deportation-99d822cdc93ae7dc26026c27895d5ea1 (hereinafter "Bellisile et al. re: Immigration Officers Intensify Arrests"); Brittany Taylor et al., *Second Day of Arrests by ICE Agents at Immigration Court in Southwest Houston*, Click 2 Houston.com (June 11, 2025, 10:25 AM), https://www.click2houston.com/news/local/2025/06/11/ice-agents-stationed-outside-immigration-court-in-houstons-greenspoint-area/; Hamed Aleaziz, *Under Pressure From the White House, ICE Seeks New Ways to Ramp Up Arrests*, NY Times (June 11, 2025), https://www.nytimes.com/2025/06/11/us/politics/ice-la-protest-arrests.html; Priscilla Alvarez, *ICE Protest Nationwide Comes As Agency Scrambles to Meet Trump's Immigration Arrest Quotas*, CNN (June 10, 2025, 10:16 PM), https://www.cnn.com/2025/06/10/politics/ice-scrambles-immigration-arrest-quotas; Conrad Wilson, *ICE Arrests 2 More Asylum Seekers at Immigration Court in Portland*, OPB (June 10, 2025, 5:12 PM), https://www.opb.org/article/2025/06/10/ice-arrests-2-more-asylum-seekers-at-immigration-court-in-portland/ (hereinafter, "Wilson re: Two Arrests"); Margaret Kadifa et al., *S.F. Immigration Court Shuts Down After ICE Protests, Arrests*, Mission Local (June 10, 2025, 12:43 PM), https://missionlocal.org/2025/06/video-ice-agents-arrest-people-outside-s-f-courthouse; Ninfa Saavedra & Robert Arnold, *ICE Arrests Multiple People at Houston's Immigration Court*, Click2Houston.com (June 10, 2025, 2:48 PM), https://www.click2houston.com/news/local/2025/06/10/ice-arrests-reportedly-underway-at-houstons-immigration-court/; Natalie Weber, *ICE Detains Multiple Men at Houston Immigration Courthouse, Civil Rights Organization Says*, Houston Public Media (June 10, 2025, 11:58 AM), https://www.houstonpublicmedia.org/articles/news/politics/immigration/2025/06/10/523600/ice-detains-multiple-men-at-houston-immigration-courthouse/; Giulia McDonnell Nieto del Rio, *This Is What An ICE Arrest in Boston Immigration Court Looks Like*, Boston Globe (June 9, 2025, 6:31 AM), https://www.bostonglobe.com/2025/06/09/metro/ice-arrests-at-boston-immigration-court/ (hereinafter, "Nieto del Rio re: Inside Boston Immigr. Ct. Arrest"; Audrey Conklin & Bill Melugin, *Trump's ICE Launches Bold Courthouse Migrant Arrest Strategy to Fast-Track Deportations Biden Avoided,* Fox News (June 9, 2025, 4:00 AM), https://www.foxnews.com/us/trumps-ice-launches-bold-courthouse-migrant-arrest-strategy-fast-track-deportations-biden-avoided?msockid=1cd283b1756f61231883976574c46057; Conrad Wilson, *ICE Detains Another Asylum-Seeker Outside Portland Courtroom, Legal Petition Says*, OPB (June 6, 2025, 9:30 AM), https://www.opb.org/article/2025/06/06/asylum-arrest-portland-yzlh/ (hereinafter "Wilson re: Arrest"); Michael Elsen-Rooney, *Their Student Was Detained by ICE. Now this Bronx School is Rallying to Get Him* Back, Chalkbeat New York (June 5, 2025, 7:33pm), https://www.chalkbeat.org/newyork/2025/06/05/nyc-student-detained-by-ice-supported-by-ellis-prep-bronx-school-community/; Bennett Haeberle, *In Chicago & Elsewhere, ICE Increases Enforcement in Immigration* Court, 5 Chicago (June 5, 2025, 5:54 PM), https://www.nbcchicago.com/investigations/in-chicago-and-elsewhere-ice-increases-enforcement-in-immigration-

court/3761730/; Megan Ulu-Lani Boyanton, *At Least Eight People Detained at Denver Immigration Court as ICE Presence Increases, Advocates Say*, The Denver Post (June 5, 2025, 5:04 PM), https://www.denverpost.com/2025/06/05/denver-immigration-court-arrests-ice-trump-advocates/; Amy Larson, *Newlywed Couple Separated at Immigration Courthouse by ICE*, The Hill (June 5, 2025, 1:14 PM), https://thehill.com/homenews/state-watch/5334753-immigration-courthouse-ice-trump-dhs/; Laura Romero et al., *In a New Tactic, ICE Is Arresting Migrants at Immigration Courts, Attorneys Say*, ABC News (June 4, 2025, 6:37 PM), https://abcnews.go.com/US/new-tactic-ice-arresting-migrants-immigration-courts-attorneys/story?id=122513021; Julie Carey, *Cancel, Arrest, Deport: Immigration Lawyer Warns of Emerging ICE Tactic*, NBC Washington (June 4, 2025, 3:01 PM), https://www.nbcwashington.com/news/local/cancel-arrest-deport-immigration-lawyer-warns-of-emerging-ice-tactic/3927509/; Brad Schmidt, *Immigration Arrest at Courthouse Marks First for Portland*, The Oregonian (June 3, 2025, 3:22 PM), https://www.oregonlive.com/politics/2025/06/immigration-arrest-at-courthouse-marks-first-for-portland.html; Stephen Franklin & Katema Hosseini, *ICE Target Noncitizens As Cases Dismissed in Immigration Court in Chicago*, Borderless (June 3, 2025), https://borderlessmag.org/2025/06/03/ice-arrests-chicago-immigration-court-trump-detention-immigration-custom-enforcement/; Conrad Wilson, *ICE Detains Asylum Seeker Outside Portland Immigration Court, Lawyers Say*, OPB (June 2, 2025, 11:01 PM), https://www.opb.org/article/2025/06/02/ice-immigration-enforcement-detains-asylum-seeker-portland-court/; Angélica Franganillo Díaz & Priscilla Alvarez, *ICE Targets Migrants for Arrest at Courthouses as Trump Administration Intensifies Deportation Push*, CNN (June 2, 2025, 5:00 AM), https://www.cnn.com/2025/06/02/politics/ice-arrests-migrants-courthouse; Shelly Bradbury, *Feds Detain Immigrant Family at Denver Courthouse Amid New Trump Strategy*, Denver Post (May 30, 2025, 3:32 PM), https://www.denverpost.com/2025/05/30/denver-immigration-arrest-courthouse-ice-trump/; Giulia McDonnell Nieto del Rio, *ICE Arrests at Massachusetts Immigration Courts Target Immigrants Seeking Permission to Stay in US*, Boston Globe (May 30, 2025, 1:39PM), https://www.bostonglobe.com/2025/05/27/metro/immigration-courts-ice-arrests-massachusetts (hereinafter, "Nieto del Rio re: Boston Immigr. Ct. Arrests"); Suzanne Gamboa, *Immigration Arrests in Courthouses Have Become the New Deportation Tool, Stripping Migrants of a Legal Process*, NBC News (May 30, 2025, 5:00 AM), https://www.nbcnews.com/news/latino/immigrations-arrests-ice-deportations-courthouse-legal-process-ice-rcna209671; Hamed Aleaziz et al., *How ICE is Seeking to Ramp Up Deportations Through Courthouse Arrests*, NY Times (May 30, 2025), https://www.nytimes.com/2025/05/30/us/politics/ice-courthouse-arrests.html; Carolina Estrada, *'This is Very Concerning': 3 Arrested While Attending Hearings at Immigration Court in Sacramento, Groups Say*, KCRA3 (May 29, 2025, 1:37 PM), https://www.kcra.com/article/sacramento-immigration-court-arrests-ice/64920625; Allison Sherry, *Signaling a Policy Shift, ICE Detains a Family Who Showed Up at Denver Immigration Court for a Check-In*, CPR News (May 29, 2025, 1:35 PM), https://www.cpr.org/2025/05/29/ice-detains-family-denver-immigration-court/; Daniel Gonzalez & Richard Ruelas, *After Short Break, ICE Resumes Arrests at Phoenix Immigration Court, Changes Keep Tactic*, AZ Central (May 29, 2025, 5:01 AM), https://www.azcentral.com/story/news/politics/immigration/2025/05/29/phoenix-immigration-court-ice-arrests-resume/83767918007/; Gwynne Hogan, *Migrants, Protestors, and a Pastor Arrested Inside and Outside Manhattan Immigration Courthouses*, The City (May 28, 2025, 3:16 PM), https://www.thecity.nyc/2025/05/28/ice-arrests-migrants-26-federal-plaza-pastor/; (hereinafter, "Hogan re: NYC Immigr. Ct. Arrests"); Olivia Hebert, *ICE Stormed SF Court to Arrest 4 Asylum Seekers, Denounced as Unlawful*, SF Gate (May 28, 2025), https://www.sfgate.com/bayarea/article/asylum-seekers-arrested-ice-san-francisco-20349387.php; Tomoki Chien, *Undercover ICE Agents Begin Making Arrests at SF Immigration Court*, The San Franciso Standard (May 27, 2025, 5:32 PM), https://sfstandard.com/2025/05/27/undercover-ice-agents-make-arrests-san-francisco-court/; Luis Ferré-Sadurní & Dana Rubinstein, *ICE, Shifting Tactics, Detains High School Student at N.Y.C. Courthouse*, NY Times (May 27, 2025), https://www.nytimes.com/2025/05/27/nyregion/new-york-student-arrested-ice.html; Michael Elsen-Rooney, *A Bronx High Schooler Showed Up for a Routine Immigration Court Date. ICE Was Waiting*, Chalkbeat New York (May 26, 2025, 8:35 pm), https://www.chalkbeat.org/newyork/2025/05/27/bronx-high-school-student-detained-by-immigration-ice-agents/?ref=hellgatenyc; Milena Malaver et al., *ICE Agents in Miami Find New Spot to Carry Out Arrests: Immigration Court*, Miami Herald (May 26, 2025, 1:27 PM), https://www.miamiherald.com/news/local/immigration/article306900486.html; Melissa Gomez, *Father Ripped from*

Much of the coverage express doubts about the integrity of ICE arrests at immigration courts, describing them as a due process violation and/or a tactic to increase deportations, forum shop, and scare noncitizens into giving up on their immigration cases.[3] Some coverage alludes to

*Family as Agents Target Immigration Courts, Arresting People After Cases Dismissed,* LA Times (May 24, 2025, 10:00AM), https://www.latimes.com/california/story/2025-05-24/ice-agents-swarm-immigration-courts-arresting-people-after-cases-dismissed (hereinafter, "Gomez re: Immigr. Ct. Arrests"); Tyche Hendricks, *'Unprecedented': ICE Officers Operating Inside Bay Area Immigration Courts, Lawyers Say*, KQED (May 24, 2025), https://www.kqed.org/news/12041473/unprecedented-ice-officers-operating-inside-bay-area-immigration-courts-lawyers-say; Ted Hesson & Kristina Cooke, *ICE Arrests Migrants at Courthouses, Opens Door to Fast-Track Deportations,* Reuters (May 23, 2025, 4:35PM), https://www.reuters.com/world/us/ice-arrests-migrants-courthouses-opens-door-fast-track-deportations-2025-05-23/; Camilo Montoya-Galvez & Nidia Cavazos, *ICE Ending Migrants' Court Cases In Order to Arrest and Move to Deport Them*, CBS News (May 23, 2025, 9:53 AM), https://www.cbsnews.com/news/ice-ending-migrants-court-cases-arrest-move-to-deport-them/; Arelis R. Hernández & Maria Sacchetti, *Immigrant Arrests at Courthouses Signal New Tactic in Trump's Deportation Push*, Washington Post (May 23, 2025), https://www.washingtonpost.com/immigration/2025/05/23/immigration-court-arrests-ice-trump/; Gustavo Solis, *ICE Agents Swarm San Diego Immigration Court, Arresting People After Their Hearings*, KPBS (May 22, 2025, 5:45PM), https://www.kpbs.org/news/border-immigration/2025/05/22/ice-agents-swarm-san-diego-immigration-court-arresting-people-after-their-hearings; Trevor Hughes, *ICE Agents Deploy New Tactic: Arresting People As They Leave Mandatory Court Hearings*, USA Today (May 22, 2025, 1:13 PM), https://www.usatoday.com/story/news/nation/2025/05/22/ice-arrests-immigration-court-deportation-tactics/83792357007/; Joshua Goodman et al., *They Came to Hearing at Chicago's Immigration Court, Then Got Arrested*, Chicago Sun-Times (May 22, 2025, 3:59PM), https://chicago.suntimes.com/immigration/2025/05/22/ice-agents-hallways-immigration-court-trump-mass-arrest; Anders Hagstrom & Bill Melugin, *ICE Beings New, Nationwide Effort to Arrest Illegal Aliens at Immigration Hearings* (May 22, 2025, 1:07 PM), https://www.foxnews.com/politics/ice-begins-new-nationwide-effort-arrest-illegal-aliens-immigration-hearings; Joshua Goodman & Gisela Salomon, *ICE Agents Wait in Hallways of Immigration Court as Trump Seeks to Deliver on Mass Arrest Pledge*, Associated Press (May 22, 2025, 1:30 AM), https://apnews.com/article/immigration-courts-arrests-trump-ice-deportations-fa96435d4ec021cc8ff636b23d80d848; J. Dale Shoemaker, *ICE Raids Immigration Court in Buffalo*, Investigative Post (May 22, 2025), https://www.investigativepost.org/2025/05/22/ice-raids-immigration-court-in-buffalo/; Raphael Romero Ruiz *et al.*, *For 2nd Day, People Attending Phoenix Immigration Hearings Arrested by ICE*, USA Today (May 21, 2025, 11:42 PM), https://www.usatoday.com/story/news/politics/immigration/2025/05/21/ice-arrests-phoenix-immigration-court/83772323007/?gnt-cfr=1&gca-cat=p; Gustavo Sagrero Álvarez, *ICE Agents at Seattle Courthouse Arrest People Whose Deportation Hearings are Dismissed*, KUOW (May 21, 2025, 5:45 PM), https://www.kuow.org/stories/ice-agents-at-seattle-courthouse-arrest-people-whose-deportation-hearings-are-dismissed; Akela Lacy et al. *ICE Agents Are Camped Outside Immigration Courts to Make Arrests*, The Intercept (May 21, 2025, 3:27 PM), https://theintercept.com/2025/05/21/ice-agents-courts-arrests-immigrants-deport/; Paul Ingram, *'Mayhem' As ICE Officials Arrest Multiple People at Immigration Court in Phoenix*, AZ Mirror (May 21, 2025, 11:12 AM), https://azmirror.com/2025/05/21/mayhem-as-ice-officials-arrest-multiple-people-at-immigration-court-in-phoenix/; Nina Shapiro, *ICE Arrests at WA Immigration Court Spark Fear of Fast-Track Removal*, Seattle Times (May 21, 2025, 6:00 AM), https://www.seattletimes.com/seattle-news/law-justice/ice-arrests-at-wa-immigration-court-spark-fear-of-fast-track-removal/ (hereinafter, "Shapiro re: ICE Arrests"); Raphael Romero Ruiz & Richard Ruelas, *They Showed Up to Immigration Court in Phoenix. Then Agents Surrounded Them*, USA Today (May 20, 2025), https://www.usatoday.com/story/news/politics/immigration/2025/05/20/prosecutors-drop-charges-vs-migrants-as-border-agents-wait-outside/83756994007/?gnt-cfr=1&gca-cat=p

[3] Kadifa re: Adult Arrests, *supra* n. 2; Salama, *supra* n. 2; Markey, *supra* n. 2; Mose re: ICE in Court; James, *supra* n. 2; Bellisile et al. re: Volunteers Flock to Immigration Courts, *supra* n. 2; Bellisile, *supra* n. 2; Cole et al., *supra* n. 2; Ferré-Sadurní re: Lawsuit, *supra* n. 2; Rivera et al., *supra* n. 1; Cuevas, *supra* n. 2; Abbot, *supra* n. 2; Bernstein, *supra* n. 2; Thamer, *supra* n. 2; Browning & O'Brien, *supra* n. 2; Economist, *supra* n. 2; Ramos, *supra* n. 2; Li & Cheang, *supra* n. 2;

possible coordination between ICE and EOIR.[4] Several editorials also decry the arrests as a "set up" and for disregarding due process.[5]

Arrests at immigration courts have outraged Americans around the country. Opposition to these actions and doubts about their legality have prompted mass protests at immigration courts in New York, Seattle, San Francisco, and elsewhere.[6] It has also prompted clergy, political leaders,

Tavernise, *supra* n. 2; Khan, *supra* n. 2; DeAngelis, *supra* n. 2; Seiwell re: ICE Opposition Grows, *supra* n. 2; Singhai re: Volunteers, *supra* n. 2; Kadifa re: Forum Shopping, *supra* n. 2; Moses re: ICE Raids, *supra* n. 2; Yahr, *supra* n. 2; Hogan re: Mamadou Arrest, *supra* n. 2; Cheang, *supra* n. 2; Brigida, *supra* n. 2; Katz, *supra* n. 2; Morrissey, *supra* n. 2; Moore & Zavala, *supra* n. 2; Hobbs re: Sacramento Immigr. Ct. Arrests, *supra* n. 2; Lyons, *supra* n. 2; Oehrli, *supra* n. 2; Bustillo, *supra* n. 2; Bellisile et al. re: Immigration Officers Intensify Arrests, *supra* n. 2; Wilson re: Two Arrests, *supra* n. 2; Kadifa et al., *supra* n. 2; Nieto del Rio re: Inside Boston Immigr. Ct. Arrest, *supra* n. 2; Conklin & Melugin, *supra* n. 2; Wilson re: Arrest, *supra* n.14; Romero et al., *supra* n.14; Carey, *supra* n. 2; Franklin & Hosseini, *supra* n. 2; Bradbury, *supra* n. 2; Nieto del Rio re: Boston Immigr. Ct. Arrests, *supra* n. 2; Gamboa, *supra* n. 2; Aleaziz et al., *supra* n. 2; Gonzalez & Ruelas, *supra* n. 2; Hebert, *supra* n. 2; Chien, *supra* n. 2; Elsen-Rooney re: Dylan Arrest, *supra* n. 2; Malaver et al., *supra* n. 2; Gomez re: Immigr. Ct. Arrests, *supra* n. 2; Hernández & Sacchetti, *supra* n. 2; Solis, *supra* n. 2; Hughes, *supra* n. 2; Goodman et al., *supra* n. 2; Goodman & Salomon, *supra* n. 2; Shoemaker, *supra* n. 2; Ruiz et al., *supra* n. 2; Álvarez, *supra* n. 2; Lacy et al., *supra* n. 2; Ingram, *supra* n. 2; Shapiro re: ICE Arrests, *supra* n. 2; Seiwell re: ICE Snatching, *supra* n. 2; Hendricks, *supra* n. 2; Schmidt, *supra* n. 2.

[4] Ferré-Sadurní re: Lawsuit, *supra* n. 2; Bernstein, *supra* n. 2; Khan, *supra* n. 2; Yahr, *supra* n. 2; Aleaziz, *supra* n. 2; Conklin & Melugin, *supra* n. 2; Aleaziz et al., *supra* n. 2; Gomez re: Immigr. Ct. Arrests, *supra* n. 2; Díaz & Alvarez, *supra* n. 2.

[5] Veronica Cardenas, *I Was Once an ICE Prosecutor. What I See Now in Immigration Courts Is Disturbing*, The Hill (July 17, 2025, 8:00AM), https://thehill.com/opinion/immigration/5404863-i-was-once-an-ice-prosecutor-what-i-see-now-in-immigration-courts-is-disturbing/; Brian Strassburger, S.J. & William Critchley-Menor, S.J., *What We Saw During An ICE Arrest & Immigration Court Hearing: The Breakdown of Justice in America*, America: The Jesuit Review (July 11, 2025), https://www.americamagazine.org/politics-society/2025/07/11/ice-immigration-court-deportation-injustice-251119; *Trump Disregards Due Process in Our Nation's Immigration Courts*, San Antonio Express-News (June 27, 2025), https://www.expressnews.com/opinion/editorial/article/ice-arrest-immigration-court-texas-20395342.php; *Masked ICE Arrests Raise Urgent Questions About U.S. Immigration Practices*, The Riverdale Press (June 26, 2025), https://www.riverdalepress.com/stories/masked-ice-arrests-raise-urgent-questions-about-us-immigration-practices,187060.

[6] Thamer, *supra* n. 2; Browning & O'Brien, *supra* n. 2; Alicia Victoria Lozano, *Violent Clashes at San Francisco Immigration Court Won't Deter Protestors, Organizers Say*, NBC News (July 10, 2025, 4:43 PM), https://www.nbcnews.com/news/us-news/violent-clashes-san-francisco-immigration-court-wont-deter-protesters-rcna218059; Sarah Rumpf-Whitten, *Watch: ICE Agents Fight Off Masked Mob Outside Blue City Immigration Court*, FOX News (July 10, 2025, 1:12 PM), https://www.foxnews.com/us/watch-ice-agents-fight-off-masked-mob-outside-blue-city-immigration-court; Shay Arthur, *Crowd Gathers for Immigration Rally at Memphis Court*, WREG Memphis (July 8, 2025, 12:07 PM), https://wreg.com/news/local/crowd-gathers-for-immigration-rally-at-memphis-court/; Ramos, *supra* n. 2; Regalado & Karlamangla, *supra* n. 2; Li & Cheang, *supra* n. 2; Khan, *supra* n. 2; DeAngelis, *supra* n. 2; Stephania Jimenez, *PSL San Antonio Organizes Event to Educate Community on Immigration Laws Amid Rising IDE Deportations*, KSAT (July 1, 2025, 10:42 PM), https://www.ksat.com/news/local/2025/07/02/psl-san-antonio-organizes-event-to-educate-community-on-immigration-laws-amid-rising-ice-deportations/; May & Marr, *supra* n. 2; Shapiro re: ICE Tactic Change, *supra* n. 2; Ferré-Sadurní re: Lander Arrest, *supra* n. 2; Moore & Zavala, *supra* n. 2; Greg Micek et al., *Sacramento Immigration Court on Lockdown, Draws Protest After Suspected ICE Operation*, Capradio (June 12, 2025), https://www.capradio.org/articles/2025/06/12/sacramento-immigration-court-on-lockdown-draws-protest-after-suspected-ice-operation/; Hobbs re: Sacramento Immigr. Ct. Arrests, *supra* n. 2; Lyons, *supra* n. 2; Ferré-Sadurní re: Inside NYC Immigr. Cts., *supra* n. 2; Bellisile et al. re: Immigration Officers Intensify Arrests, *supra* n.

and other members of the public to accompany noncitizens to their immigration court dates to stop ICE from detaining noncitizens when they exit courtrooms, document arrests that occur, and help arrestees inform their families.[7] At least four federal judges have also deemed specific arrests at immigration courts unlawful and ordered ICE to release the arrestees,[8] while a class of noncitizens represented by several rights groups has also sued to stop the arrests nationwide.[9]

Responsive records will address critical integrity questions left open by existing media coverage. Such records will show the extent of EOIR's involvement in ICE arrests in and near its immigration courts and what instructions and guidance EOIR has provided to immigration judges, court administrators, and other immigration court staff regarding these arrests.

### B.  URGENCY TO INFORM THE PUBLIC ABOUT FEDERAL GOVERNMENT ACTIVITY BY A REQUESTER

Additionally, and alternatively, the Council has a compelling need for the records sought. It is primarily engaged in disseminating information. And urgency also exists to inform the public about the extent of EOIR's involvement in ICE arrests in and near its immigration courts and any instructions and guidance the agency has provided to immigration judges, court administrators, and other immigration court staff about these arrests.

#### 1.  *The Council Primarily Engages in Information Dissemination*

The Council primarily engages in disseminating information and analysis on immigration and other issues. Organizations primarily engaged in information dissemination include not only "media organizations and newspapers," *Heritage Found. v. Entl. Prot. Agency*, Civil Action No. 23-748, 2023 WL 2954418, *3 (D.D.C. 2023), but also "non-partisan law and public policy group[s]"

---

2; Alvarez, *supra* n. 2; George Kelly & Max Harrison-Caldwell, Protesters Shut Down Immigration Court After ICE Arrests, The San Francisco Standard (June 10, 2025, 1:00 PM), https://sfstandard.com/2025/06/10/protesters-surround-immigration-court-after-ice-arrests/; Kadifa et al., *supra* n. 2; Weber, *supra* n. 2; Joe Rivano Barros et al., *S.F. Police Arrest Dozens in 2nd Night of Protests Against ICE*, Mission Local (June 9, 2025, 8:16 PM), https://missionlocal.org/2025/06/sf-mission-march-mobilized-thousands-against-ice/; Boyanton, *supra* n. 2; Aleaziz et al., *supra* n. 2; Hogan re: NYC Immigr. Ct. Arrests; Ruiz *et al*, *supra* n. 2.

[7] Salama, *supra* n. 2; Markey, *supra* n. 2; Mose re: ICE in Court; Bellisile et al. re: Volunteers Flock to Immigration Courts, *supra* n. 2; Ferré-Sadurní re: Lawsuit, *supra* n. 2; Belz, *supra* n. 2; Thamer, *supra* n. 2; Strassburger & Critchley-Menor, *supra* n. 5; Ciara Encinas, *Volunteers Describe How They Document ICE Arrests in Immigration Courts*, Fox 5 (July 11, 2025, 4 :55 PM), https://fox5sandiego.com/news/local-news/san-diego/san-diego-court-ice-arrests,/; Zavala, *supra* n. 2 ; Joey Safchik, *ICE Handcuffs 71-Year-Old Grandmother, a US Citizen, at San Diego Immigration Court*, 7 San Diego (July 9, 2025, 7 :06 PM), https://www.nbcsandiego.com/news/local/ice-arrests-71-year-old-grandmother-a-us-citizen-at-san-diego-immigration-court/3865098/; Ramos, *supra* n. 2; Rossoto, *supra* n. 2; Khan, *supra* n. 2; Singhai re: Volunteers, *supra* n. 2; Gomez re : Faith Leaders, *supra* n. 2; Shapiro re: ICE Tactic Change, *supra* n. 2; Sanchez & Ebrahimji, *supra* n. 2; Ferré-Sadurní re: Lander Escort, *supra* n. 2; Micek et al., *supra* n. 2; Stone, *supra* n. 2; Hobbs re: Sacramento Immigr. Ct. Arrests, *supra* n. 2; Estrada re: Two Arrests, *supra* n. 2; Boyanton, *supra* n. 2.

[8] *See* Markey, *supra* n. 2; Bernstein, *supra* n. 2; Baumhardt, *supra* n. 2; Ramos, *supra* n. 2; Vertuno, *supra* n. 2.

[9] *See, e.g.*, Rivera et al., *supra* n. 1; Abbot, *supra* n. 2; Bellisile, *supra* n. 2; Cole et al., *supra* n. 2; Ferré-Sadurní re: Lawsuit, supra n. 2.

like Requesters that "regularly write[], publish[], and disseminat[e], information online," *Brennan Ctr. for Just.*, 498 F. Supp. 3d at 98 (Brennan Center); *see also Ctr. for Pub. Integrity v. U.S. Dep't of Def.*, 411 F. Supp. 3d 5 (D.D.C. 2019) (Center for Public Integrity); *Protect Dem. Proj. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 298 (D.D.C. 2017) (Protect Democracy Project); *Am. Civil Liberties Union*, 321 F. Supp. 2d at 29 n.5 (Electronic Privacy Information Center ("EPIC")).

Like Brennan Center, Protect Democracy Project, EPIC, and Center for Public Integrity, the Council authors factsheets and special reports on proposed and actual immigration policies, some of which shape media coverage in outlets across the nation.[10] It also analyzes immigration data and other government records—including those obtained through FOIA requests like this one—in interactive web reports.[11] And it circulates its reports and factsheets through its website,[12] blog, email newsletters, and an X (formerly known as Twitter) account with 64.9 thousand followers.[13]

      2.   *Urgency Exists to Inform the Public*

Urgency also exists to inform the public about the extent of EOIR's involvement in ICE arrests in and near its immigration courts and any instructions and guidance the agency has provided to immigration judges, court administrators, and other immigration court staff about these arrests.

Requisite urgency exists where "the request touches on 'a matter of current exigency to the American public'" and delay "compromises a significant recognized interest." *Protect Dem. Proj.*, 263 F. Supp. 3d 293 at 299 (quoting *Al-Fayed v. CIA*, 254 F.3d 300, 310 (D.C. Cir. 2001)). The above topics are exigent to the American public, as demonstrated by the one hundred twenty plus articles discussing them cited in this request and the mass protests outside immigration courts. *See CREW*, 2025 WL 752367, at *13 (finding urgency to inform the public based on at least fifty

---

[10] *See, e.g., Trump-Backed Mass Deportations Would Cost Billions*, Report Says, CBS News (Oct. 3, 2024), https://www.cbsnews.com/video/trump-backed-mass-deportations-would-cost-billions-report/ (discussing Am. Immig. Council, Mass Deportation: Devasting Costs to America, Its Budget and Economy (Oct. 2, 2024), https://www.americanimmigrationcouncil.org/report/mass-deportation/); Emma Goldberg, *What if Trump Deported Millions of Immigrants*, The New York Times (Oct. 22, 2024), https://www.nytimes.com/interactive/2024/10/22/us/elections/trump-deportation.html?unlocked_article_code=1.Uk4.Pjao.99OiYFTTpEl6 (same); *What Trump's Mass Deportation Plan Might Look Like If He Wins the Election*, 60 Minutes (Oct. 27, 2024), https://www.youtube.com/watch?v=WjCHjwlSMFI (same); *Mass Deportations*, Last Week Tonight (Oct. 27, 2024), https://www.youtube.com/watch?v=0UEhMDAlX1Y (same); *The Costs of Mass Deportation? Expert Breaks Down Trump's Immigration Plan*, Amanpour & Company, (Oct. 28, 2024), https://www.youtube.com/watch?v=Dmfo3atidKE (same).

[11] *See* Am. Immig. Council, Torrance County Detention Facility: Troubling Role in Detaining Haitian Migrants During the 2021 Del Rio Incident (2024), https://www.americanimmigrationcouncil.org/foia/torrance-detention-facility; Am. Immig. Council, Ohio, We Have a Problem: Border Patrol & Local Law Enforcement's Patterns & Tactics of Abuse in Ohio's Immigration Enforcement (2024), https://www.americanimmigrationcouncil.org/foia/ohio-border-patrol-abuse; Am. Immig. Council, Refugee Resettlement in U.S. Cities (2019), https://data.americanimmigrationcouncil.org/en/refugee-resettlement-us/#exploratory_tool

[12] The Council's website received 4,506,460 views from 2,952,034 different users in 2024.

[13] *See* https://x.com/immcouncil.

articles on the issue); *Am. Civil Liberties Union of No. Cal. v. U.S. Dep't of Def.*, No. C 06-01698, 2006 WL 1469418, at *6 (N.D. Cal. May 25, 2006) (same); 28 C.F.R. § 16.5(e)(3) ("The existence of numerous articles published on a given subject can be helpful to establishing the requirement that there be an 'urgency to inform' the public on the topic.").

Delayed production of EOIR policies and guidance for ICE arrests at and near immigration courts would compromise the ongoing public debate about these arrests' propriety. *Cf. CREW*, 2025 WL 752367, at *13 (expediting a request for records about the U.S. DOGE Service); *Protect Dem. Proj.*, 263 F. Supp. 3d 293 at 299 (expediting a request for records about a possible unlawful airstrike on Syria); *Am. Civil Liberties Union of N. Cal. v. U.S. Dep't of Def.*, No. C. 06-01698, 2006 WL 1469418, at *6-7 (N.D. Cal. May 25, 2006) (expediting a request for records about possible unlawful military surveillance of protestors); *Freedom Coalition of Doctors for Choice v. Ctrs. For Disease Control & Prevention*, 2:23-cv-102, 2024 WL 69084, at *14 (N.D. Tex. Jan. 5, 2024) (expediting a request disputing the effectiveness of COVID-19 vaccines).

## IV.  FEE WAIVER REQUEST

Requestors seek a fee waiver since "disclosure of the requested records is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). EOIR must construe "the FOIA fee waiver provision … liberally … in favor of waivers for noncommercial requesters" like Requesters. *Schoenman v. FBI*, 604 F. Supp. 2d 174, 188 (D.D.C. 2009). Disclosure is in the public interest where it (A) "is likely to contribute significantly to public understanding of the operations or activities of the government" and (B) "is not primarily in the commercial interest of the [R]equesters." 5 U.S.C. § 552(a)(4)(A)(iii); *see also* 28 C.F.R. § 16.10(k)(1). Requesters satisfy both requirements.

### A.  DISCLOSURE OF THE INFORMATION IS IN THE PUBLIC INTEREST

Disclosing the requested records is likely to contribute significantly to the public's understanding of the extent of EOIR's involvement in ICE arrests in and near its immigration courts and any instructions and guidance the agency has provided to immigration judges, court administrators, and other immigration court staff about these arrests.

EOIR must consider two factors when assessing a disclosure's contribution to public understanding of a government activity or operation, *see* 28 C.F.R. § 16.10(k)(2): (i) whether the request has a "direct and clear" rather than "remote or attenuated" connection to "identifiable operations or activities of the federal government"; and (ii) whether disclosure "would be likely to contribute significantly to public understanding of those operations or activities." *Id.* § 16.10(k)(2)(i)-(ii). Each factor supports a fee waiver here.

### 1.  *Request Has a Direct and Clear Connection to Government Operations or Activities*

First, this request has a direct and clear relation to the following governmental operations and activities: EOIR's role in ICE enforcement operations at or near immigration courts and the

instructions it has provided to immigration judges and other court staff about ICE arrests at its facilities.

2.  *Records Sought Will Contribute Significantly to Public Understanding of the Above*

Second, disclosing the records sought will "contribute significantly to public understanding of" the above activities. *Id.* § 16.10(k)(2)(ii). Such contribution exists where "[d]isclosure of the requested information [is] meaningfully informative about [these] activities" and "contribute[s] to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester." *Id.* § 16.10(k)(2)(ii)(A)-(B). Both criteria are satisfied here.

i.  DISCLOSURE OF RECORDS IS MEANINGFULLY INFORMATIVE

Disclosing requested records will be meaningfully informative about EOIR's exact role in ICE enforcement operations at or near immigration courts. Disclosure is meaningfully informative where disclosed information is not "in the public domain, in either the same or a substantially identical form." *Id.* § 16.10(k)(2)(ii)(A).

Here, as demonstrated by the media coverage cited above, the public only knows that ICE is arresting noncitizens at or near immigration courts after moving to dismiss their immigration cases and that immigration judges are granting many dismissals, thereby allowing ICE to pursue expedited removal.[14] Public knowledge does not extend to the exact guidance that immigration judges and other court staff are receiving from their superiors about ICE arrests in and around immigration court and EOIR's role in these arrests. Requested records are therefore "meaningfully informative" about each of these activities.

ii.  DISCLOSURE OF RECORDS CONTRIBUTES TO UNDERSTANDING OF A REASONABLY BROAD AUDIENCE

Disclosing requested records will contribute to the understanding of a reasonably broad audience of persons interested in EOIR's role in ICE arrests at or near immigration courts.

Requesters presumably satisfy this consideration as representatives of the news media. *Id.* § 16.10(k)(2)(ii)(B). They both "gather[] information of potential interest to a segment of the public, use[] [their] editorial skills to turn the raw materials into a distinct work, and distribute[] that work to an audience." *Id.* § 16.10(b)(6); *see also Serv. Women's Action Network v. Dep't of Def.*, 888 F. Supp. 2d 282, 287-88 (D. Conn. 2012) (finding that ACLU is a news media representative); *cf. Elec. Privacy Info. Ctr. v. Dep't of Def.*, 241 F. Supp. 2d 5, 10-15 (D.D.C. 2003) (finding that an organization similar to the Council is a news media representative).

---

[14] *See generally* Media articles cited in footnotes 2-9.

Additionally, and alternatively, the ongoing and extensive media coverage in nationwide, state, and local outlets about ICE arrests at and near immigration courts demonstrates interest in these subjects by a reasonably broad audience. Requesters intend and are well-equipped to inform this audience about the information contained in responsive records, as they are experts in educating the public about immigration issues.

As detailed further in the expedited processing section, the Council analyzes government records—including those obtained through FOIA requests like this one—in interactive web reports and other publications available for free on its website.[15] And it circulates these publications for free through its website,[16] blog, email newsletters, and X an account with 64.9 thousand followers. It intends to publish content about records obtained from this request on its website and otherwise disseminate that content to its readers and the larger public.

Similarly, LatinoJustice PRLDEF produces newsletters, blogs, reports, opinion, editorials, and video interviews about the constitutional rights and equal protection of Latinos, immigrants, and other marginalized communities.[17] And it circulates these publications for free through its social media accounts. All of its materials are free and available to the public on its website.

In sum, Requesters intend to analyze the records they receive from this request and educate a broad audience of the interested public about them. And, Requesters have a demonstrated ability to do so.

### B. REQUESTERS' LACK OF COMMERCIAL INTEREST

Turning to commercial interest, disclosure is not primarily in Requesters' commercial interest. As nonprofits, Requesters have no commercial interest in the records requested. *See Am. Ctr. for L. & Just. v. U.S. Dep't of Homeland Sec.*, 573 F. Supp. 3d 78, 84 (D.D.C. 2021) ("[N]onprofit organizations by definition have no commercial interests."); *Am. Immigr. Council v. U.S. Dep't of Homeland Sec.*, 82 F. Supp. 3d 396, 406 (D.D.C. 2015) (finding that the Council has no such interest in its record requests). Rather, the request furthers Requesters' work to increase public understanding of immigration processes, including EOIR's role in ICE enforcement operations in and around immigration courts and the guidance it has provided to immigration judges and other court staff about these operations.

Alternatively, and additionally, the public interest in obtaining a better understanding of EOIR's actions discussed above exceeds any commercial interest that EOIR may ascribe to Requesters in records responsive to this request.

---

[15] *See, e.g.*, Torrance County Detention Facility: Troubling Role in Detaining Haitian Migrants During the 2021 Del Rio Incident, *supra* n. 11; Ohio, We Have a Problem: Border Patrol & Local Law Enforcement's Patterns & Tactics of Abuse in Ohio's Immigration Enforcement, *supra* n. 11; Refugee Resettlement in U.S. Cities, *supra* n. 11.

[16] The Council's website received 4,506,460 views from 2,952,034 different users in 2024.

[17] *See, e.g.*, LatinoJustice PRLDEF, 100 Days Later: The Harm So Far to Latinx Communities (April 2025), https://www.latinojustice.org/en/pressreport/100-days-later-harm-so-far-latinx-communities; LatinoJustice PRLDEF, A Promise to Harm: What's at Stake for the Latino Community in Project 2025 (Oct. 2024), https://www.latinojustice.org/en/pressreport/promise-harm-whats-stake-latino-community-project-2025.

\*\*\*

Thank you for your attention to this request. If you have any questions regarding this request, please do not hesitate to contact us.

Very truly yours,

/s/ Chris Opila                               /s/Rex Chen


Christopher ("Chris") Opila            Rex Chen
Staff Attorney (Transparency)         Supervising Counsel for Immigrant Rights
American Immigration Council          LatinoJustice PRLDEF,
PMB2026                                       475 Riverside Drive Suite 1901
2001 L Street N.W., Suite 500         New York, NY 10115
Washington, DC 20036                   212-219-3360 | rchen@latinojustice.org
202-507-7699 | copila@immcouncil.org

| | |
|---|---|
| **From:** | jeniffer.perez.santiago@usdoj.gov |
| **To:** | Chris Opila |
| **Cc:** | jeniffer.perez.santiago@usdoj.gov |
| **Subject:** | DOJ-EOIR FOIA Request # 2025-84733 |
| **Date:** | Wednesday, July 30, 2025 1:23:24 PM |

**Exhibit B**

---

> **Warning: Unusual sender** <jeniffer.perez.santiago@usdoj.gov>
> You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Re: 2025-84733

Dear Christopher Opila,

The Executive Office for Immigration Review (EOIR) has received your request for expedited treatment of your Freedom of Information Act (FOIA) request.

The FOIA regulations states that expedited treatment is granted if there is an exceptional need such as jeopardy to life or personal safety, a threatened loss of substantial due process rights, or an urgency to inform the public concerning actual or alleged Federal Government activities. *See* 28 C.F.R. § 16.5(e).

Upon review of your request, it has been determined that you did not meet the threshold. Therefore, your request for expedited treatment has been denied.

If you need any further assistance or would like to discuss any aspect of your request, please contact the EOIR FOIA Service Center or FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the EOIR's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

FOIA Intake



**Exhibit C**

**U.S. Department of Justice**
Executive Office for Immigration Review
*Office of the General Counsel*

*5107 Leesburg Pike, Suite 2150*
*Falls Church, Virginia 22041*

August 11, 2025

Mr. Christopher Opila
Staff Attorney
American Immigration Council
2001 L Street N.W.
Suite 500, PMB2026
Washington, DC  20036

Re:     2025-84733

Dear Christopher Opila,

This letter is in response to your Freedom of Information Act (FOIA) request dated July 28, 2025 to the Executive Office for Immigration Review (EOIR) in which you seek

> Requesters seek all guidance, instructions, policies, and other similar records created by, provided to, or otherwise in the possession of EOIR for ICE enforcement operations or arrests at or near an immigration court issued since January 20, 2025. (Date Range for Record Search: From 01/20/2025 To 07/28/2025).

A search was conducted and one or more records responsive to your request were located. We are granting partial access to the responsive record(s).

Portions of the enclosed records have been redacted in accordance with FOIA Exemption 6, 5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

We have placed you in the news media requester category.  EOIR is not charging any fees related to the processing of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010).  This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.  *See* http://www.justice.gov/oip/foiapost/2012foiapost9.html.

You may contact the EOIR FOIA Public Liaison by e-mail at EOIR.FOIARequests@usdoj.gov for any further assistance and to discuss any aspect of your request.  Please reference the FOIA control number.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services

Letter to Christopher Opila                                                                    Page 2
Subject: 2025-84733

they offer.  The contact information for OGIS is as follows: Office of Government Information
Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College
Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at
(877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the Executive Office for Immigration Review's determination in
response to this request, you may administratively appeal by writing to the Director, Office of
Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor,
Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by
creating an account following the instructions on OIP's website:
https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked
or electronically transmitted within 90 days of the date of this response to your request. If you
submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of
Information Act Appeal." If possible, please provide a copy of your original request and this
response letter with your appeal.


                                   Sincerely,


                                   Jeniffer Perez Santiago
                                   Attorney Advisor

 Outlook

**Exhibit D**

---

## RE: arrests at court

---

**From** EOIR, PAO (EOIR) <PAO.EOIR@usdoj.gov>

**Date** Tue 4/1/2025 9:00 PM

**To** jaesa@riguersilva.com <jaesa@riguersilva.com>

**Cc** Kessler, Bryan (EOIR) < (b)(6) @usdoj.gov>; Mattingly, Kathryn (EOIR) < (b)(6) @usdoj.gov>; Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>; Comans, Jamee E. (EOIR) < (b)(6) @usdoj.gov>

Good afternoon,

Please contact the Department of Homeland Security, U.S. Immigration and Customs Enforcement for questions regarding enforcement activities.

Sincerely,

U.S. Department of Justice
Executive Office for Immigration Review
/MSM

---

**From:** Kessler, Bryan (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, March 27, 2025 1:12 PM
**To:** Jaesa McLin <jaesa@riguersilva.com>
**Cc:** Mattingly, Kathryn (EOIR) < (b)(6) @usdoj.gov>; Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>; Comans, Jamee E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: [EXTERNAL] arrests at court

Afternoon Jaesa,

We're not currently holding stakeholder meetings. EOIR's Office of Policy handles all press communications for the agency and can be reached at 703-305-0289 or by email at pao.eoir@usdoj.gov. For other questions, please feel free to email ACIJ Comans who I've copied above.

Respectfully,
Bryan

**Bryan Kessler, Esq.**
**Court Administrator**
**Executive Office for Immigration Review**
**New Orleans Immigration Court**
**365 Canal St., Suite 500**
**New Orleans, LA 70130**
(b)(6)



**From:** Jaesa McLin <jaesa@riguersilva.com>
**Sent:** Thursday, March 27, 2025 10:47 AM
**To:** Kessler, Bryan (EOIR)[ (b)(6) ]@usdoj.gov>
**Subject:** [EXTERNAL] arrests at court

Bryan,

I request an emergency liaison meeting to discuss the recent arrests happening in court.

Jaesa W. McLin, LLM, JD
Partner/Attorney at Law
RIGUER SILVA, LLC
3213 Florida Ave., Suite C
Kenner, LA 70065
(504) 466-7507

Confidentiality Notice:
The electronic mail message you have received and any files attached and transmitted are intended solely for the proper addressee(s) and may be legally privileged and/or contain confidential information. If you have received this email in error, please delete it and all other copies from your system without reading the contents or opening the attachments, destroy any hard copies that may have been printed, and notify the sender so that no further mail or information will be directed to you. Any unauthorized use, copying, forwarding, printing, or otherwise disclosing the email contents, attachments, or information contained herein may be unlawful.



**Exhibit E**

OOD
PM 25-06
Effective: January 28, 2025

To:     All of EOIR
From:  Sirce E. Owen, Acting Director
Date:   January 28, 2025

## CANCELLATION OF OPERATING POLICIES AND PROCEDURES MEMORANDUM 23-01

| | |
|---|---|
| PURPOSE: | Rescind and Cancel Operating Policies and Procedures Memorandum 23-01 |
| OWNER: | Office of the Director |
| AUTHORITY: | 8 C.F.R. § 1003.0(b) |
| CANCELLATION: | Operating Policies and Procedures Memorandum 23-01 |

On December 11, 2023, the Office of the Chief Immigration Judge (OCIJ) issued Operating Policies and Procedures Memorandum (OPPM) 23-01, rescinding prior OPPM 96-6 and purporting to prohibit some—but not all—civil immigration enforcement actions by the Department of Homeland Security (DHS) in or near EOIR space operated by OCIJ. The crux of OPPM 23-01 rested on a DHS document, Joint Memorandum by Tae Johnson, Acting Director, ICE, and Troy Miller, Acting Commissioner, CBP, *Civil Immigration Enforcement Actions in or near Courthouses* (April 27, 2021) (DHS Memorandum), which self-imposed a moratorium on DHS civil immigration enforcement actions in or near immigration courts. However, that DHS Memorandum has been rescinded and superseded by new interim guidance, which does not impose a blanket restriction on civil immigration enforcement actions by DHS in or near EOIR public space. *See* Policy 11072.3, Interim Guidance: Civil Immigration Enforcement Actions in or near Courthouses, [Interim Guidance: Civil Immigration Enforcement Actions in or near Courthouses](https://www.ice.gov/doclib/foia/policy/11072.3_CivilImmEnfActionsCourthouses_01.21.2025.pdf) (Interim Guidance). [1] As such, there is no longer a basis to maintain OPPM 23-01.

Moreover, the other bases given for OPPM 23-01 were unpersuasive, inconsistent with current Executive Branch policy, pretextual, or unsubstantiated on any systematic basis. For example, OPPM 23-01 suggested that permitting DHS enforcement actions in or near OCIJ space would have some sort of vague, unspecified "chilling effect" on aliens appearing for hearings or would otherwise "disincentivize" them from appearing. OPPM 23-01 provided no data to support these assertions, nor did it explain why, contrary to logic, aliens with valid claims to legal immigration

---

[1] https://www.ice.gov/doclib/foia/policy/11072.3_CivilImmEnfActionsCourthouses_01.21.2025.pdf.  Nothing in DHS's Interim Guidance or this Policy Memorandum authorizes DHS to conduct civil immigration enforcement actions in private EOIR space which is not customarily open to the public, such as offices of immigration judges.

status would be disincentivized from attending their hearings, even though they had no reason to fear any enforcement action by DHS. Indeed, between April 27, 2021, when the DHS Memorandum took effect, and January 27, 2025, over 530,000 aliens failed to attend their scheduled hearings, suggesting that some other factor unrelated to DHS's enforcement posture was causing aliens to willfully fail to attend hearings. OPPM 23-01 also suggested that DHS enforcement actions could create unspecified "safety risks"; yet, it nevertheless authorized such actions in five other instances, without explaining why those circumstances did not also create safety risks or without acknowledging that at least four of those exceptions—*e.g.* "a threat to national security," an "imminent risk of death, violence, or physical harm to any person," "hot pursuit," and "instances in which a safe alternative location for the enforcement action does not exist"—appeared to hold *greater* safety risks than a routine enforcement action that was otherwise prohibited. In short, this rationale was incoherent at best, and at worst, it was wholly disingenuous. Further, OPPM 23-01 also suggested that it was intended to "reinforce the separate and distinct roles of DHS and [EOIR] in the eyes of the public"; however, OPPM 23-01's concern for this distinction was, again, selective at best and disingenuous at worst. For instance, pursuant to Director's Memorandum 22-03, *Administrative Closure*, EOIR has been required to interfere with DHS's exercise of prosecutorial discretion for over three years, largely erasing the line between EOIR's adjudicatory function and DHS's prosecutorial function. EOIR also solicited DHS to help identify cases which EOIR believed were candidates for an exercise of DHS's prosecutorial discretion, far exceeding the line between the two agencies' distinct roles. In other words, EOIR leadership at the time OPPM 23-01 was issued only seemed interested in ensuring a separation between EOIR and DHS in certain situations with a particular valence. That inconsistency not only undermined the internal coherence of OPPM 23-01, but also seriously subverted EOIR's integrity and impartiality.

Finally, EOIR lacks the authority to prohibit DHS from conducting any action it is otherwise lawfully authorized to take, and to that point, OPPM 23-01 was likely *ultra vires*. The suggestion that EOIR can prohibit DHS from taking a lawful enforcement action, particularly making a criminal arrest[2] or taking action under Title 8, is an anathema to the administrative separation of functions between the two agencies and their fidelity to the law.

In sum, there is no basis to retain OPPM 23-01, especially in light of DHS's Interim Guidance[3] and current Executive Branch policies. Accordingly, OPPM 23-01 is rescinded and canceled. The rescission of OPPM 23-01 does not reinstate OPPM 96-6.

This PM is not intended to, does not, and may not be relied upon to create, any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States,

---

[2] Although the DHS Memorandum was limited to civil immigration enforcement actions and OPPM 23-01 provided civil enforcement actions as an example of actions it purported to prohibit, the actual definition of "enforcement action" upon which OPPM 23-01 was based was not limited solely to civil enforcement actions. OPPM 23-01 did not provide any authority for EOIR's ability to prohibit DHS from making criminal arrests.

[3] EOIR expects DHS to adhere to the provisions of its Interim Guidance and to minimize disruption to immigration court proceedings when practicable. Any concerns about a DHS enforcement action in EOIR space utilized by OCIJ should be relayed through the OCIJ chain of command to the Office of the Director after the action has concluded.

its departments, agencies, or entities, its officers, employees, or agents, or any other person. Nothing herein should be construed as mandating a particular outcome in any specific case. Nothing in this PM limits an adjudicator's independent judgment and discretion in adjudicating cases or an adjudicator's authority under applicable law.

Please contact your supervisor if you have any questions.

3

**Exhibit F**

Early Bird Rates End Soon - Register For Fall Conference Today!    ✕

PRACTICE RESOURCES

# Practice Alert: EOIR Guidance to Immigration Judges on Dismissals and Other Adjudications

6/12/25  |  AILA Doc. No. 25061204.  |  Expedited Removal, Removal & Relief

It has been reported in the news that EOIR leadership sent an email giving guidance to Assistant Chief Immigration Judges (ACIJs) on adjudications. The email was sent on Friday, May 30, 2025. Printed below is the full text of the EOIR email sent to ACIJs:

"Subject: Guidance on Case Adjudication

ACIJs –

During the past few months, EOIR has experienced significant changes in its caseload. EOIR's detained caseload has greatly increased in the past few months, and to meet the demands of the increasing workload on the detained dockets, we have re-emphasized goals for detained dockets and reallocated judges from non-detained dockets to detained dockets. There have been several developments with non-detained cases in the past few weeks. DHS is carrying out enforcement actions in or near EOIR space. Further, DHS attorneys have moved to dismiss cases that are currently pending in court. Given the recent developments the following guidance is provided to ensure the expeditious adjudication of cases:

1. Cases should not be reset for Oral Decision. Oral Decisions must be completed within the same hearing slot on the day testimony and arguments are concluded. If a case is continued after testimony and arguments are concluded without issuance of an oral decision, then a written decision must be issued.

2. DHS Motions to Dismiss may be made orally and decided from the bench. No additional documentation or briefing is required.

   The following information regarding DHS Motions to Dismiss may be generally helpful.

   The Motions to Dismiss is regulatory based upon INA 239.2(a)(6)[*NTA improperly issued*] or INA 239.2(a)(7) [*circumstances have changed to such an extent that continuation is no longer in the best interest of the government*]. Generally, if DHS has met the regulatory burden, the oral motion to dismiss may be granted. A 10-day response period is not required.

   Respondents who were not continuously present for 2 years before inadmissibility was determined by an immigration officer under 212(a)(6) or 212(a)(7) of the INA may be placed in Expedited Removal (ER) Proceedings under INA 235.3 at the discretion of the AG. Expedited Removal Orders (ERO) carry a 5y bar to re-entry to the US.

   Respondents in the expedited removal proceedings are subject to mandatory detention. Fear claims are reviewed by USCIS via credible fear interviews. Negative credible fear findings are subject to Credible Fear Review before the court. If the negative credible fear determinations are affirmed by the court, Respondents are subject to the expedited removal order of the immigration officer. If negative credible fear determinations are vacated by the court, Respondents are placed in 240 Proceedings. Reasonable Fear Determinations, Reasonable Fear Review and Withholding Only Proceedings involve aliens subject to expedited removal under section 238(b) (*aggravated felons*) and aliens subject to reinstatement of prior order of removal under 241 (a)(5) who have a reasonable fear of persecution and torture.

3. DHS Enforcement actions at or near EOIR facilities: Please ensure that you, the Judges under your supervision, and your administrative staff are familiar with Policy Memo 25-06, which is found here. If you encounter any unusual circumstances with an enforcement action, please reach out to your RDCIJ to discuss. Please ensure your judges are aware of the above guidance. If you have any questions, please contact your supervisor to discuss."

The following additional authorities may be helpful in the event ICE OPLA makes a motion to dismiss in your case:

This website uses cookies to ensure you get the best experience on our website. Learn More

Manage Cookies

Decline    Allow All

> Pre-decision motions. Unless otherwise permitted by the immigration judge, motions submitted prior to the final order of an immigration judge **shall be in writing and shall state, with particularity the grounds therefor, the relief sought, and the jurisdiction** [emphasis added]. The immigration judge may set and extend time limits for the making and replying to of motions and replies thereto. A motion shall be deemed unopposed unless timely response is made.

The email instruction sent by EOIR inaccurately quotes the regulation governing cancellation of notices to appear, 8 CFR 239.2, as requiring that "*circumstances have changed to such an extent that continuation is no longer in the best interest of the government.*" The regulation actually states that an officer may cancel a notice to appear provided that "circumstances of the case" have changed, not merely that "circumstances have changed". Here is the text of the regulation:

> **Circumstances of the case** have changed after the notice to appear was issued to such an extent that continuation is no longer in the best interest of the government.

Finally, the immigration court practice manual, Chapter 3.1, indicates that responses to a filing for master calendar hearings "must be submitted within ten (10) days after the original filing with the immigration court". This has been interpreted by courts as providing respondents with a 10-day period to respond. The email instruction sent by EOIR explicitly instructs immigration judges to the contrary: "A 10-day response period is not required."

A recent EOIR Policy Memorandum emphasized the importance of impartiality and decisional independence of adjudicators, lamented that such values had been eroded in recent years, and indicated that such values would be of utmost importance going forward. EOIR PM 25-02, EOIR's Core Policy Values, Jan. 27, 2025. The same memorandum had a section dedicated to the barring of secret operational policies, defined to include "any operational policies related to case adjudications that were not disseminated publicly on EOIR's website or on social media." Per the memorandum, EOIR believed that the secretive nature of such policies "may have violated basic principles of administrative law."

In sum, the clandestine EOIR directive appears to violate the regulations, the immigration practice manual, and EOIR public guidance produced under this administration. Practitioners should make such arguments as appropriate and should consider trying to introduce news articles describing he secret guidance (or the guidance itself should it be released) into the record of proceedings.

*Special thanks to AILA members and the EOIR committee members for helping with this practice alert.

Manage Cookies

This website uses cookies to ensure you get the best experience on our website.
Learn More

Decline          Allow All

**Exhibit G**

| | |
|---|---|
| **From:** | Perez Santiago, Jeniffer (EOIR) |
| **To:** | Chris Opila |
| **Cc:** | Rex Chen; FOIARequests, EOIR (EOIR); Raul Pinto |
| **Subject:** | RE: 2025-84733: Question re August 11 Determination |
| **Date:** | Thursday, August 14, 2025 8:35:37 AM |

> **Warning: Unusual sender** <jeniffer.perez.santiago@usdoj.gov>
> You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Good morning,

The August 11, 2025, letter is the final response.  We do not have additional records.  EOIR does not deal with ICE enforcement.  We suggest you submit a FOIA request with DHS.

Sincerely,


**Jeniffer Pérez Santiago**
Associate General Counsel for FOIA
Office of the General Counsel
Executive Office for Immigration Review
Department of Justice
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041

---

**From:** Chris Opila <COpila@immcouncil.org>
**Sent:** Wednesday, August 13, 2025 5:04 PM
**To:** Perez Santiago, Jeniffer (EOIR) <Jeniffer.Perez.Santiago@usdoj.gov>
**Cc:** Rex Chen <rchen@latinojustice.org>; FOIARequests, EOIR (EOIR) <EOIR.FOIARequests@usdoj.gov>; Raul Pinto <RPinto@immcouncil.org>
**Subject:** [EXTERNAL] 2025-84733: Question re August 11 Determination

Hi Jeniffer Perez Santiago,

I hope that this email finds you well. EOIR issued the attached "final response" and production in 2025-84733 on August 11, 2025. Final Response 2025-84733 (attached). I write to clarify whether this is the agency's final determination on this request or whether there are additional, forthcoming determinations and productions from other searches.

For background, 2025-84733 seeks "all guidance, instructions, policies, and other similar records created by, provided to, or otherwise in the possession of EOIR for ICE enforcement operations or arrests at or near an immigration court issued since January 20, 2025." *See* 2025-84733_Immigr. Ct. Arrest Policies FOIA (EOIR) (attached). It notes that responsive records could take the form of emails, *id.* at 1 n. 1—such as an email about "DHS carrying out enforcement actions in or near EOIR space," *see* Mark Rivera et al., *ICE Arrests at Immigration Court in Chicago, Nationwide Labeled 'Unlawful' in New Lawsuit*, ABC 7 Chicago (July 18, 2025, 8:36 PM), https://abc7chicago.com/post/us-immigration-news-ice-arrests-courts-chicago-nationwide-labeled-unlawful-new-lawsuit-trump-administration/17186490/).

The August 11 production consists of only a two-page email chain about a request for "an emergency liaison meeting to discuss the recent arrest happening in court" in Louisiana. 2025-84733 (attached). Requesters believe that additional records exist, including not only the email discussing DHS enforcement actions cited above but also additional correspondence involving staff at immigration courts outside of Louisiana that amounts to court-specific guidance for ICE enforcement activities at those courts (akin to the two-page email EOIR produced for Louisiana courts).

Can you clarify whether they are any outstanding searches and productions for 2025-84733? If there are not, can you provide a short description of the search EOIR performed to help Requesters assess the reasonableness of that search?

Thanks for your time and assistance.

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com
‑
**Help us build a more welcoming country. Check out our national campaign.**