# Exhibit Q

| | |
|---|---|
| **From:** | Chris Opila |
| **To:** | Administrator Email |
| **Cc:** | No-Reply.OIP.FOIASTAR@usdoj.gov; Rex Chen |
| **Subject:** | RE: Appeal Expedited Determination for Appeal Number A-2025-02424 |
| **Date:** | Monday, September 8, 2025 11:43:00 AM |
| **Attachments:** | EOIR Consolidated Response & Remand.pdf |

Dear Christina Troiani,

Thank you for your prompt response to our request for expedited processing of Appeal No. A-2025-02424 (Request No. 2025-84733).

Respectfully, we ask you to reconsider your decision to deny expedited processing of this appeal in light of your subsequent determinations to reverse EOIR's decisions to deny expedited processing in Request Nos. 2025-84734, 2025-84742, 2025-84744, and 2025-84746 and remand these expedite requests to EOIR "for further processing." *See* Attached.

The administrative record for expedite processing in the Appeal No. A-2025-02424 is nearly identical to those in Request Nos. 2025-84734, 2025-84742, 2025-84744, and 2025-84746, except that it contains even more media coverage about immigration court arrests. Therefore, the analysis followed to remand the expedite requests in Request Nos. 2025-84734, 2025-84742, 2025-84744, and 2025-84746 dictates that the agency should grant expedited processing of Appeal No. A-2025-02424.

Thank you for your time and reconsideration.

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org
**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**Help us build a more welcoming country. Check out our national campaign.**

---

**From:** Administrator Email <oip-noreply@usdoj.gov>
**Sent:** Tuesday, August 26, 2025 12:15 PM
**To:** Chris Opila <COpila@immcouncil.org>
**Cc:** No-Reply.OIP.FOIASTAR@usdoj.gov
**Subject:** Appeal Expedited Determination for Appeal Number A-2025-02424

> **Warning: Unusual sender** <oip-noreply@usdoj.gov>
> You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Expedited Determination decision has been made on Appeal Number A-2025-02424 with the decision of Denied.

VIA: Email - 08/26/2025 Dear Christopher Opila:     You appealed from the action of Executive Office for Immigration Review (EOIR).  In your letter dated August 15, 2025, you requested expedited treatment of your appeal.  Your request for expedited treatment is addressed below.     You assert that your appeal is entitled to expedited treatment pursuant to the second standard enumerated in the Department of Justice's regulations.  Expedited treatment pursuant to the second standard will be granted where the requester shows that there is "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."  28 C.F.R. § 16.5(e)(1)(ii) (2024).     I have determined that you have not met your burden under the second standard because you have not provided any evidence that you are "primarily engaged in disseminating information."  See Landmark Legal Found. v. EPA, 910 F. Supp. 2d 270, 276 (D.D.C. 2012) (noting that plaintiff must be "primarily, and not just incidentally, engaged in information dissemination"); ACLU of N. Cal. v. DOJ, No. 04-4447, 2005 WL 588354, at *14 (N.D. Cal. Mar. 11, 2005) (holding that information dissemination must be "the main activity" rather than merely "a main activity" of plaintiff to satisfy expedition standard).     The Director of Public Affairs considered your request for expedited processing under the fourth standard and determined that your request for expedition should be denied.  I agree with the determination of the Director of Public Affairs that expedited treatment of your appeal is not warranted under this standard because you have failed to sufficiently demonstrate that the subject of your request is "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence."  28 C.F.R. § 16.5(e)(1)(iv) (2024).  Accordingly, the Director of Public Affairs properly determined that you failed to meet your burden under the fourth standard for expedited processing.     Please be advised that the other portions of your appeal will be responded to separately by this Office.  As a result of the denial, your appeal will be placed into chronological order with the other pending appeals and will be addressed in turn.     Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your request for expedited processing.     If you are dissatisfied with my action on your appeal for expedited treatment of your request, you may file a lawsuit in accordance with 5 U.S.C. §

552(a)(6)(E)(iii). For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at [ogis@nara.gov](mailto:ogis@nara.gov); telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642. Sincerely, Christina Troiani Chief, Administrative Appeals Staff