# Exhibit U

| | |
|---|---|
| From: | Chris Opila |
| To: | "ice-foia@ice.dhs.gov" |
| Cc: | Raul Pinto; Rex Chen |
| Subject: | RE: ICE FOIA 2025-ICFO-51684 Clarification Request |
| Date: | Monday, October 13, 2025 4:00:00 PM |
| Attachments: | 2025-ICFO-51684_2d NOID Response & Exhibits.pdf |
| | 2025-ICFO-51684, 51687, & 51690 Expedite Follow Up.pdf |

Hi ICE FOIA Office,

Please find attached Requesters' response to your request for clarification. To aid the agency in processing our request, we have reduced its scope and attached a list of individuals who may hold the positions responsive to our request.

Relatedly, Requesters remind the agency that their request for expedited processing of this FOIA request is outstanding. Please find attached additional evidence for why expedited processing is warranted here.

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org
**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**Help us build a more welcoming country. Check out our national campaign.**

**From:** ice-foia@ice.dhs.gov <noreply@securerelease.us>
**Sent:** Friday, September 26, 2025 1:11 PM
**To:** Chris Opila <COpila@immcouncil.org>
**Subject:** ICE FOIA 2025-ICFO-51684 Clarification Request

> **External sender** <noreply@securerelease.us>
>
> Make sure you trust this sender before taking any actions.

09/26/2025

Chris Opila
2001 L Street N.W.
Washington, District of Columbia 20036

RE:     ICE FOIA Case Number 2025-ICFO-51684

Dear Requester:

This e-mail is in regards to your 7/29/2025 ICE FOIA request for records related to Requesters seek all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the
table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records, A:
ICE Director; ICE Deputy Director; ICE Chief of Staff; ICE Associate Director of Enforcement & Removal Operations ("ERO"); The Director of ERO Field Operations; An
Assistant Director of ERO Field Operations; An ERO Field Office Director; or an ERO Field Office Deputy Director; B: The Chief Immigration Judge; A Regional Deputy Chief
Immigration Judge ("RDCJ"); An Assistant Chief Immigration Judge ("ACIJ"); or a court administrator;
C: Expedited Removal; an ICE enforcement action in or near an
immigration court; an ICE arrest in or near an immigration court; or dismissal or termination of immigration cases or proceedings in immigration court.

In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request.

**Your request as stated is too broad. We need more information. Provide the names of all of the Officials sought in your request. The titles and their positions are
not sufficient to conduct a complete search, we need the names of those officials.**

**Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received
within 30 calendar days, your request will be administratively closed.**

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement

Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009