# Exhibit Z



August 4, 2025

Filed Via Email

ICE Privacy Office
Immigration & Customs Enforcement
500 12th St., SW Stop 5004
Washington, DC 20536-5004

Re:    2025-ICFO-51687—Response to Notice of Intent to Close for Lack of Reasonable Description and Broadness

Dear FOIA Officer:

The American Immigration Council (the "Council") and LatinoJustice PRLDEF (collectively, "Requesters") filed FOIA Request No. 2025-ICFO-51687 with U.S. Immigration and Customs Enforcement ("ICE") via SecureRelease[1] on July 29, 2025. Ex. A. The following day, ICE expressed concerns about the adequacy of the Request's description of responsive records and the breadth of the Request's scope. It also provided notice of its intent to close this Request administratively within thirty days if it did not receive a response from Requesters. This letter constitutes Requesters' response.

## I.    THE REQUEST'S SCOPE

The Request seeks all emails,[2] correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records.

| A | B | C |
|---|---|---|
| ICE Associate Director of Enforcement and Removal Operations ("ERO") | ICE Principal Legal Advisor | An ICE enforcement operation in or near an immigration court |

---

[1] Requesters also mailed 2025-ICFO-51687 to U.S. Department of Homeland Security's Senior Director of FOIA Operations on July 30, 2025, because the Request seeks expedited processing based on 6 C.F.R. § 5.5(e)(1)(iv).
[2] Requested emails exclude duplicates. (E.g, agencies should only produce one record of an email chain that contains all emails in that chain, rather than a record for each new email in the chain that contains all emails in the chain prior to that email).

1



| The Director of ERO Field Operations | ICE Executive Deputy Principal Legal Advisor | An ICE arrest in or near an immigration court |
|---|---|---|
| An Assistant Director of ERO Field Operations | ICE Deputy Principal Legal Advisor for Field Legal Operations | Dismissal or termination of immigration cases or proceedings in immigration court |
| An ERO Field Office Director | An ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel | |
| An ERO Field Office Deputy Director | | |

## II. ICE'S DENIAL

After careful review of the Request, ICE determined that it is not reasonably described due to the reason(s) listed below:

-Your request is too broad in scope.
-Your request did not specifically identify the records which you are seeking.

Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency. For this reason, §5.3(b) of the DHS regulations, 6 C.F.R. Part 5, require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort. Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, case number, and subject matter of the records, if known, or the ICE program office you believe created and/or controls the record. The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

As you did not provide the necessary information described above, we are unable to process this request. Please provide additional information. If you choose to modify this request, please consider providing the information listed below so that there will be no further delays in processing your request.

 

-Clearly identify the subject matter.
-Provide a date range of X-X days/weeks/months/years.
-Identify the specific program office, position titles, or individuals.
-Avoid using general or ambiguous language (e.g. "all communications," "everything related to," "all records").

In order to conduct a search for electronic communications, you must provide the email address for ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel, or the domain used. If you provide only the domain, we will need additional keywords.

We require the emails addresses of the Regional Deputy Chief Immigration Judge(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide the names of operations, and/or the city/state, and date of occurrence.  Searching "An ICE enforcement operation in or near an immigration court" will not produce the documents you seek.

We require the emails addresses of an Assistant Chief Immigration Judge(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide the names of operations, and/or the city/state, and date of occurrence.  Searching "An ICE arrest in or near an immigration court" will not produce the documents you seek.

We require the emails addresses of the court administrator(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide case numbers, court dates or additional keywords.  Searching "Dismissal or termination of immigration cases or proceedings in immigration court" will not produce the documents you seek.

In order to conduct a search for emails involving the Director of ERO Field Operations, Assistant Director of ERO Field Operations, ERO Field Office Director, or an ERO Field  Office Deputy Director, additional information is required. If more than one ICE employee holds the title, you must provide the office of region of the ICE employee you would like searched. If you are looking for correspondence with specific individuals, provide the email addresses or titles, if they are an ICE employee. If they are not an ICE employee, provide the email addresses or domains. We also




require keywords for the search. You have not provided any topic or keywords. Searching all correspondence without narrowing with keywords, and email addresses is too broad.

## III. REQUEST'S DESCRIPTION COMPORTS WITH FOIA

ICE's objections to the Request's description and scope are erroneous because the Request reasonably describes responsive records and is not overly broad. To the extent that further information is required to identify responsive records with reasonable effort, Requesters provide it herein.

### A. REQUEST PROVIDES A REASONABLE DESCRIPTION

The Request provides a reasonable description of the records. A reasonable description is one that allows an agency employee familiar with the subject area of the request to locate responsive records "with a reasonable amount of effort." *Truitt v. U.S. Dep't of State*, 897 F.2d 540, 545 n.36 (D.C. Cir. 1990); *see also Kowalczyk v. Dep't of Just.,* 73 F.3d 386, 388 (D.C. Cir. 1996) ("A request reasonably describes records if 'the agency is able to determine precisely what records are being requested.'" (quoting *Yeager v. DEA*, 678 F.2d 315, 326 (D.C. Cir. 1982)).

Courts routinely approve descriptions of communications that specify the communications' dates, forms, parties, and topics, just as Requesters did here.[3] *See, e.g.*, *Bader Family Found. v. U.S. Equal Emp. Opportunity Comm'n*, Case No. 23-cv-976 (JMC), 2025 WL 915563, at *4 (D.D.C. Mar. 26, 2025) ("All internal and external communications" sent or received by a defined set of employees that make certain allegations); *Gun Owners of Am. v. Fed. Bureau of Investigation*, 594 F. Supp. 3d 37, 46-49 (D.D.C. 2022) ("All communications between the FBI and the Virginia Department of State Police involving" two background check programs); *Am. Oversight v. U.S. Env't Prot. Agency*, 386 F. Supp. 3d 1, 4-5, 11 (D.D.C. 2019) ("All emails between four named officials and "any email address containing a house.gov or senate.gov domain" during a two week period).

ICE found that the Request lacks a reasonable description due to (1) not providing the email address and domains of Executive Office of Immigration Review ("EOIR") employees; (2) not providing the email address for ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel in Column B; (3) omitting certain information about ERO employees in Column A; and (4) not specifying keywords. Each ground is erroneous.

---

[3] Curiously, ICE's denial asks Requesters to "please considering providing the (i) subject matter; (ii) date range; and (iii) specific program office, position titles, or individuals" for the requested communications, *see* Ex B, even though the Request does so, *see* Ex. A (listing the subject matter in Column C, defining the date range as April 1, 2025, to the date of a reasonable search, and specifying the positions and titles in Columns A and B).

4



    1.    *EOIR Employees' Email Addresses/Domains*

The agency's request for the email addresses of EOIR Regional Deputy Chief Immigration Judge(s), Assistant Chief Immigration Judge(s), and court administrator(s) suggests that it either misunderstands the scope of records responsive to the request or made a typographical error when drafting its notice of intent to deny. The Request does not seek communications involving any EOIR staff, so the agency does not need these email addresses to process it. *See* Ex. A.[4]

    2.    *OPLA Chief Counsels' Email Addresses/Domain*

FOIA obligates the agency to obtain the requested email addresses or domain names for OPLA Field Location Chief Counsel on its own by contacting and consulting with its employees who hold these positions. *See Valencia-Lucena v. U.S. Coast Guard*, 180 F.3d 321, 328-29 (D.C. Cir. 1999).

Requesters cannot provide the requested email addresses or domain names with absolute certainty. Not only does the agency omit these email addresses from the contact information provided for each OPLA Field Location on its website[5] but it also routinely withholds these addresses and their domain names from correspondence produced in response to FOIA request, *see Project S. v. U.S. Immigr. & Customs Enf't*, (S.D.N.Y. Mar. 12, 2024); *Hawkins v. Immigr. & Customs Enf't*, 554 F. Supp. 3d 253, 274 (D. Mass. 2021); *Stevens v. U.S. Immigr. & Customs Enf't*, 432 F. Supp. 3d 752, 761, 764 (N.D. Ill. 2020); *Roseberry-Andrews v. Dep't of Homeland Sec.*, 299 F. Supp. 3d 9, 31 (D.D.C. 2018); *Nat'l Day Laborer Organ. Network v. U.S. Immigr. & Customs Enf't Agency*, 811 F. Supp. 2d 713, 746 (S.D.N.Y. 2011). Nonetheless, Requesters believe that ice.dhs.gov is the domain name for OPLA Field Location Chief Counsels' email addresses.

    3.    *Additional ERO Information*

The additional information about ERO staff the agency seeks is either in the request or not necessary to identify responsive records. Contrary to the finding in the notice, the Request provides the titles for ICE employees party to responsive communications (in Columns A and B), and these communications' topics (in Column C). Requesters decline to "provide the office of [sic] region of the ICE employee [they] would like searched" where "more than one ICE employee holds the title," Ex. B., because their request is not specific to any ERO Field Office or Region. Where multiple ICE employees hold a title listed in Column A (e.g., ERO Field Office Director or

---

[4] Requesters have filed other requesters for certain communications between ERO and EOIR staff and between OPLA and EOIR staff, which the agency has designated as 2025-ICFO-51684 and 2025-ICFO-51690 respectively and for which the agency also provide a notice of an intent to deny for lack reasonable descriptions of responsive records. Requesters are responding to those notices in separate emails.
[5] *See* https://www.ice.gov/contact/field-offices.



OPLA Field Location's Chief Counsel), the agency should construe the Request to seek any communication records between each employee holding that title and a position listed in Column B about a topic in Column C.

4.     *Request for Keywords & Other Search Terms*

Requesters believe that reasonable keywords for electronic searches include not only the terms "enforcement operation," "arrest*" "dismiss*," and "terminat*"[6] that are the roots of topics listed in Column C but also "obvious alternative[s]" to these terms, such as any abbreviations, the name(s) for any enforcement operation at or near an immigration court since April 1, 2025, and other agency jargon identified after contacting and consulting with staff with knowledge of the arrests, dismissals, enforcement operations, and terminations occurring at or near immigration courts since April 1, 2025. *Am. Oversight v. U.S. Dep't of Health & Human Servs.*, 101 F.4th 909, 923 (D.C. Cir. 2024); *see also Valencia-Lucena* 180 F.3d at 328-29 (requiring an agency to contact, and consult with, staff that are "likely source[s] for information" that would aid its search).

Requesters cannot provide the requested "names of operations" at or near an immigration court, Ex. B, because they do not know them. The Request is also not limited to a specific operation at a specific immigration court on a given date but rather includes all arrests and operations at or near any immigration court since April 1, 2025. To the extent that the names of court-specific or date-specific operations are useful search terms, the agency can identify these names itself by asking its ERO Field Office Directors or OPLA Field Locations' Chief Counsel for them. *See Valencia-Lucena*, 180 F.3d at 328-29.

Requesters decline to specify "the city/state" or "date of occurrence" for specific operations. Ex. B. The Request is not limited to operations in specific cities or states on certain dates but rather extends to any enforcement operation or arrest at or near any immigration court in the United States since April 1, 2025.

Similarly, Requesters decline to "provide case numbers [or] court dates" because the Request is not limited to the dismissal or termination of specific cases on specific dates. In fact, ICE should construe the Request to exclude any records that are part of a noncitizen's record of proceedings (e.g., a motion to dismiss).

---

[6] The use of an asterisk designates fuzzy matching, i.e. a search technique that finds matches between strings of characters that are not exactly identical (e.g., returning "dismissal," "dismissing," "dismisses," "dismissed," and "dismiss" for the search term "dismiss" or "termination," "terminating," "terminates," "terminated," and "terminate" for the search term "terminate").

 

B.  THE REQUEST IS NOT UNREASONABLY BROAD

The Request is also not unreasonably broad. ICE must "provide sufficient explanation" for any unreasonable burden it claims. *Nation Magazine v. U.S. Customs Serv.*, 71 F.3d 885, 892 (D.C. Cir. 1995). Such explanation entails "a detailed explanation … regarding the time and expense of a proposed search." *Prop. of the People, Inc. v. U.S. Dep't of Just.*, 530 F. Supp. 3d 57, 63 (D.D.C. 2021) (quoting *Wolf v. CIA*, 569 F. Supp. 2d 1, 9 (D.D.C. 2008)). ICE's broadness determination provides no such explanation. *See* Ex. B (not specifying the burden on the agency). "[M]erely claiming that a search would be costly and take many hours to complete is insufficient." *Prop. of the People*, 530 F. Supp. 3d at 63; *see also id.* (finding improper "conclusory statements" that the proposed searches "would be highly burdensome"). ICE has not provide an adequate analysis to object to the Request's scope based on the burdens of processing it.

## IV.  SUPPLEMENTATION OF EXPEDITED PROCESSING RECORD

Requesters have sought expedited processing of this request and certify that the supplemental statements herein are "true and correct" pursuant to 6 C.F.R. § 5.5(e)(3). ICE arrests at and near immigration courts and dismissals of immigration cases remain a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence. Similarly, urgency continues to exist to inform the public about coordination between OPLA and ERO to facilitate these arrests. National, state, and local media outlets have published an additional nine articles[7] about the arrests since the Request's submission on July 29, 2025. Several[8] of these articles also discuss ICE's requests for dismissal of

---

[7] Luis Ferré-Sadurní & Ashley Cai, *Trump's Immigrant Crackdown in New York: More Arrests, Longer Detention*, (Aug. 4, 2025, 10:04 AM), https://www.nytimes.com/2025/08/04/nyregion/new-york-immigrant-arrests-trump.html; Crystal Cranmore, *Westchester High School Grad Detained by ICE After Routine Visa Hearing*, Family Says, ABC 7 (Aug. 4, 2025, 6:27 AM), https://abc7ny.com/post/westchester-high-school-grad-detained-ice-routine-visa-hearing/17407805/; Todd Heisler et al., *Anatomy of an ICE Arrest*, NY Times (August 3, 2025), https://www.nytimes.com/2025/08/03/nyregion/immigrant-arrests-courthouse.html; Margaret Kadifa, *Four Out of Five Asylum Seekers Arrested Friday in S.F. Immigration Court*, Mission Local (Aug. 1, 2025, 5:04 PM), https://missionlocal.org/2025/08/four-arrested-friday-immigrationcourt/ (hereinafter, "Kadifa re: Friday Arrests"); Brant Bingamon, *Judges Are Ignoring the Rule of Law in Immigration Court, Greg Casar Says*, The Austin Chronicle (Aug. 1, 2025), https://www.austinchronicle.com/news/2025-08-01/judges-are-ignoring-the-rule-of-law-in-immigration-court-greg-casar-says/; Margaret Kadifa, Immigrants Arrested in S.F. Friday Sent to Arizona, Mission Local (July 30, 2025, 4:55 PM), https://missionlocal.org/2025/07/immigrants-sent-arizona/; Hayley Miller, *ICE Arrests at NYC Immigration Court Offer Harrowing Snapshots of Trump's Crackdown*, MSNBC (July 30, 2025, 1:01 PM), https://www.msnbc.com/msnbc/amp/shows/top-stories/blog/rcna221970; Jacob Soboroff, *Witnessing ICE Arrests Inside NYC Immigration Courthouse*, MSNBC (July 29, 2025), https://www.msnbc.com/msnbc/watch/witnessing-ice-arrests-inside-nyc-immigration-courthouse-244023365688; Margaret Kadifa, Immigrants Arrested in S.F. Are Being Sent to Prison in Hawaii, Mission Local (July 29, 2025, 1:26 PM), https://missionlocal.org/2025/07/immigrants-flown-hawaii/.
[8] Kadifa re: Friday Arrests, *supra* n. 7; Bingamon, *supra* n. 7;

 

immigration proceedings in immigration courts and/or express concerns about these tactics' integrity.[9] Therefore, expedition of this Request remains warranted under 6 C.F.R. § 5.5(e)(1)(ii), (iv).

***

Thank you for your prompt attention to this response, as well as the outstanding determinations on the Request's applications for a fee waiver and expedited processing. If you have any questions regarding this appeal or the Request, please do not hesitate to contact us.

Very truly yours,

/s/ Chris Opila                           /s/ Rex Chen

Christopher ("Chris") Opila            Rex Chen
Staff Attorney (Transparency)         Supervising Counsel for Immigrant Rights
American Immigration Council          LatinoJustice PRLDEF,
PMB2026                               475 Riverside Drive Suite 1901
2001 L Street N.W., Suite 500         New York, NY 10115
Washington, DC 20036                  212-219-3360 | rchen@latinojustice.org
202-507-7699 | copila@immcouncil.org

Encl.

    A.   FOIA Request No. 2025-ICFO-51687
    B.   ICE's Acknowledgment of 2025-ICFO-51687

---

[9] Heisler et al., *supra* n. 7; Bingamon, *supra* n. 7

Exhibit A

 

July 29, 2025

**Via Secure Release & Certified Mail**

ICE Privacy Office
Immigration & Customs Enforcement
500 12th St., SW Stop 5004
Washington, DC 20536-5004

Senior Director of FOIA Operations
Privacy Office, Mail Stop 0655
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20598-0655

Re:     Freedom of Information Act Request on Terminations of Immigration Proceedings and ICE Arrests at Immigration Courts

Dear FOIA Officer:

The American Immigration Council (the "Council") and LatinoJustice PRLDEF (collectively, "Requesters") submit this request to U.S. Immigration Customs and Enforcement ("ICE") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Since around the middle of May 2025, ICE has been arresting noncitizens in or near Executive Office of Immigration Review ("EOIR") immigration courts after they appear for a hearing in their immigration case. ICE has also been moving to dismiss immigration proceedings against noncitizens in immigration courts to pursue their expedited removal. Requesters seek certain records about these arrests and dismissals as well as expedited processing and a fee waiver.

## I.   REQUEST FOR INFORMATION

Requesters seek all emails,[1] correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records.

---

[1] Requested emails exclude duplicates. (E.g, agencies should only produce one record of an email chain that contains all emails in that chain, rather than a record for each new email in the chain that contains all emails in the chain prior to that email).

| A | B | C |
|---|---|---|
| ICE Associate Director of Enforcement and Removal Operations ("ERO") | ICE Principal Legal Advisor | An ICE enforcement operation in or near an immigration court |
| The Director of ERO Field Operations | ICE Executive Deputy Principal Legal Advisor | An ICE arrest in or near an immigration court |
| An Assistant Director of ERO Field Operations | ICE Deputy Principal Legal Advisor for Field Legal Operations | Dismissal or termination of immigration cases or proceedings in immigration court |
| An ERO Field Office Director | An ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel | |
| An ERO Field Office Deputy Director | | |

## II.  FORMAT OF PRODUCTION

Requesters seek responsive electronic records in a machine-readable, native file format, with all metadata and load files. Requesters ask ICE to produce responsive materials in their entirety, including all attachments, appendices, enclosures, and/or exhibits, in a text-searchable, static-image format (PDF), in the best image quality in the agency's possession, and that the records be provided in separate, Bates-stamped files.

## III.  EXPEDITED PROCESSING

Requesters seek expedited processing of this request and certify that the statements herein are "true and correct" pursuant to 6 C.F.R. § 5.5(e)(3). FOIA obligates ICE to process requests expeditiously in two cases: (i) those where a requester "demonstrates a compelling need"—such as "urgency to inform the public concerning actual or alleged Federal Government activity" if the requester is "primarily engaged in disseminating information," 5 U.S.C. § 552(a)(6)(E)(i), (v)—and (ii) "in other cases determined by the agency," *id.* § 552(a)(6)(E)(i), which, for the Department of Homeland Security, include "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence," 6 C.F.R. § 5.5(e)(1)(ii), (iv). Both cases exist here.

A.  A MATTER OF WIDESPREAD AND EXCEPTIONAL INTEREST RAISING GOVERNMENT INTEGRITY CONCERNS

ICE arrests at and near immigration courts and dismissals of immigration cases are a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

2

Fifty articles on an issue make it a matter of widespread and exceptional public interest. *Citizens for Resp. & Ethics in Wash. v. U.S. DOGE Serv.*, Case No. 25-cv-511 (CRC), 2025 WL 752367, at *13 (D.D.C. Mar. 10, 2025) (hereinafter "CREW") *see also Brennan Ctr. for Just. v. Dep't of Com.* 498 F. Supp. 3d 87, 97 (D.D.C. 2020). A "handful of articles" also establishes such interest where the articles are "in a variety of publications" and "repeatedly reference the ongoing national discussion." *Am. Civ. Liberties Union v. Dep't of Just.*, 321 F. Supp. 2d 24, 32 (D.D.C. 2004).

Here, one hundred and twenty four articles in nationwide, state, local, and international media outlets have covered ongoing ICE arrests at or near immigration courts in Atlanta, Boston, Buffalo, Charlotte, Denver, Houston, Los Angeles, Miami, New York, Portland, Phoenix, Sacramento, San Antonio, San Diego, San Franciso, Seattle, and elsewhere throughout the country since May 20, 2025.[2] This equates to almost two articles per day for seventy days.

---

[2] Emiliano Tahu Gómez, *'Unconstitutional Death Row': At San Antonio Immigration Court, Rep. Casar Decries Arrests, Gets Few Answers*, Austin American-Statesman (July 28, 2025, 6:19 PM), https://www.statesman.com/story/news/politics/government/2025/07/28/unconstitutional-death-row-san-antonio-immigration-court-rep-casar-decries-arrests-gets-few-answers/85415560007/ (hereinafter, "Gómez re: San Antonio"); Meredith Haas, *ICE Arrests Outside SA Immigration Court Draw Criticism from Lawmakers, Advocates*, KENS5 (July 28, 2025, 6:06 PM) https://www.kens5.com/article/news/local/san-antonio-texas-immigration-court-ice-arrests-deportation-congressman-greg-casar-advocates-lawmakers/273-dd5bcb13-bcb5-4ea2-b6bb-9827e056376c; Sanford Nowlin, *U.S. Rep. Greg Casar Calls ICE Arrests at San Antonio Immigration Court 'Disturbing, Dystopian'*, San Antonio Current (July 28, 2025, 5:03 PM), https://www.sacurrent.com/news/us-rep-greg-casar-calls-ice-arrests-at-san-antonio-immigration-court-disturbing-dystopian-38097422; Margaret Kadifa, *ICE Arrests All Adults Without Children at S.F. Immigration Court Today*, Mission Local (July 25, 2025, 1:05 PM), https://missionlocal.org/2025/07/hed-ice-steps-up-arrests-at-s-f-immigration-court/ (hereinafter, "Kadifa re: Adult Arrests"); Pedro Camacho, *ICE Arrests Migrant Deemed Mentally Impaired by Judge as He Exits Immigration Court: 'He's Clearly Not Understanding the Questions'*, The Latin Times (July 25, 2025, 10:36 AM), https://www.latintimes.com/ice-arrests-migrant-deemed-mentally-impaired-judge-he-exits-immigration-court-hes-clearly-not-587576; Jordan Salama, *When ICE Agents Are Waiting Outside the Courtroom*, The New Yorker (July 25, 2025), https://www.newyorker.com/news/the-lede/when-ice-agents-are-waiting-outside-the-courtroom; Eileen Markey, *Punished by the Rules: The Deliberate Cruelty of Trump's Deportation Regime*, The Nation (July 24, 2025), https://www.thenation.com/article/society/ice-trump-detention-regime-cruelty/; Dean Moses, *ICE in Court: Feds Snatch More Immigrants as Lander, Williams Demand Safety Inspection of Detainment Center*, AMNY (July 23, 2025), https://www.amny.com/politics/ice-immgirants-court-lander-williams-07232025/ (hereinafter, "Mose re: ICE in Court"); Danielle James, *ICE Arrests at Check-Ins, Court Hearings Are on the Rise. Michigan Is No Exception*, MLIVE (July 21, 2025, 7:10 AM), https://www.mlive.com/politics/2025/07/ice-arrests-at-check-ins-court-hearings-are-on-the-rise-michigan-is-no-exception.html; Margaret Kadifa, *ICE Agents Keep Snatching Asylum Seekers Immediately After Their Court Hearings*, Mother Jones (July 21, 2025), https://www.motherjones.com/politics/2025/07/ice-agents-arrest-asylum-seekers-after-court-hearings-san-francisco/ (hereinafter, "Kadifa re: ICE Snatching"); Esmeralda Perez, *San Diego Immigration Attorney Weighs in on Lawsuit Challenging ICE Courthouse Arrests*, CBS8 (July 20, 2025, 10:19 PM), https://www.cbs8.com/article/news/local/san-diego-attorney-weighs-in-on-lawsuit-challenging-ice-courthouse-arrests/509-79fec519-eb00-442c-b479-4522f423be7c; Martha Bellisile et al., *Volunteers Flock to Immigration Courts to Support Migrants Arrested in the Hallways*, ABC News (July 20, 2025, 8:38 AM), https://abcnews.go.com/US/wireStory/volunteers-flock-immigration-courts-support-migrants-arrested-hallways-123902561 (hereinafter "Bellisile et al. re: Volunteers Flock to Immigration Courts"); Eduardo Cuevas, *'Escalation:' Federal Agents Now Detaining People with Active Immigration Cases*, USA Today (July 18, 2025, 11:26 AM),

https://www.usatoday.com/story/news/nation/2025/07/18/migrants-immigration-court-trump-crackdown/84614161007/; Mark Rivera et al., *ICE Arrests at Immigration Court in Chicago, Nationwide Labeled 'Unlawful' in New Lawsuit*, ABC 7 Chicago (July 18, 2025, 8:36 PM), https://abc7chicago.com/post/us-immigration-news-ice-arrests-courts-chicago-nationwide-labeled-unlawful-new-lawsuit-trump-administration/17186490/; Jeff Abbot, *Texas Based Immigration Advocacy Group Sues Trump Administration Over Courthouse Arrests,* El Paso Times (July 18, 2025, 5:02 AM), https://www.elpasotimes.com/story/news/immigration/2025/07/18/texas-immigration-advocacy-group-challenges-ices-courthouse-arrests/85255298007/; Emily Belz, *In Immigration Court, Christians Show Up to Fill the Back Benches,* Christianity Today (July 18, 2025), https://www.christianitytoday.com/2025/07/immigration-court-observation-ice-arrests/; David Baratz, *See How ICE Targets Immigrants Appearing at Routine Court Hearings*, USA Today (July 17, 2025, 3:15 PM), https://www.usatoday.com/picture-gallery/news/nation/2025/07/17/how-ice-targets-immigrants-at-court-hearings-photos/85259555007/; Martha Bellisile, *Homeland Security Officials Defend Immigration Court Arrests After Being Sued,* Associated Press (July 17, 2025, 2:04 PM), https://apnews.com/article/ice-immigration-court-immigrants-a5190ada4a6019f84d76e62c11c44e30; Swasti Singhai, *Five Days, 12 Arrests: A Week Inside San Diego Immigration Court,* Times of San Diego (July 17, 2025, 7:41 AM), https://timesofsandiego.com/politics/2025/07/17/arrests-immigration-court-trump-anxiety-chaos/ (hereinafter, "Singhai re: Week at San Diego Immigration Court"); Devan Cole et al., *Trump Administration Sued Over ICE Arrests at Immigration Courthouses*, CNN (July 16, 2025, 6:23 PM), https://www.cnn.com/2025/07/16/politics/ice-immigration-courthouse-arrests-lawsuit; Luis Ferré-Sadurní, *Immigrants File Class-Action Lawsuit to Stop ICE Courthouse Arrests,* NY Times (July 16, 2025), https://www.nytimes.com/2025/07/16/nyregion/trump-ice-arrests-lawsuit-immigrants.html (hereinafter, "Ferré-Sadurní re: Lawsuit"); Maxine Bernstein, *Federal Judge in Oregon: Homeland Security 'Tricked' Asylum Seeker Before Arrest at Immigration Court*, The Oregonian (July 15, 2025, 10:47 AM), https://www.oregonlive.com/pacific-northwest-news/2025/07/federal-judge-in-oregon-homeland-security-tricked-asylum-seeker-before-arrest-at-immigration-court.html; Sarah Thamer, *Advocates Denounce ICE Arrests at Fort Snelling Immigration Court*, MPR News (July 15, 2025, 4:00 AM), https://www.mprnews.org/story/2025/07/15/advocates-protest-ice-arrests-at-immigration-court; Alex Baumhardt, *Asylum Seeker Taken by ICE Outside Portland Immigration Court to Be Immediately Released*, Oregon Capital Chronicle (July 14, 2025, 5:24 PM), https://oregoncapitalchronicle.com/2025/07/14/asylum-seeker-taken-by-ice-outside-portland-immigration-court-to-be-immediately-released/; Ciara Encinas, *Volunteers Describe How They Document ICE Arrests in Immigration Courts*, Fox 5 (July 11, 2025, 4:55 PM), https://fox5sandiego.com/news/local-news/san-diego/san-diego-court-ice-arrests/; Gerardo Zavala, *ICE Arrests Asylum Seeker After Sacramento Court Hearing*, CAPRADIO (July 11, 2025), https://www.capradio.org/articles/2025/07/11/ice-arrests-asylum-seeker-after-sacramento-court-hearing/; Paige Browning & John O'Brien, *Fears of Arrests Cause Tension at Seattle Immigration Court*, KUOW (July 10, 2025, 5:58 PM), https://www.kuow.org/stories/fears-of-ice-arrests-cause-tension-at-seattle-immigration-court; Margaret Kadifa, *ICE Arrests 4 People After Immigration Court Hearings in San Francisco,* Mission Local (July 10, 2025, 12:08 PM), https://missionlocal.org/2025/07/ice-arrests-four-people-after-they-appear-in-immigration-court/ (hereinafter, "Kadifa re: 4 Arrests"); *What Goes On in America's Immigration Courts*, Economist (July 10, 2025), https://www.economist.com/united-states/2025/07/10/what-goes-on-in-americas-immigration-courts (hereinafter "Economist"); Francesca Regalado & Soumya Karlamangla, *Tensions Escalate in San Francisco over Immigration* Enforcement, NY Times (July 9, 2025), https://www.nytimes.com/2025/07/09/us/ice-immigration-protest-san-francisco.html; John Ramos, *Peruvian Women Detained by ICE in San Francisco Freed After Judge's Ruling*, CBS News (July 8, 2025, 6:35 PM), https://www.cbsnews.com/sanfrancisco/news/san-francisco-ice-woman-freed-immigration-court/; Tom Li & Ko Lyn Cheang, *Video: Protestors Cling to Departing ICE Van After Arrest at S.F. Immigration Court*, San Francisco Chronicle (July 8, 2025, 5:34 PM), https://www.sfchronicle.com/sf/article/protesters-cling-ice-van-chaos-immigration-court-20761721.php; Henry Rosoff, *ICE Escalates Immigration Court Arrests Outside NYC Court*, PIX11 (July 8, 2025, 5:18 PM), https://pix11.com/news/local-news/manhattan/ice-escalates-immigration-arrests-outside-nyc-court/; Sabrina Tavernise, *Against Illegal Immigration, but Married to Someone Here Illegally*, NY Times (July 8, 2025), https://www.nytimes.com/2025/07/08/us/trump-illegal-immigration-raids-arkansas.html; Nisa Khan, *When ICE Is*

*Waiting at Immigration Court, What Can Advocates Do?*, KQED (July 7, 2025), https://www.kqed.org/news/12047018/how-legal-experts-advocates-are-responding-to-the-detention-of-asylum-seekers; Emma Seiwell, *ICE Opposition Grows, With Lawmakers, Attorneys Decrying Courthouse Arrests as a Violation of Due Process*, NY Daily News (July 5, 2025, 6:00 AM), https://www.nydailynews.com/2025/07/05/ice-opposition-grows-with-lawmakers-attorneys-decrying-courthouse-arrests-a-violation-of-due-process/ (hereinafter "Seiwell re: ICE Opposition Grows"); Jenna DeAngelis, *NYC Officials Lead "ICE Watch And Accompaniment" Effort at Federal Immigration Court. Here's What It Means*, CBS News (July 3, 2025, 6:59 PM), https://www.cbsnews.com/newyork/news/nyc-ice-watch-federal-immigration-court/; Jim Vertuno, *Honduran Family Freed From Detention After Lawsuit Against ICE Courthouse Arrests*, Associated Press (July 3, 2025, 6:14 PM), https://apnews.com/article/ice-family-children-lawsuit-release-ef8d764aebec8ba1b67bafc9080a563d; Swasti Singhai, *San Diego Volunteers Bear Witness Daily as ICE Continues Courtroom Arrests*, Times of San Diego (July 3, 2025, 3:41 PM), https://timesofsandiego.com/life/2025/07/03/san-diego-community-bears-witness-as-ice-continues-courtroom-arrests/ (hereinafter, "Singhai re: Volunteers"); Emma Seiwell, *ICE Agents Now Snatching Migrants With Open Court Cases; NY Officials, Lawyers Say It's 'Utterly Unlawful'*, NY Daily News (July 3, 2025, 6:50 AM), https://www.nydailynews.com/2025/07/02/ice-agents-now-snatching-migrants-with-open-court-cases-nyc-officials-lawyers-say-its-utterly-unlawful/ (hereinafter "Seiwell re: ICE Snatching"); Shelby Bremer, *Lawsuit Over San Diego Immigration Court Arrest May Give Insight Into ICE Practices*, NBC San Diego (July 2, 2025, 6:01 PM), https://www.nbcsandiego.com/news/local/san-diego-lawsuit-ice-courthouse-arrests/3861107/; Melissa Gomez, *Faith Leaders Bear Witness as Migrants Make Their Case in Immigration Court*, Los Angeles Times (July 2, 2025, 3:00 AM), https://www.latimes.com/california/story/2025-07-02/faith-leaders-bear-witness-as-migrants-make-their-case-immigration-court (hereinafter, "Gomez re: Faith Leaders"); Madeleine May & Hannah Marr, *Afghan Ally Detained by ICE After Attending Immigration Court Hearing*, CBS News (July 1, 2025, 1:48 PM), https://www.cbsnews.com/news/afghan-ally-detained-by-ice-immigration-court/; Margaret Kadifa, *For One S.F. Asylum Seeker, ICE Arrest Meant Move to more Conservative Judge*, Mission Local (July 1, 2025, 4:00 AM), https://missionlocal.org/2025/07/sf-asylum-seeker-immigration-judge-ice-arrest/ (hereinafter "Kadifa re: Forum Shopping"); Dean Moses, *ICE Raids Continue in Lower Manhattan Court as Immigrant Advocates Rail Against 'Trump's Personal Army'*, AMNY (July 1, 2025), https://www.amny.com/news/ice-raids-lower-manhattan-court-trump-07012025/ (hereinafter, "Moses re: ICE Raids"); Natali Yahr, *Wisconsin Asylum Seeker Miguel Robles Detained in Unprecedent Wave of Courthouse Arrests*, Racine County Eye (July 1, 2025), https://racinecountyeye.com/2025/06/30/miguel-robles-immigration-asylum/; Gwynne Hogan, *He Fled Death Threats for Being Gay, Applied for Asylum and Married a U.S. Citizen. ICE Arrested Him Anyway*, The City (June 30, 2025, 1:41 PM), https://www.thecity.nyc/2025/06/27/ice-arrested-asylum-gay/ (hereinafter "Hogan re: Mamadou Arrest"); Ko Lyn Cheang, *S.F. Drag Performer Detained by ICE After Asylum Hearing*, San Francisco Chronicle (June 28, 2025), https://www.sfchronicle.com/sf/article/drag-performer-detained-ice-20399122.php; Anna-Cat Brigida, *A Legal Trap? Why the Trump Administration is Targeting Immigration Courts for Arrests*, Al Jazeera (June 27, 2025), https://www.aljazeera.com/news/longform/2025/6/27/why-the-trump-administration-is-targeting-immigration-courts-for-arrests; Julia Marnin, *6-Year-Old Boy with Leukemia Arrested by ICE is Now Detained in Texas, Suit Says*, Fort Worth Star-Telegram (June 26, 2025, 3:23 PM), https://www.star-telegram.com/news/state/texas/article309472695.html; Dan Katz, *ICE Arrested a 6-Year-Old Boy with Leukemia at Immigration Court. His Family is Suing*, Texas Public Radio (June 25, 2025, 11:06 PM), https://www.tpr.org/border-immigration/2025-06-25/ice-arrested-a-6-year-old-boy-with-leukemia-at-immigration-court-his-family-is-suing; Junyao Yang, *Tracking Every ICE Action in San Francisco So Far*, Mission Local (June 25, 2025, 11:30 AM), https://missionlocal.org/2025/06/sf-ice-arrests-tracker/; Luis Ferré-Sadurní, *They Had Come to Graduate. Their Minds Were on a Student Held by ICE*, NY Times (June 25, 2025), https://www.nytimes.com/2025/06/25/nyregion/immigrant-students-graduation-ice.html; Nina Shapiro, *As Pushback Grows to WA Immigration Court Arrests, ICE Changes Tactics*, The Seattle Times (June 24, 2025, 6:00 AM), https://www.seattletimes.com/seattle-news/as-pushback-grows-to-wa-immigration-court-arrests-ice-changes-tactics/ (hereinafter "Shapiro re: ICE Tactic Change"); Kate Morrissey, *Here's What's Happening to the People ICE Arrets in Immigration Court*, Capital & Main (June 24, 2025), https://capitalandmain.com/heres-whats-happening-to-

the-people-ice-arrests-in-immigration-court; Elizabeth L.T. Moore & Elizabeth Zavala, *Obscure San Antonion Court Becomes Flashpoint in Immigration Debate*, San Antonio Express-News (June 23, 2025), https://www.expressnews.com/news/article/obscure-san-antonio-immigration-court-spotlight-20381608.php; Ray Sanchez & Allsha Ebrahimji, *Masked Ice Officers: The New Calling Card of The Trump Administration's Crackdown*, CNN (June 21, 2025), https://www.cnn.com/us/ice-immigration-officers-face-masks; Ken Stone, *ICE Agents Scatter As SD Bishop Pham, Other Clergy Visit Immigration Court*, Times of San Diego (June 20, 2025, 3:04 PM), https://timesofsandiego.com/life/2025/06/20/ice-agents-scatter-as-sd-bishop-pham-other-clergy-visit-immigration-court/; Luis Ferré-Sadurní, *Brad Lander Tried to Escort Immigrants facing Arrest. He's Not Alone* , NY Times (June 19, 2025), https://www.nytimes.com/2025/06/19/nyregion/ice-immigrants-volunteer-escorts-courthouse.html (hereinafter "Ferré-Sadurní re: Lander Escort"); Luis Ferré-Sadurní, *Brad Lander is Arrested by ICE Agents at Immigration Courthouse*, NY Times (June 17, 2025), https://www.nytimes.com/2025/06/17/nyregion/brad-lander-immigration-ice.html (hereinafter "Ferré-Sadurní re: Lander Arrest"); https://www.krgv.com/news/ice-detains-three-people-outside-harlingen-immigration-court/; Lily Celeste, *ICE Detains Three People Attending Their Immigration Hearings in Harlingen*, KRGV.Com (June 15, 2025, 6:40 PM), https://www.krgv.com/news/ice-detains-three-people-outside-harlingen-immigration-court/; Stephen Hobbs, *In Sacramento's Immigration Court, ICE Detention Threats Leave Residents in Limbo*, The Sacramento Bee (June 14, 2025, 10:05 AM), https://www.sacbee.com/news/politics-government/capitol-alert/article308346910.html (hereinafter "Hobbs re: Sacramento Immigr. Ct. Arrests"); David Manoucheri, *ICE Agents Wait at Immigration Court in Sacramento for 2d Consecutive Day, Take Someone Into Custody*, KCRA3 (June 12, 2025, 2:53 PM), https://www.kcra.com/article/ice-agents-immigration-court-sacramento-custody/65049263; Ryan Oehrli, *'Rigged'? ICE Agents Are Arresting People at Charlotte's Immigration Court*, The Charlotte Observer (June 12, 2025, 11:31 AM), https://www.charlotteobserver.com/news/local/crime/article308209165.html; Thomas Lyons, *Mood is Tense at Concord Immigration Court Following ICE Arrests*, Berkleyside (June 12, 2025, 9:55 AM), https://www.berkeleyside.org/2025/06/12/concord-immigration-court-tension-after-ice-arrests; Ida Domingo, *ICE Arrests 10 at Sterling, Virginia Immigration Court During Enforcement Operation*, ABC 7 News (June 12, 2025, 6:13 AM), https://wjla.com/news/local/ice-arrests-10-people-sterling-virginia-immigration-court-agents-detain-enforcement-deportation-salvadoran-venezuelan-peruvian-noncitizens-operation-fairfax-county-courtroom-photos-video-homeland-security-trump-adminstration-illegal; Armando Garcia, *Immigrant Rights Group Say ICE Officers 'Ambush Noncitizens' in Courthouse Arrests, Ask Judge to Intervene*, ABC News (June 12, 2025, 10:32 AM), https://abcnews.go.com/US/immigrant-rights-groups-ice-officers-ambush-noncitizens-courthouse/story?id=122770040; Ximena Bustillo, *ICE's Novel Strategy Allows for More Arrests from Inside Immigration Courts*, NPR (June 12, 2025, 5:02 AM), https://www.npr.org/2025/06/12/nx-s1-5409403/trump-immigration-courts-arrests; *ICE Arrests People at the Annandale Immigration Court*, Annandale Today (June 12, 2025), https://annandaletoday.com/ice-arrests-people-at-the-annandale-immigration-court/; Hanna Pampaloni, *ICE Makes Arrests at Sterling Immigration Court*, Loudoun Now (June 12, 2025), https://www.loudounnow.com/news/ice-makes-arrests-at-sterling-immigration-court/article_f8f7118c-aca1-4a8d-ad6e-99826fa77eb6.html; Luis Ferré-Sadurní, *Inside a Courthouse, Chaos and Tears as Trump Accelerates Deportations*, NY Times (June 12, 2025), https://www.nytimes.com/2025/06/12/nyregion/immigration-courthouse-arrests-trump-deportation.html (hereinafter "Ferré-Sadurní re: Inside NYC Immigr. Cts."); Carolina Estrada, *Two Men Detained by ICE After Sacramento Immigration Court* Hearings, KCRA3 (June 11, 2025, 11:13 PM), https://www.kcra.com/article/two-men-detained-by-ice-sacramento-immigration-hearings/65041264 (hereinafter, "Estrada re: Two Arrests"); Stephen Hobbs, *Two Men Handcuffed at Sacramento Immigration Court, Taken to ICE Office*, The Sacramento Bee (June 11, 2025, 6:09 PM), https://www.sacbee.com/news/politics-government/capitol-alert/article308401280.html; Martha Bellisile et al., *Immigration Officers Intensify Arrests in Courthouse Hallways on a Fast Track to Deportation*, Associated Press (June 11, 2025, 4:17 PM), https://apnews.com/article/immigration-court-arrests-ice-deportation-99d822cdc93ae7dc26026c27895d5ea1 (hereinafter "Bellisile et al. re: Immigration Officers Intensify Arrests"); Brittany Taylor et al., *Second Day of Arrests by ICE Agents at Immigration Court in Southwest Houston*, Click 2 Houston.com (June 11, 2025, 10:25 AM), https://www.click2houston.com/news/local/2025/06/11/ice-agents-stationed-outside-immigration-court-in-houstons-greenspoint-area/; Hamed Aleaziz, *Under Pressure From the White House, ICE Seeks*

*New Ways to Ramp Up Arrests*, NY Times (June 11, 2025), https://www.nytimes.com/2025/06/11/us/politics/ice-la-protest-arrests.html; Priscilla Alvarez, *ICE Protest Nationwide Comes As Agency Scrambles to Meet Trump's Immigration Arrest Quotas*, CNN (June 10, 2025, 10:16 PM), https://www.cnn.com/2025/06/10/politics/ice-scrambles-immigration-arrest-quotas; Conrad Wilson, *ICE Arrests 2 More Asylum Seekers at Immigration Court in Portland*, OPB (June 10, 2025, 5:12 PM), https://www.opb.org/article/2025/06/10/ice-arrests-2-more-asylum-seekers-at-immigration-court-in-portland/ (hereinafter, "Wilson re: Two Arrests"); Margaret Kadifa et al., *S.F. Immigration Court Shuts Down After ICE Protests, Arrests*, Mission Local (June 10, 2025, 12:43 PM), https://missionlocal.org/2025/06/video-ice-agents-arrest-people-outside-s-f-courthouse; Ninfa Saavedra & Robert Arnold, *ICE Arrests Multiple People at Houston's Immigration Court*, Click2Houston.com (June 10, 2025, 2:48 PM), https://www.click2houston.com/news/local/2025/06/10/ice-arrests-reportedly-underway-at-houstons-immigration-court/; Natalie Weber, *ICE Detains Multiple Men at Houston Immigration Courthouse, Civil Rights Organization Says*, Houston Public Media (June 10, 2025, 11:58 AM), https://www.houstonpublicmedia.org/articles/news/politics/immigration/2025/06/10/523600/ice-detains-multiple-men-at-houston-immigration-courthouse/; Giulia McDonnell Nieto del Rio, *This Is What An ICE Arrest in Boston Immigration Court Looks Like*, Boston Globe (June 9, 2025, 6:31 AM), https://www.bostonglobe.com/2025/06/09/metro/ice-arrests-at-boston-immigration-court/ (hereinafter, "Nieto del Rio re: Inside Boston Immigr. Ct. Arrest"; Audrey Conklin & Bill Melugin, *Trump's ICE Launches Bold Courthouse Migrant Arrest Strategy to Fast-Track Deportations Biden Avoided,* Fox News (June 9, 2025, 4:00 AM), https://www.foxnews.com/us/trumps-ice-launches-bold-courthouse-migrant-arrest-strategy-fast-track-deportations-biden-avoided?msockid=1cd283b1756f61231883976574c46057; Conrad Wilson, *ICE Detains Another Asylum-Seeker Outside Portland Courtroom, Legal Petition Says*, OPB (June 6, 2025, 9:30 AM), https://www.opb.org/article/2025/06/06/asylum-arrest-portland-yzlh/ (hereinafter "Wilson re: Arrest"); Michael Elsen-Rooney, *Their Student Was Detained by ICE. Now this Bronx School is Rallying to Get Him Back*, Chalkbeat New York (June 5, 2025, 7:33pm), https://www.chalkbeat.org/newyork/2025/06/05/nyc-student-detained-by-ice-supported-by-ellis-prep-bronx-school-community/; Bennett Haeberle, *In Chicago & Elsewhere, ICE Increases Enforcement in Immigration* Court, 5 Chicago (June 5, 2025, 5:54 PM), https://www.nbcchicago.com/investigations/in-chicago-and-elsewhere-ice-increases-enforcement-in-immigration-court/3761730/; Megan Ulu-Lani Boyanton, *At Least Eight People Detained at Denver Immigration Court as ICE Presence Increases, Advocates Say*, The Denver Post (June 5, 2025, 5:04 PM), https://www.denverpost.com/2025/06/05/denver-immigration-court-arrests-ice-trump-advocates/; Amy Larson, *Newlywed Couple Separated at Immigration Courthouse by ICE*, The Hill (June 5, 2025, 1:14 PM), https://thehill.com/homenews/state-watch/5334753-immigration-courthouse-ice-trump-dhs/; Laura Romero et al., *In a New Tactic, ICE Is Arresting Migrants at Immigration Courts, Attorneys Say*, ABC News (June 4, 2025, 6:37 PM), https://abcnews.go.com/US/new-tactic-ice-arresting-migrants-immigration-courts-attorneys/story?id=122513021; Julie Carey, *Cancel, Arrest, Deport: Immigration Lawyer Warns of Emerging ICE Tactic*, NBC Washington (June 4, 2025, 3:01 PM), https://www.nbcwashington.com/news/local/cancel-arrest-deport-immigration-lawyer-warns-of-emerging-ice-tactic/3927509/; Brad Schmidt, *Immigration Arrest at Courthouse Marks First for Portland*, The Oregonian (June 3, 2025, 3:22 PM), https://www.oregonlive.com/politics/2025/06/immigration-arrest-at-courthouse-marks-first-for-portland.html; Stephen Franklin & Katema Hosseini, *ICE Target Noncitizens As Cases Dismissed in Immigration Court in Chicago*, Borderless (June 3, 2025), https://borderlessmag.org/2025/06/03/ice-arrests-chicago-immigration-court-trump-detention-immigration-custom-enforcement/; Conrad Wilson, *ICE Detains Asylum Seeker Outside Portland Immigration Court, Lawyers Say*, OPB (June 2, 2025, 11:01 PM), https://www.opb.org/article/2025/06/02/ice-immigration-enforcement-detains-asylum-seeker-portland-court/ (hereinafter, "Wilson re: Initial Arrest"); Angélica Franganillo Díaz & Priscilla Alvarez, *ICE Targets Migrants for Arrest at Courthouses as Trump Administration Intensifies Deportation Push*, CNN (June 2, 2025, 5:00 AM), https://www.cnn.com/2025/06/02/politics/ice-arrests-migrants-courthouse; Shelly Bradbury, *Feds Detain Immigrant Family at Denver Courthouse Amid New Trump Strategy*, Denver Post (May 30, 2025, 3:32 PM), https://www.denverpost.com/2025/05/30/denver-immigration-arrest-courthouse-ice-trump/; Giulia McDonnell Nieto del Rio, *ICE Arrests at Massachusetts Immigration Courts Target Immigrants Seeking Permission to Stay in US*,

Boston Globe (May 30, 2025, 1:39PM), https://www.bostonglobe.com/2025/05/27/metro/immigration-courts-ice-arrests-massachusetts (hereinafter, "Nieto del Rio re: Boston Immigr. Ct. Arrests"); Suzanne Gamboa, *Immigration Arrests in Courthouses Have Become the New Deportation Tool, Stripping Migrants of a Legal Process,* NBC News (May 30, 2025, 5:00 AM), https://www.nbcnews.com/news/latino/immigrations-arrests-ice-deportations-courthouse-legal-process-ice-rcna209671; Hamed Aleaziz et al., *How ICE is Seeking to Ramp Up Deportations Through Courthouse Arrests*, NY Times (May 30, 2025), https://www.nytimes.com/2025/05/30/us/politics/ice-courthouse-arrests.html; Carolina Estrada, *'This is Very Concerning': 3 Arrested While Attending Hearings at Immigration Court in Sacramento, Groups Say*, KCRA3 (May 29, 2025, 1:37 PM), https://www.kcra.com/article/sacramento-immigration-court-arrests-ice/64920625; Allison Sherry, *Signaling a Policy Shift, ICE Detains a Family Who Showed Up at Denver Immigration Court for a Check-In*, CPR News (May 29, 2025, 1:35 PM), https://www.cpr.org/2025/05/29/ice-detains-family-denver-immigration-court/; Daniel Gonzalez & Richard Ruelas, *After Short Break, ICE Resumes Arrests at Phoenix Immigration Court, Changes Keep Tactic*, AZ Central (May 29, 2025, 5:01 AM), https://www.azcentral.com/story/news/politics/immigration/2025/05/29/phoenix-immigration-court-ice-arrests-resume/83767918007/; Gwynne Hogan, *Migrants, Protestors, and a Pastor Arrested Inside and Outside Manhattan Immigration Courthouses,* The City (May 28, 2025, 3:16 PM), https://www.thecity.nyc/2025/05/28/ice-arrests-migrants-26-federal-plaza-pastor/; (hereinafter, "Hogan re: NYC Immigr. Ct. Arrests"); Olivia Hebert, *ICE Stormed SF Court to Arrest 4 Asylum Seekers, Denounced as Unlawful*, SF Gate (May 28, 2025), https://www.sfgate.com/bayarea/article/asylum-seekers-arrested-ice-san-francisco-20349387.php; Tomoki Chien, *Undercover ICE Agents Begin Making Arrests at SF Immigration Court*, The San Franciso Standard (May 27, 2025, 5:32 PM), https://sfstandard.com/2025/05/27/undercover-ice-agents-make-arrests-san-francisco-court/; Luis Ferré-Sadurní & Dana Rubinstein, *ICE, Shifting Tactics, Detains High School Student at N.Y.C. Courthouse*, NY Times (May 27, 2025), https://www.nytimes.com/2025/05/27/nyregion/new-york-student-arrested-ice.html; Michael Elsen-Rooney, *A Bronx High Schooler Showed Up for a Routine Immigration Court Date. ICE Was Waiting*, Chalkbeat New York (May 26, 2025, 8:35 pm), https://www.chalkbeat.org/newyork/2025/05/27/bronx-high-school-student-detained-by-immigration-ice-agents/?ref=hellgatenyc.com; Milena Malaver et al., *ICE Agents in Miami Find New Spot to Carry Out Arrests: Immigration Court,* Miami Herald (May 26, 2025, 1:27 PM), https://www.miamiherald.com/news/local/immigration/article306900486.html; Melissa Gomez, *Father Ripped from Family as Agents Target Immigration Courts, Arresting People After Cases Dismissed*, LA Times (May 24, 2025, 10:00AM), https://www.latimes.com/california/story/2025-05-24/ice-agents-swarm-immigration-courts-arresting-people-after-cases-dismissed (hereinafter, "Gomez re: Immigr. Ct. Arrests"); Tyche Hendricks, *'Unprecedented': ICE Officers Operating Inside Bay Area Immigration Courts, Lawyers Say*, KQED (May 24, 2025), https://www.kqed.org/news/12041473/unprecedented-ice-officers-operating-inside-bay-area-immigration-courts-lawyers-say; Ted Hesson & Kristina Cooke, *ICE Arrests Migrants at Courthouses, Opens Door to Fast-Track Deportations,* Reuters (May 23, 2025, 4:35PM), https://www.reuters.com/world/us/ice-arrests-migrants-courthouses-opens-door-fast-track-deportations-2025-05-23/; Camilo Montoya-Galvez & Nidia Cavazos, *ICE Ending Migrants' Court Cases In Order to Arrest and Move to Deport Them*, CBS News (May 23, 2025, 9:53 AM), https://www.cbsnews.com/news/ice-ending-migrants-court-cases-arrest-move-to-deport-them/; Arelis R. Hernández & Maria Sacchetti, *Immigrant Arrests at Courthouses Signal New Tactic in Trump's Deportation Push*, Washington Post (May 23, 2025), https://www.washingtonpost.com/immigration/2025/05/23/immigration-court-arrests-ice-trump/; Gustavo Solis, *ICE Agents Swarm San Diego Immigration Court, Arresting People After Their Hearings*, KPBS (May 22, 2025, 5:45PM), https://www.kpbs.org/news/border-immigration/2025/05/22/ice-agents-swarm-san-diego-immigration-court-arresting-people-after-their-hearings; Trevor Hughes, *ICE Agents Deploy New Tactic: Arresting People As They Leave Mandatory Court Hearings*, USA Today (May 22, 2025, 1:13 PM), https://www.usatoday.com/story/news/nation/2025/05/22/ice-arrests-immigration-court-deportation-tactics/83792357007/; Joshua Goodman et al., *They Came to Hearing at Chicago's Immigration Court, Then Got Arrested*, Chicago Sun-Times (May 22, 2025, 3:59PM), https://chicago.suntimes.com/immigration/2025/05/22/ice-agents-hallways-immigration-court-trump-mass-arrest; Anders Hagstrom & Bill Melugin, *ICE Beings New, Nationwide Effort to Arrest Illegal Aliens at Immigration Hearings* (May 22, 2025, 1:07 PM), https://www.foxnews.com/politics/ice-begins-new-nationwide-effort-arrest-illegal-aliens-immigration-hearings; Joshua Goodman & Gisela Salomon, *ICE*

Much of the coverage express doubts about the integrity of ICE arrests at immigration courts, describing them as a due process violation and/or a tactic to increase deportations, forum shop, and scare noncitizens into giving up on their immigration cases.[3] Some coverage alludes to possible coordination between OPLA and ERO in making these arrests.[4] And several editorials also decry the arrests as a "set up" and for disregarding due process.[5]

---

*Agents Wait in Hallways of Immigration Court as Trump Seeks to Deliver on Mass Arrest Pledge*, Associated Press (May 22, 2025, 1:30 AM), https://apnews.com/article/immigration-courts-arrests-trump-ice-deportations-fa96435d4ec021cc8ff636b23d80d848; J. Dale Shoemaker, *ICE Raids Immigration Court in Buffalo*, Investigative Post (May 22, 2025), https://www.investigativepost.org/2025/05/22/ice-raids-immigration-court-in-buffalo/; Raphael Romero Ruiz et al., *For 2nd Day, People Attending Phoenix Immigration Hearings Arrested by ICE*, USA Today (May 21, 2025, 11:42 PM), https://www.usatoday.com/story/news/politics/immigration/2025/05/21/ice-arrests-phoenix-immigration-court/83772323007/?gnt-cfr=1&gca-cat=p; Gustavo Sagrero Álvarez, *ICE Agents at Seattle Courthouse Arrest People Whose Deportation Hearings are Dismissed*, KUOW (May 21, 5:45 PM), https://www.kuow.org/stories/ice-agents-at-seattle-courthouse-arrest-people-whose-deportation-hearings-are-dismissed; Akela Lacy et al. *ICE Agents Are Camped Outside Immigration Courts to Make Arrests*, The Intercept (May 21, 2025, 3:27 PM), https://theintercept.com/2025/05/21/ice-arrests-courts-arrests-immigrants-deport/; Paul Ingram, *'Mayhem' As ICE Officials Arrest Multiple People at Immigration Court in Phoenix*, AZ Mirror (May 21, 2025, 11:12 AM), https://azmirror.com/2025/05/21/mayhem-as-ice-officials-arrest-multiple-people-at-immigration-court-in-phoenix/; Nina Shapiro, *ICE Arrests at WA Immigration Court Spark Fear of Fast-Track Removal*, Seattle Times (May 21, 2025, 6:00 AM), https://www.seattletimes.com/seattle-news/law-justice/ice-arrests-at-wa-immigration-court-spark-fear-of-fast-track-removal/ (hereinafter, "Shapiro re: ICE Arrests"); Raphael Romero Ruiz & Richard Ruelas, *They Showed Up to Immigration Court in Phoenix. Then Agents Surrounded Them*, USA Today (May 20, 2025), https://www.usatoday.com/story/news/politics/immigration/2025/05/20/prosecutors-drop-charges-vs-migrants-as-border-agents-wait-outside/83756994007/?gnt-cfr=1&gca-cat=p

[3] Gómez re: San Antonio, *supra* n. 2; Hass, *supra* n. 2; Kadifa re: Adult Arrests, *supra* n. 2; Salama, *supra* n. 2; Markey, *supra* n. 2; Mose re: ICE in Court; James, *supra* n. 2; Bellisile et al. re: Volunteers Flock to Immigration Courts, *supra* n. 2; Bellisile, *supra* n. 2; Cole et al., *supra* n. 2; Ferré-Sadurní re: Lawsuit, *supra* n. 2; Rivera et al., *supra* n. 2; Cuevas, *supra* n. 2; Abbot, *supra* n. 2; Bernstein, *supra* n. 2; Thamer, *supra* n. 2; Browning & O'Brien, *supra* n. 2; Economist, *supra* n. 2; Ramos, *supra* n. 2; Li & Cheang, *supra* n. 2; Tavernise, *supra* n. 2; Khan, *supra* n. 2; DeAngelis, *supra* n. 2; Seiwell re: ICE Opposition Grows, *supra* n. 2; Singhai re: Volunteers, *supra* n. 2; Kadifa re: Forum Shopping, *supra* n. 2; Moses re: ICE Raids, *supra* n. 2; Yahr, *supra* n. 2; Hogan re: Mamadou Arrest, *supra* n. 2; Cheang, *supra* n. 2; Brigida, *supra* n. 2; Katz, *supra* n. 2; Morrissey, *supra* n. 2; Moore & Zavala, *supra* n. 2; Hobbs re: Sacramento Immigr. Ct. Arrests, *supra* n. 2; Lyons, *supra* n. 2; Oehrli, *supra* n. 2; Bustillo, *supra* n. 2; Bellisile et al. re: Immigration Officers Intensify Arrests, *supra* n. 2; Wilson re: Two Arrests, *supra* n. 2; Kadifa et al., *supra* n. 2; Nieto del Rio re: Inside Boston Immigr. Ct. Arrest, *supra* n. 2; Conklin & Melugin, *supra* n. 2; Wilson re: Arrest, *supra* n.14; Romero et al., *supra* n.14; Carey, *supra* n. 2; Franklin & Hosseini, *supra* n. 2; Bradbury, *supra* n. 2; Nieto del Rio re: Boston Immigr. Ct. Arrests, *supra* n. 2; Gamboa, *supra* n. 2; Aleaziz et al., *supra* n. 2; Gonzalez & Ruelas, *supra* n. 2; Hebert, *supra* n. 2; Chien, *supra* n. 2; Elsen-Rooney re: Dylan Arrest, *supra* n. 2; Malaver et al., *supra* n. 2; Gomez re: Immigr. Ct. Arrests, *supra* n. 2; Hernández & Sacchetti, *supra* n. 2; Solis, *supra* n. 2; Hughes, *supra* n. 2; Goodman et al., *supra* n. 2; Goodman & Salomon, *supra* n. 2; Shoemaker, *supra* n. 2; Ruiz et al., *supra* n. 2; Álvarez, *supra* n. 2; Lacy et al., *supra* n. 2; Ingram, *supra* n. 2; Shapiro re: ICE Arrests, *supra* n. 2; Seiwell re: ICE Snatching, *supra* n. 2; Hendricks, *supra* n. 2; Schmidt, *supra* n. 2.

[4] Ferré-Sadurní re: Lawsuit, *supra* n. 2.

[5] Veronica Cardenas, *I Was Once an ICE Prosecutor. What I See Now in Immigration Courts Is Disturbing*, The Hill (July 17, 2025, 8:00AM), https://thehill.com/opinion/immigration/5404863-i-was-once-an-ice-prosecutor-what-i-see-now-in-immigration-courts-is-disturbing/; Brian Strassburger, S.J. & William Critchley-Menor, S.J., *What We Saw During An ICE Arrest & Immigration Court Hearing: The Breakdown of Justice in America*, America: The Jesuit Review (July 11, 2025), https://www.americamagazine.org/politics-society/2025/07/11/ice-immigration-court-deportation-injustice-

Similarly, eighty-seven articles in state, local, and nationwide media outlets have discussed ICE asking immigration judges to dismiss noncitizens' immigration cases so it can pursue these noncitizens' expedited removal.[6] Immigration attorneys also report ICE officials serving pre-signed dismissals based on "non-opposition" to noncitizen respondents at immigration courts without respondents not having notice of ICE's motion to dismiss their immigration case and an opportunity to oppose it. Much of the coverage on these dismissals casts doubt on their integrity, describing them as a violation of due process and a tactic to deport noncitizens without hearings.[7]

---

251119; *Trump Disregards Due Process in Our Nation's Immigration Courts,* San Antonio Express-News (June 27, 2025), https://www.expressnews.com/opinion/editorial/article/ice-arrest-immigration-court-texas-20395342.php; *Masked ICE Arrests Raise Urgent Questions About U.S. Immigration Practices*, The Riverdale Press (June 26, 2025), https://www.riverdalepress.com/stories/masked-ice-arrests-raise-urgent-questions-about-us-immigration-practices,187060.

[6] Gómez re: San Antonio, *supra* n. 2; Nowlin, *supra* n. 2; Kadifa re: Adult Arrests, *supra* n. 2; Camacho, *supra* n. 2; Salama, *supra* n. 2; Maurice DuBois et al., *3 Immigration Judges Speak Out About Their Firings: "It Was Arbitrary, Unfair*, CBS News (July 24, 2025, 8:34 PM), https://www.cbsnews.com/boston/news/immigration-judges-speak-out-firings-arbitrary-unfair/?intcid=CNM-00-10abd1h; James, *supra* n. 2; Kadifa re: ICE Snatching, *supra* n. 2; Bellisile et al. re: Volunteers Flock to Immigration Courts, *supra* n. 2; Rivera et al., *supra* n. 2; Cuevas, *supra* n. 2; Bellisile, *supra* n. 2; Singhai re: Week at San Diego Immigration Court, *supra* n. 2; Cole et al., *supra* n. 2; Ferré-Sadurní re: Lawsuit, *supra* n. 2; Bernstein, *supra* n. 2; Thamer, *supra* n. 2; Browning & O'Brien, *supra* n. 2; Kadifa re: 4 Arrests, *supra* n. 2; Economist, *supra* n. 2; Regalado & Karlamangla, *supra* n. 2; Li & Cheang, *supra* n. 2; Khan, *supra* n. 2; Seiwell re: ICE Opposition Grows, *supra* n. 2; Vertuno, *supra* n. 2; Seiwell re: ICE Snatching, *supra* n. 2; Gomez re: Faith Leaders, *supra* n. 2; Bremer, *supra* n. 2; May & Marr, *supra* n. 2; Kadifa re: Forum Shopping, *supra* n. 2; Yahr, *supra* n. 2; Hogan re: Mamadou Arrest, *supra* n. 2; Cheang, *supra* n. 2; Brigida, *supra* n. 2; Marnin, *supra* n. 2; Katz, *supra* n. 2; Shapiro re: ICE Tactic Change, *supra* n. 2; Morrissey, *supra* n. 2; Moore & Zavala, *supra* n. 2; Ferré-Sadurní re: Lander Escort, *supra* n. 2; Celeste, *supra* n. 2; Oehrli, *supra* n. 2; Garcia, *supra* n. 2; Lyons, *supra* n. 2; Bustillo, *supra* n. 2; Ferré-Sadurní re: Inside NYC Immigr. Cts., *supra* n. 2; Bellisile et al. re: Immigration Officers Intensify Arrests, *supra* n. 2; Taylor et al., *supra* n. 2; Julia Ainsely, *Trump Admin Tells Immigration Judges to Dismiss Cases in Tactic to Speed Up Arrests,* NBC News (June 11, 2025, 5:00AM), https://www.nbcnews.com/politics/national-security/trump-admin-tells-immigration-judges-dismiss-cases-tactic-speed-arrest-rcna212138; Wilson re: Two Arrests, *supra* n. 2; Saavedra & Arnold, *supra* n. 2; Weber, *supra* n. 2; Nieto del Rio re: Inside Boston Immigr. Ct. Arrest, *supra* n. 2; Conklin & Melugin, *supra* n. 2; Wilson re: Arrest, *supra* n. 2; Larson, *supra* n. 2; Romero et al., *supra* n. 2; Carey, *supra* n. 2; Schmidt, *supra* n. 2; Franklin & Hosseini, *supra* n. 2; Wilson re: Initial Arrest, *supra* n. 2; Díaz & Alvarez, *supra* n. 2; Bradbury, *supra* n. 2; Nieto del Rio re: Boston Immigr. Ct. Arrests, *supra* n. 2; Gamboa, *supra* n. 2; Aleaziz et al., *supra* n. 2; Sherry, *supra* n 2 Gonzalez & Ruelas, *supra* n. 2; Noriega, *supra* n. 2; Hogan re: NYC Immigr. Ct. Arrests, *supra* n. 2; Chien, *supra* n. 2; Elsen-Rooney re: Dylan Arrest, *supra* n. 2; Malaver et al., *supra* n. 2; Gomez re: Immigr. Ct. Arrests, *supra* n. 2; Hendriks, *supra* n. 2; Montoya-Galvez & Cavazos, *supra* n. 2; Hernández & Sacchetti, *supra* n. 2; Hughes, *supra* n. 2; Goodman et al., *supra* n. 2; Hagstrom & Melugin, *supra* n. 2; Goodman & Salomon, *supra* n. 2; Shoemaker, *supra* n. 2; Ruiz et al., *supra* n. 2; Álvarez, *supra* n. 2; Lacy et al., *supra* n. 2; Ingram, *supra* n. 2; Shapiro re: ICE Arrests, *supra* n. 2.

[7] James, *supra* n. 2; Cole et al., *supra* n. 2; Ferré-Sadurní re: Lawsuit, *supra* n. 2; Cuevas, *supra* n. 2; Bernstein, *supra* n. 2; Browning & O'Brien, *supra* n. 2; Kadifa re: 4 Arrests, *supra* n. 2; Li & Cheang, *supra* n. 2; Khan, *supra* n. 2; Kadifa re: Forum Shopping, *supra* n. 2; Yahr, *supra* n. 2; Hogan re: Mamadou Arrest, *supra* n.2; Cheang, *supra* n. 2; Brigida, *supra* n. 2; Moore & Zavala, *supra* n. 2; Lyons, *supra* n. 2; Oehrli, *supra* n. 2; Garcia, *supra* n. 2; Bustillo, *supra* n. 2; Ferré-Sadurní re: Inside NYC Immigr. Cts., *supra* n. 2; Bellisile et al. re: Immigration Officers Intensify Arrests, *supra* n. 2; Wilson re: Two Arrests, *supra* n. 2; Saavedra & Arnold, *supra* n. 2; Nieto del Rio re: Inside Boston Immigr. Ct. Arrest, *supra* n. 2; Conklin & Melugin, *supra* n. 2; Wilson re: Arrest, *supra* n. 2; Romero et al., *supra* n. 2; Carey, *supra* n. 2;

Arrests and dismissals at immigration courts have outraged Americans around the country. Opposition to these actions and doubts about their legality have prompted mass protests at immigration courts in New York, Seattle, San Francisco, and elsewhere.[8] It has also prompted clergy, political leaders, and other members of the public to accompany noncitizens to their immigration court dates to document arrests and dismissals, attempt to stop the former, and help arrested noncitizens inform their families.[9] At least four federal judges have also deemed a few specific arrests at immigration courts unlawful and ordered ICE to release the arrestees,[10]

---

Franklin & Hosseini, *supra* n. 2; Bradbury, *supra* n. 2; Nieto del Rio re: Boston Immigr. Ct. Arrests, *supra* n. 2; Gamboa, *supra* n. 2; Aleaziz et al., *supra* n. 2; Chien, *supra* n. 2; Elsen-Rooney re: Dylan Arrest, *supra* n. 2; Malaver et al., *supra* n. 2; Gomez re: Immigr. Ct. Arrests, *supra* n. 2; Hernández & Sacchetti, *supra* n. 2; Hughes, *supra* n. 2; Ruiz et al, *supra* n. 2; Lacy et al., *supra* n. 2; Shapiro re: ICE Arrests, *supra* n. 2; Seiwell re: ICE Snatching, *supra* n. 2; Hendricks, *supra* n. 2; Seiwell re: ICE Opposition Grows, *supra* n. 2.

[8] Thamer, *supra* n. 3; Browning & O'Brien, *supra* n. 3; Alicia Victoria Lozano, *Violent Clashes at San Francisco Immigration Court Won't Deter Protestors, Organizers Say*, NBC News (July 10, 2025, 4:43 PM), https://www.nbcnews.com/news/us-news/violent-clashes-san-francisco-immigration-court-wont-deter-protesters-rcna218059; Sarah Rumpf-Whitten, *Watch: ICE Agents Fight Off Masked Mob Outside Blue City Immigration Court*, FOX News (July 10, 2025, 1:12 PM), https://www.foxnews.com/us/watch-ice-agents-fight-off-masked-mob-outside-blue-city-immigration-court; Shay Arthur, *Crowd Gathers for Immigration Rally at Memphis Court*, WREG Memphis (July 8, 2025, 12:07 PM), https://wreg.com/news/local/crowd-gathers-for-immigration-rally-at-memphis-court/; Ramos, *supra* n. 3; Regalado & Karlamangla, *supra* n. 3; Li & Cheang, *supra* n. 3; Khan, *supra* n. 3; DeAngelis, *supra* n. 3; Stephania Jimenez, *PSL San Antonio Organizes Event to Educate Community on Immigration Laws Amid Rising IDE Deportations*, KSAT (July 1, 2025, 10:42 PM), https://www.ksat.com/news/local/2025/07/02/psl-san-antonio-organizes-event-to-educate-community-on-immigration-laws-and-rising-ice-deportations/; May & Marr, *supra* n. 3; Shapiro re: ICE Tactic Change, *supra* n. 3; Ferré-Sadurní re: Lander Arrest, *supra* n. 3; Moore & Zavala, *supra* n. 3; Greg Micek et al., *Sacramento Immigration Court on Lockdown, Draws Protest After Suspected ICE Operation*, Capradio (June 12, 2025), https://www.capradio.org/articles/2025/06/12/sacramento-immigration-court-on-lockdown-draws-protest-after-suspected-ice-operation/; Hobbs re: Sacramento Immigr. Ct. Arrests, *supra* n. 3; Lyons, *supra* n. 3; Ferré-Sadurní re: Inside NYC Immigr. Cts., *supra* n. 3; Bellisile et al. re: Immigration Officers Intensify Arrests, *supra* n. 3; Alvarez, *supra* n. 3; George Kelly & Max Harrison-Caldwell, Protesters Shut Down Immigration Court After ICE Arrests, The San Francisco Standard (June 10, 2025, 1:00 PM), https://sfstandard.com/2025/06/10/protesters-surround-immigration-court-after-ice-arrests/; Kadifa et al., *supra* n. 3; Weber, *supra* n. 3; Joe Rivano Barros et al., *S.F. Police Arrest Dozens in 2nd Night of Protests Against ICE*, Mission Local (June 9, 2025, 8:16 PM), https://missionlocal.org/2025/06/sf-mission-march-mobilized-thousands-against-ice/; Boyanton, *supra* n. 3; Aleaziz et al., *supra* n. 3; Hogan re: NYC Immigr. Ct. Arrests; Ruiz *et al*, *supra* n. 3.

[9] Gómez re: San Antonio, *supra* n. 3; Salama, *supra* n. 3; Markey, *supra* n. 3; Mose re: ICE in Court; Bellisile et al. re: Volunteers Flock to Immigration Courts, *supra* n. 3; Ferré-Sadurní re: Lawsuit, *supra* n. 3; Belz, *supra* n. 3; Thamer, *supra* n. 3; Strassburger & Critchley-Menor, *supra* n. 5; Ciara Encinas, *Volunteers Describe How They Document ICE Arrests in Immigration Courts*, Fox 5 (July 11, 2025, 4 :55 PM), https://fox5sandiego.com/news/local-news/san-diego/san-diego-court-ice-arrests/; Zavala, *supra* n. 3 ; Joey Safchik, *ICE Handcuffs 71-Year-Old Grandmother, a US Citizen, at San Diego Immigration Court*, 7 San Diego (July 9, 2025, 7 :06 PM), https://www.nbcsandiego.com/news/local/ice-arrests-71-year-old-grandmother-a-us-citizen-at-san-diego-immigration-court/3865098/; Ramos, *supra* n. 3; Rossoto, *supra* n. 3; Khan, *supra* n. 3; Singhai re: Volunteers, *supra* n. 3; Gomez re : Faith Leaders, *supra* n. 3; Shapiro re: ICE Tactic Change, *supra* n. 3; Sanchez & Ebrahimji, *supra* n. 3; Ferré-Sadurní re: Lander Arrest, *supra* n. 3; Ferré-Sadurní re: Lander Escort, *supra* n. 3; Micek et al., *supra* n. 3; Stone, *supra* n. 3; Hobbs re: Sacramento Immigr. Ct. Arrests, *supra* n. 3; Estrada re: Two Arrests, *supra* n. 3; Boyanton, *supra* n. 3.

[10] *See* Markey, *supra* n. 3; Bernstein, *supra* n. 3; Baumhardt, *supra* n. 3; Ramos, *supra* n. 3; Vertuno, *supra* n. 3.

while a class of noncitizens represented by several rights groups has also sued to stop the arrests nationwide.[11]

Responsive records will address critical integrity questions left open by existing media coverage. Such records will show the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration courts.

B.    URGENCY TO INFORM THE PUBLIC ABOUT FEDERAL GOVERNMENT ACTIVITY BY A REQUESTER

Additionally, and alternatively, the Council has a compelling need for the records sought. It is primarily engaged in disseminating information. And urgency also exists to inform the public about the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration court.

1.    *The Council Primarily Engages in Information Dissemination*

The Council primarily engages in disseminating information and analysis on immigration and other issues. Organizations primarily engaged in information dissemination include not only "media organizations and newspapers," *Heritage Found. v. Entl. Prot. Agency*, Civil Action No. 23-748, 2023 WL 2954418, *3 (D.D.C. 2023), but also "non-partisan law and public policy group[s]" like Requesters that "regularly write[], publish[], and disseminat[e], information online," *Brennan Ctr. for Just.*, 498 F. Supp. 3d at 98 (Brennan Center); *see also Ctr. for Pub. Integrity v. U.S. Dep't of Def.*, 411 F. Supp. 3d 5 (D.D.C. 2019) (Center for Public Integrity); *Protect Dem. Proj. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 298 (D.D.C. 2017) (Protect Democracy Project); *Am. Civil Liberties Union*, 321 F. Supp. 2d at 29 n.5 (Electronic Privacy Information Center ("EPIC")).

Like Brennan Center, Protect Democracy Project, EPIC, and Center for Public Integrity, the Council authors factsheets and special reports on proposed and actual immigration policies, some of which shape media coverage in outlets across the nation.[12] It also analyzes immigration data and other government records—including those obtained through FOIA requests like this

---

[11] *See, e.g.*, Rivera et al., *supra* n. 3; Abbot, *supra* n. 3; Bellisile, *supra* n. 3; Cole et al., *supra* n. 3; Ferré-Sadurní re: Lawsuit, supra n. 3.

[12] *See, e.g.*, *Trump-Backed Mass Deportations Would Cost Billions*, Report Says, CBS News (Oct. 3, 2024), https://www.cbsnews.com/video/trump-backed-mass-deportations-would-cost-billions-report/ (discussing Am. Immigr. Council, Mass Deportation: Devasting Costs to America, Its Budget and Economy (Oct. 2, 2024), https://www.americanimmigrationcouncil.org/report/mass-deportation/); Emma Goldberg, *What if Trump Deported Millions of Immigrants*, The New York Times (Oct. 22, 2024), https://www.nytimes.com/interactive/2024/10/22/us/elections/trump-deportation.html?unlocked_article_code=1.Uk4.Pjao.99OiYFTTpEl6 (same); *What Trump's Mass Deportation Plan Might Look Like If He Wins the Election*, 60 Minutes (Oct. 27, 2024), https://www.youtube.com/watch?v=WjCHjwlSMFI (same); *Mass Deportations*, Last Week Tonight (Oct. 27, 2024), https://www.youtube.com/watch?v=0UEhMDAlX1Y (same); *The Costs of Mass Deportation? Expert Breaks Down Trump's Immigration Plan*, Amanpour & Company, (Oct. 28, 2024), https://www.youtube.com/watch?v=Dmfo3atidKE (same).

one—in interactive web reports.[13] And it circulates its reports and factsheets through its website,[14] blog, email newsletters, and an X (formerly known as Twitter) account with 64.9 thousand followers.[15]

      2.   *Urgency Exists to Inform the Public*

Urgency also exists to inform the public about the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration courts.

Requisite urgency exists where "the request touches on 'a matter of current exigency to the American public'" and delay "compromises a significant recognized interest." *Protect Dem. Proj.*, 263 F. Supp. 3d 293 at 299 (quoting *Al-Fayed v.* CIA, 254 F.3d 300, 310 (D.C. Cir. 2001)). The above topics are exigent to the American public, as demonstrated by the one hundred and twenty plus articles discussing arrests cited in this request and the mass protests against these arrests outside immigration courts. *See CREW*, 2025 WL 752367, at *13 (finding urgency to inform the public based on at least fifty articles on the issue); *Am. Civil Liberties Union of No. Cal. v. U.S. Dep't of Def.*, No. C 06-01698, 2006 WL 1469418, at *6 (N.D. Cal. May 25, 2006) (same); 6 C.F.R. § 5.5(e)(3) ("The existence of numerous articles published on a given subject can be helpful to establishing the requirement that there be an 'urgency to inform' the public on the topic.").

Delayed production of responsive records would compromise the ongoing public debate about the propriety of ICE arrests at immigration courts, particularly the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration courts. *Cf. CREW*, 2025 WL 752367, at *13 (expediting a request for records about the U.S. DOGE Service); *Protect Dem. Proj.*, 263 F. Supp. 3d 293 at 299 (expediting a request for records about a possible unlawful airstrike on Syria); *Am. Civil Liberties Union of N. Cal. v. U.S. Dep't of Def.*, No. C 06-01698, 2006 WL 1469418, at *6-7 (N.D. Cal. May 25, 2006) (expediting a request for records about possible unlawful military surveillance of protestors); *Freedom Coalition of Doctors for Choice v. Ctrs. For Disease Control & Prevention*, 2:23-cv-102, 2024 WL 69084, at *14 (N.D. Tex. Jan. 5, 2024) (expediting a request disputing the effectiveness of COVID-19 vaccines).

## IV.  FEE WAIVER REQUEST

Requestors seek a fee waiver since "disclosure of the requested records is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). ICE must construe "the FOIA fee waiver provision … liberally … in favor

---

[13] *See* Am. Immigr. Council, Torrance County Detention Facility: Troubling Role in Detaining Haitian Migrants During the 2021 Del Río Incident (2024), https://www.americanimmigrationcouncil.org/foia/torrance-detention-facility; Am. Immigr. Council, Ohio, We Have a Problem: Border Patrol & Local Law Enforcement's Patterns & Tactics of Abuse in Ohio's Immigration Enforcement (2024), https://www.americanimmigrationcouncil.org/foia/ohio-border-patrol-abuse; Am. Immigr. Council, Refugee Resettlement in U.S. Cities (2019), https://data.americanimmigrationcouncil.org/en/refugee-resettlement-us/#exploratory_tool
[14] The Council's website received 4,506,460 views from 2,952,034 different users in 2024.
[15] *See* https://x.com/immcouncil.

of waivers for noncommercial requesters" like Requesters. *Schoenman v. FBI*, 604 F. Supp. 2d 174, 188 (D.D.C. 2009). Disclosure is in the public interest where it (A) "is likely to contribute significantly to public understanding of the operations or activities of the government" and (B) "is not primarily in the commercial interest of the [R]equesters." 5 U.S.C. § 552(a)(4)(A)(iii); A)(iii); *see also* 6 C.F.R. § 5.11(k)(1). Requesters satisfy both requirements.

### A.  DISCLOSURE OF THE INFORMATION IS IN THE PUBLIC INTEREST

Disclosing the requested records is likely to contribute significantly to the public's understanding of the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration courts.

ICE must consider two factors when assessing a disclosure's contribution to public understanding of a government activity or operation, *see* 6 C.F.R. § 5.11(k)(2): (i) whether the request has a "direct and clear" rather than "remote or attenuated" connection to "identifiable operations or activities of the federal government"; and (ii) whether disclosure "would be likely to contribute significantly to public understanding of those operations or activities." *Id.* § 5.11(k)(2)(i)-(ii). Each factor supports a fee waiver here.

#### 1.  *Request Has a Direct and Clear Connection to Government Operations or Activities*

First, this request has a direct and clear relation to the following governmental operations and activities: ICE enforcement operations and arrests at or near immigration courts.

#### 2.  *Records Sought Will Contribute Significantly to Public Understanding of the Above*

Second, disclosing the records sought will "contribute significantly to public understanding of" the above activities. *Id.* § 5.11(k)(2)(ii). Such contribution exists where "[d]isclosure of the requested information [is] meaningfully informative about [these] activities" and "contribute[s] to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester." *Id.* 5.11(k)(2)(ii)(A)-(B). Both criteria are satisfied here.

##### i.  DISCLOSURE OF RECORDS IS MEANINGFULLY INFORMATIVE

Disclosing requested records will be meaningfully informative about the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration court. Disclosure is meaningfully informative where disclosed information is not "in the public domain, in either the same or a substantially identical form." *Id.* § 5.11(k)(2)(ii)(A).

Here, as demonstrated by the media coverage cited above, the public only knows that ICE is arresting noncitizens at or near immigration courts after moving to dismiss their immigration cases and that immigration judges are granting many dismissals, thereby allowing ICE to pursue

expedited removal. [16] Public knowledge does not extend to the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests of noncitizens at immigration courts. Requested records are therefore "meaningfully informative" about these activities.

      ii.   DISCLOSURE OF RECORDS CONTRIBUTES TO UNDERSTANDING OF A REASONABLY BROAD AUDIENCE

Disclosing requested records will contribute to the understanding of a reasonably broad audience of persons interested in ICE arrests at or near immigration courts.

Requesters presumably satisfy this consideration as representatives of the news media. *Id.* § 5.11(k)(2)(ii)(B). They both "gather[] information of potential interest to a segment of the public, use[] [their] editorial skills to turn the raw materials into a distinct work, and distribute[] that work to an audience." *Id.* § 5.11(b)(6); *see also Serv. Women's Action Network v. Dep't of Def.*, 888 F. Supp. 2d 282, 287-88 (D. Conn. 2012) (finding that ACLU is a news media representative); *cf. Elec. Privacy Info. Ctr. v. Dep't of Def.*, 241 F. Supp. 2d 5, 10-15 (D.D.C. 2003) (finding that an organization similar to the Council is a news media representative).

Additionally, and alternatively, the ongoing and extensive media coverage in nationwide, state, and local outlets about ICE arrests at and near immigration courts demonstrates interest in these subjects by a reasonably broad audience. Requesters intend and are well-equipped to inform this audience about the information contained in responsive records, as they are experts in educating the public about immigration issues.

As detailed further in the expedited processing section, the Council analyzes government records—including those obtained through FOIA requests like this one—in interactive web reports and other publications available for free on its website. [17] And it circulates these publications for free through its website, [18] blog, email newsletters, and X an account with 64.9 thousand followers. It intends to publish content about records obtained from this request on its website and otherwise disseminate that content to its readers and the larger public.

Similarly, LatinoJustice PRLDEF produces newsletters, blogs, reports, opinion, editorials, and video interviews about the constitutional rights and equal protection of Latinos, immigrants, and other marginalized communities. [19] And it circulates these publications for free through its social media accounts. All of its materials are free and available to the public on its website.

---

[16] *See generally* Media articles cited in footnotes 2-11.

[17] *See, e.g.,* Torrance County Detention Facility: Troubling Role in Detaining Haitian Migrants During the 2021 Del Rio Incident, *supra* n. 13; Ohio, We Have a Problem: Border Patrol & Local Law Enforcement's Patterns & Tactics of Abuse in Ohio's Immigration Enforcement, *supra* n. 13; Refugee Resettlement in U.S. Cities, *supra* n. 13.

[18] The Council's website received 4,506,460 views from 2,952,034 different users in 2024.

[19] *See, e.g.,* LatinoJustice PRLDEF, 100 Days Later: The Harm So Far to Latinx Communities (April 2025), https://www.latinojustice.org/en/pressreport/100-days-later-harm-so-far-latinx-communities; LatinoJustice PRLDEF, A Promise to Harm: What's at Stake for the Latino Community in Project 2025 (Oct. 2024), https://www.latinojustice.org/en/pressreport/promise-harm-whats-stake-latino-community-project-2025.

In sum, Requesters intend to analyze the records they receive from this request and educate a broad audience of the interested public about them. And, Requesters have a demonstrated ability to do so.

B.   REQUESTERS' LACK OF COMMERCIAL INTEREST

Turning to commercial interest, disclosure is not primarily in Requesters' commercial interest. As nonprofits, Requesters have no commercial interest in the records requested. *See Am. Ctr. for L. & Just. v. U.S. Dep't of Homeland Sec.*, 573 F. Supp. 3d 78, 84 (D.D.C. 2021) ("[N]onprofit organizations by definition have no commercial interests."); *Am. Immigr. Council v. U.S. Dep't of Homeland Sec.*, 82 F. Supp. 3d 396, 406 (D.D.C. 2015) (finding that the Council has no such interest in its record requests). Rather, the request furthers Requesters' work to increase public understanding of immigration processes, including ICE enforcement operations in and around immigration courts and the extent that OPLA attorneys coordinate, support, and otherwise facilitate ERO arrests.

Alternatively, and additionally, the public interest in obtaining a better understanding of ICE's actions discussed above exceeds any commercial interest that ICE may ascribe to Requesters in records responsive to this request.

***

Thank you for your attention to this request. If you have any questions regarding this request, please do not hesitate to contact us.

Very truly yours,

/s/ Chris Opila _____                    _/s/Rex Chen _____

Christopher ("Chris") Opila                  Rex Chen
Staff Attorney (Transparency)                Supervising Counsel for Immigrant Rights
American Immigration Council                 LatinoJustice PRLDEF,
PMB2026                                      475 Riverside Drive Suite 1901
2001 L Street N.W., Suite 500                New York, NY 10115
Washington, DC 20036                         212-219-3360 | rchen@latinojustice.org
202-507-7699 | copila@immcouncil.org

**From:**    ice-foia@ice.dhs.gov
**To:**    Chris Opila                                    Exhibit B
**Subject:**    ICE FOIA 2025-ICFO-51687
**Date:**    Wednesday, July 30, 2025 11:12:41 AM

---

**Warning: Unusual sender** <noreply@securerelease.us>

You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

07/30/2025

Chris Opila
2001 L Street N.W.
Washington, District of Columbia 20036

RE:    ICE FOIA Case Number 2025-ICFO-51687

Dear Requester:

This acknowledges receipt of your 7/29/2025, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records,

A:ICE Associate Director of Enforcement & Removal Operations ("ERO"); The Director of ERO Field Operations; An Assistant Director of ERO Field Operations; An ERO Field Office Director; or an ERO Field Office Deputy Director;

B:ICE Principal Legal Advisor; ICE Executive Deputy Principal Legal Advisor; ICE Deputy Principal Legal Advisor for Field Legal Operations; and an ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel

C: An ICE enforcement action in or near an immigration court; an ICE arrest in or near an immigration court; or dismissal or termination of immigration cases or proceedings in immigration court.. Your request was received in this office on 7/29/2025.

After careful review of your FOIA request, we determined that your request is not reasonably described due to the reason(s) listed below:

-Your request is too broad in scope.
-Your request did not specifically identify the records which you are seeking.

Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.  For this reason, §5.3(b) of the DHS regulations, 6 C.F.R. Part 5, require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, case number, and subject matter of the records, if known, or the ICE program office you believe created and/or controls the record.  The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

As you did not provide the necessary information described above, we are unable to process this request. Please provide additional information. If you choose to modify this request, please consider providing the information listed below so that there will be no further delays in processing your request.

-Clearly identify the subject matter.
-Provide a date range of X-X days/weeks/months/years.
-Identify the specific program office, position titles, or individuals.
-Avoid using general or ambiguous language (e.g. "all communications," "everything related to," "all records").

In order to conduct a search for electronic communications, you must provide the email address for ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel, or the domain used. If you provide only the domain, we will need additional keywords.

We require the emails addresses of the Regional Deputy Chief Immigration Judge(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide the names of operations, and/or the city/state, and date of occurrence.  Searching "An ICE enforcement operation in or near an immigration court" will not produce the documents you seek.

We require the emails addresses of an Assistant Chief Immigration Judge(s) you would like searched.

If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide the names of operations, and/or the city/state, and date of occurrence.  Searching "An ICE arrest in or near an immigration court" will not produce the documents you seek.

We require the emails addresses of the court administrator(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide case numbers, court dates or additional keywords. Searching "Dismissal or termination of immigration cases or proceedings in immigration court" will not produce the documents you seek.

In order to conduct a search for emails involving the Director of ERO Field Operations, Assistant Director of ERO Field Operations, ERO Field Office Director, or an ERO Field  Office Deputy Director, additional information is required. If more than one ICE employee holds the title, you must provide the office of region of the ICE employee you would like searched. If you are looking for correspondence with specific individuals, provide the email addresses or titles, if they are an ICE employee. If they are not an ICE employee, provide the email addresses or domains. We also require keywords for the search. You have not provided any topic or keywords. Searching all correspondence without narrowing with keywords, and email addresses is too broad.

Please provide the above information within 30 days from the date of this correspondence. If we do not receive a response within 30 days, we will assume you are no longer interested in obtaining the information, and your case will be administratively closed. This is not a denial of your request. Upon receipt of the required information we will provide anew status for your request.

If you require assistance to reasonably describe the records you are seeking, please contact FOIA Public Liaison Daniel Edgington at (866) 633-1182 or 500 12th St., SW Stop 5009 Washington, DC 20536-5009. You have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.


Sincerely,
ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009