# Exhibit AD

| | |
|---|---|
| **From:** | ice-foia@ice.dhs.gov |
| **To:** | Chris Opila |
| **Subject:** | ICE FOIA 2025-ICFO-51690 |
| **Date:** | Wednesday, July 30, 2025 11:13:12 AM |

**External sender** <noreply@securerelease.us>

Make sure you trust this sender before taking any actions.

07/30/2025

Chris Opila
2001 L Street N.W.
Washington, District of Columbia 20036

RE:     ICE FOIA Case Number 2025-ICFO-51690

Dear Requester:

This acknowledges receipt of your 7/29/2025, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records,

A: ICE Principal Legal Advisor; ICE Executive Deputy Principal Legal Advisor; ICE Deputy Principal Legal Advisor for Field Legal Operations; or an ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel

B: The Chief Immigration Judge; A Regional Deputy Chief Immigration Judge ("RDCJ"); An Assistant Chief Immigration Judge ("ACIJ"); or a court administrator;

C: Expedited Removal; an ICE enforcement action in or near an immigration court; an ICE arrest in or near an immigration court; or dismissal or termination of immigration cases or proceedings in

immigration court.. Your request was received in this office on 7/29/2025.

After careful review of your FOIA request, we determined that your request is not reasonably described due to the reason(s) listed below:

-Your request is too broad in scope.
-Your request did not specifically identify the records which you are seeking.

Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.  For this reason, §5.3(b) of the DHS regulations, 6 C.F.R. Part 5, require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, case number, and subject matter of the records, if known, or the ICE program office you believe created and/or controls the record.  The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

As you did not provide the necessary information described above, we are unable to process this request. Please provide additional information. If you choose to modify this request, please consider providing the information listed below so that there will be no further delays in processing your request.

-Clearly identify the subject matter.
-Provide a date range of X-X days/weeks/months/years.
-Identify the specific program office, position titles, or individuals.
-Avoid using general or ambiguous language (e.g. "all communications," "everything related to," "all records").

In order to conduct a search for electronic communications, you must provide the email address for The Chief Immigration Judge, or the domain used. If you provide only the domain, we will need additional keywords, "Expedited Removal" is too broad when searching a domain.

We require the emails addresses of the Regional Deputy Chief Immigration Judge(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide the names of operations, and/or the city/state, and date of occurrence.  Searching "An ICE enforcement operation in or near an immigration court" will not produce the documents you seek.

We require the emails addresses of an Assistant Chief Immigration Judge(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide the names of operations, and/or the city/state, and

date of occurrence.  Searching "An ICE arrest in or near an immigration court" will not produce the documents you seek.

We require the emails addresses of the court administrator(s) you would like searched. If you are unable to provide the email addresses, we can accept the domain. Specific keywords are required for this search. We suggest you provide case numbers, court dates or additional keywords. Searching "Dismissal or termination of immigration cases or proceedings in immigration court" will not produce the documents you seek.

In order to conduct a search for emails involving the ICE Principal Legal Advisor; ICE Executive Deputy Principal Legal Advisor; ICE Deputy Principal Legal Advisor for Field Legal Operations; or an ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel, additional information is required. If more than one ICE employee holds the title, you must provide the office of region of the ICE employee you would like searched. If you are looking for correspondence with specific individuals, provide the email addresses or titles, if they are an ICE employee. If they are not an ICE employee, provide the email addresses or domains. We also require keywords for the search. You have not provided any topic or keywords. Searching all correspondence without narrowing with keywords, and email addresses is too broad.

Please provide the above information within 30 days from the date of this correspondence. If we do not receive a response within 30 days, we will assume you are no longer interested in obtaining the information, and your case will be administratively closed. This is not a denial of your request. Upon receipt of the required information we will provide anew status for your request.
If you require assistance to reasonably describe the records you are seeking, please contact FOIA Public Liaison Daniel Edgington at (866) 633-1182 or 500 12th St., SW Stop 5009 Washington, DC 20536-5009. You have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.



Sincerely,
ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009