# Exhibit AP

| | |
|---|---|
| **From:** | ice-foia@ice.dhs.gov |
| **To:** | Chris Opila |
| **Subject:** | ICE FOIA 2026-ICAP-00012, 2025-ICFO-51693 |
| **Date:** | Tuesday, October 14, 2025 6:01:57 PM |

**External sender** <noreply@securerelease.us>

Make sure you trust this sender before taking any actions.

10/14/2025

Chris Opila
2001 L Street N.W.
Washington, District of Columbia 20036

RE:  ICE FOIA Case Number 2026-ICAP-00012, 2025-ICFO-51693

Dear Requester:

The Department of Homeland Security has received your letter appealing the adverse determination of your Freedom of Information Act/Privacy Act (FOIA/PA) request by U.S. Immigration and Customs Enforcement. Your appeal was dated and received on 10/14/2025.

The Government Information Law Division acknowledges your appeal request of and is assigning it number 2026-ICAP-00012 for tracking purposes.  Please reference this number in any future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department.  Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis.   While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter.  Should you have any questions concerning the processing of your appeal, please contact Daniel Edgington ICE FOIA Office/Public Liaison at (866) 633-1182 or at 500 12th St., SW Washington, DC 20536-5009.

Sincerely,

Sara Jazayeri
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security