UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATINOJUSTICE PRLDEF,<br><br>   And<br><br>AMERICAN IMMIGRATION COUNCIL,<br><br>         *Plaintiffs*,<br><br>          v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW,<br><br>   And<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>         *Defendants*. | Civil Action No. 25-8516<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Anisha Hindocha, for admission to practice *pro hac vice* in the above-captioned matter, is hereby granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

   Anisa Hindocha
   Democracy Forward Foundation
   P.O. Box 34553
   Washington, D.C. 20043
   Tel: 202-448-9090
   ahindocha@democracyforward.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____10/28/2025_____          _____/s/ Vernon Broderick_____
                                                                                         Honorable Vernon S. Broderick
                                                                                         United States District Judge