Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Executive Office for Immigration Review, Office of the Chief Clerk
was received by me on *(date)* 10/29/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by mailing a copy of the documents listed herein to Executive Office for Immigration Review, Office of the Chief Clerk, 5107 Leesburg Pike, Suite 2000, Falls Church, Virginia 22041 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3474 66. Service was signed for on 10/30/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/06/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

LatinJustice PRLDEF, et al.
        Plaintiffs

vs.

Case No.: 1:25-cv-08516-VSB

U.S. Immigrations and Customs Enforcement, et al.
        Defendants

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint for Declaratory and Injunctive Relief with Exhibits

SERVE TO: Executive Office for Immigration Review, Office of the Chief Clerk

SERVICE ADDRESS: 5107 Leesburg Pike, Suite 2000, Falls Church, Virginia 22041

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Executive Office for Immigration Review, Office of the Chief Clerk, 5107 Leesburg Pike, Suite 2000, Falls Church, Virginia 22041 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3474 66. Service was signed for on 10/30/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/06/2025

*/s/ Carrie Hollingshed*

Carrie Hollingshed

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: LatinoJustice PRLDEF and American Immigration Council v. U.S. ICE et al
Job #:14477475



October 30, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3474 66**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | October 30, 2025, 12:04 pm |
| Location: | FALLS CHURCH, VA 22041 |
| Postal Product: | Priority Mail Express 2-Day® |
| Extra Services: | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| Recipient Name: | EXECUTIVE OFFICE FOR IMMIGRATION REVIEW |
| Actual Recipient Name: | M ROBINSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Executive Office for Immigration Review
Office of the Chief Clerk
5107 Leesburg Pike
Suite 2000
Falls Church, VA 22041
Cost of Service: $29.45
Reference #: 14477475