Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Justice
was received by me on *(date)*  10/29/2025 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

X ❒ Other *(specify):*
Service was completed by mailing a copy of the documents listed herein to U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3474 73. Service was signed for on 10/31/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/06/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*LationJustice PRLDEF, et al.*
        *Plaintiffs*

                    *vs.*            Case No.: 1:25-cv-08516-VSB

*U.S. Immigrations and Customs Enforcement, et al.*
        *Defendants*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons and Complaint for Declaratory and Injunctive Relief with Exhibits*

*SERVE TO: U.S. Department of Justice*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3474 73. Service was signed for on 10/31/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 11/06/2025*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: LatinoJustice PRLDEF and American Immigration Council v. U.S. ICE et al*
*Job #:14477487*

October 31, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3474 73**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 31, 2025, 4:48 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  DEPARTMENT OF JUSTICE |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cost of Service: $29.45
Reference #: 14477487