FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security

was received by me on *(date)*  10/29/2025  .

➢  I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____ ; or

➢  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

➢  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

➢  I returned the summons unexecuted because _____ ; or

X ➢  Other *(specify):*

Service was completed by mailing a copy of the documents listed herein to U.S. Department of Homeland Security, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3474 42. Service was signed for on 10/30/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___11/06/2025___

*Carrie Hollingshed*

_____
*Server's signature*

Carrie Hollingshed, Private Process Server
_____
*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
_____
*Server's address*

Additional information regarding attempted service, etc:

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

*LationJustice PRLDEF, et al.*
        ***Plaintiffs***

                                        ***vs.***                    Case No:1:25-cv-08516-VSB

*U.S. Immigrations and Customs Enforcement, et al.*
        ***Defendants***

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons and Complaint for Declaratory and Injunctive Relief with Exhibits*

*SERVE TO: U.S. Department of Homeland Security*

*SERVICE ADDRESS: 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Homeland Security, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3474 42. Service was signed for on 10/30/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 11/06/2025*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: LatinoJustice PRLDEF and American Immigration Council v. U.S. ICE et al*
*Job #:14477407*

**UNITED STATES**
**POSTAL SERVICE**

October 30, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9481 7362 0855 1274 3474 42**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 30, 2025, 8:11 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF THE GENERAL COUNSEL |
| **Actual Recipient Name:** | R GILL |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Recipient Signature | |
|---|---|
| Signature of Recipient: | R Gill    R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528
Cost of Service: $29.45
Reference #: 14477407