UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LATINO JUSTICE PRLDEF et al.,                                 :
                                                              :
                              Plaintiffs,                     :    25 Civ. 8516 (LGS)
            -against-                                         :
                                                              :
U.S. IMMIGRATION AND CUSTOMS                                  :    **ORDER**
ENFORCEMENT et al.,                                           :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in an Order entered November 3, 2025, this action was stayed during the pendency of a lapse in federal government funding, and the parties were directed (1) to negotiate a schedule for the search, processing and potential production of responsive documents, and (2) to file a joint letter on ECF apprising the Court of that schedule and whether an initial pretrial conference is necessary to resolve any open issues, within thirty days of the restoration of federal government funding.

WHEREAS, the Court takes judicial notice that federal government funding was restored effective November 13, 2025.  *See generally* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, Public L. No. 119-37.  It is hereby

**ORDERED** that, by **December 15, 2025**, the parties shall file the joint letter on ECF.

Dated: November 18, 2025
       New York, New York

                                                            _____
                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE