AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| LatinoJustice PRLDEF, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-08516 |
| U.S. Immigration and Customs Enforcement, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All defendants .

Date: 11/20/2025

/s/ Carly Weinreb
*Attorney's signature*

Carly Weinreb
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

Carly.Weinreb@usdoj.gov
*E-mail address*

(212) 637-2769
*Telephone number*

(212) 637-2786
*FAX number*