Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for the Southern District of New York
was received by me on *(date)* 10/29/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service was completed by sending a copy of the documents listed herein to Civil Process Clerk, U.S. Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York 10007 on 11/07/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885851314741. Service was signed for on 11/10/2025 at 10:00 AM by T. Messiti, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/10/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*LatinoJustice PRLDEF, et al.*
        *Plaintiffs*

*vs.*        Case No.: 1:25-cv-08516-VSB

*U.S. Immigrations and Customs Enforcement, et al.*
        *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): All Summonses Issued in this Matter and Complaint for Declaratory and Injunctive Relief with Exhibits

SERVE TO: Civil Process Clerk, U.S. Attorney's Office for the Southern District of New York

SERVICE ADDRESS: 86 Chambers Street, 3rd Floor, New York, New York 10007

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Civil Process Clerk, U.S. Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York 10007 on 11/07/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885851314741. Service was signed for on 11/10/2025 at 10:00 AM by T. Messiti, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/10/2025

*Carrie Hollingshed*

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: LatinoJustice PRLDEF and American Immigration Council v. U.S. ICE et al
Job #:14545278

November 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885851314741

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | T.Messiti | **Delivery Location:** | 86 CHAMBERS STFL 3 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | NEW YORK, NY, 10007 |
| | | **Delivery date:** | Nov 10, 2025 10:00 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 885851314741 | **Ship Date:** | Nov 7, 2025 |
| | | **Weight:** | 7.0 LB/3.18 KG |

**Recipient:**
Civil Process Clerk, U.S. Atty's Office - SDNY
86 Chambers Street
3rd Floor
NEW YORK, NY, US, 10007

**Shipper:**
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

**Reference**           14545278



T. MESSITI
#9, 10:00, 1 Del, 0 NonDel

Thank you for choosing FedEx