Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pam Bondi, in her official capacity as U.S. Attorney General

was received by me on *(date)* 10/29/2025 .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by sending a copy of the documents listed herein to Pam Bondi, in her official capacity as U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 11/07/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885901216121. Service was signed for on 11/12/2025 at 9:16 AM by A. Owens, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/14/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*LatinoJustice PRLDEF, et al.*
        *Plaintiffs*

*vs.*           Case No.: 1:25-cv-08516-VSB

*U.S. Immigrations and Customs Enforcement, et al.*
        *Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): All Summonses Issued in this Matter and Complaint for Declaratory and Injunctive Relief with Exhibits

SERVE TO: Pam Bondi, in her official capacity as U.S. Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Pam Bondi, in her official capacity as U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 11/07/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 885901216121. Service was signed for on 11/12/2025 at 9:16 AM by A. Owens, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/14/2025

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: LatinoJustice PRLDEF and American Immigration Council v. U.S. ICE et al*
*Job #:14545309*

Dear Customer,

The following is the proof-of-delivery for tracking number: 885901216121

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | FedEx Location |
| **Signed for by:** | A. OWENS | **Delivery Location:** | 1501 ECKINGTON PLACE NORTHEAST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | WASHINGTON, DC, 20002 |
| | | **Delivery date:** | Nov 12, 2025 09:16 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 885901216121 | **Ship Date:** | Nov 10, 2025 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Pam Bondi, Attorney General, Department of Justice
950 Pennsylvania Avenue, NW
WASHINGTON, DC, US, 20530

**Shipper:**
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

**Reference**    14545309



Thank you for choosing FedEx