

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 11, 2025

**Application GRANTED.** Defendants' deadline to answer or otherwise respond to the Complaint is extended to **January 29, 2026.** The Clerk of Court is respectfully directed to terminate the motion at Dkt. 23.

Dated: December 12, 2025
New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

Re:   LatinoJustice PRLDEF, et al. v. U.S. Customs and Immigration Enforcement, et al., 25-cv-8516 (LGS)

Dear Judge Schofield:

This Office represents defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security ("DHS"), Executive Office for Immigration Review ("EOIR"), and U.S. Department of Justice ("DOJ") (collectively, "Defendants") in the above-referenced action brought by plaintiffs LatinoJustice PRLDEF and American Immigration Council ("Plaintiffs"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants write respectfully to request, with Plaintiffs' consent, a 45-day extension of Defendants' time to respond to the complaint from December 15, 2025, to January 29, 2026.

Plaintiffs commenced this action on October 15, 2025. See Compl. (ECF No. 1). On November 3, 2025, due to the government shutdown that lasted from October 1 to November 12, 2025, the Court entered an Order staying this case and tolling all deadlines consistent with the terms of the Amended Standing Order. See Order, dated Nov. 3, 2025 (ECF No. 17) (attaching Amend. Standing Order, Oct. 2, 2025, In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding, M10-468, 25-mc-00433-LTS (S.D.N.Y.) (ECF No. 3) (tolling deadlines for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding)). According to the affidavits of service filed by Plaintiffs on November 7, 2025, Plaintiffs served the summons and complaint on Defendants by mail on October 29, 2025. See Aff. of Service (ECF No. 18). This Office received a copy of the summons and complaint by mail on November 10, 2025. Accordingly, service was complete as of November 10, 2025. See Fed. R. Civ. P. 4(i)(2).

Pursuant to the tolling provisions of the Amended Standing Order, Defendants' deadline to respond to the complaint is December 15, 2025. See ECF No. 17; 5 U.S.C. § 552(a)(4)(C). Defendants respectfully request a 45-day extension of that deadline to January 29, 2026. The reason for the request is that Defendants are actively engaged in evaluating and responding to Plaintiffs' FOIA requests and require additional time to locate and review the relevant materials and determine their positions in response to Plaintiffs' allegations. Extending Defendants' response deadline will facilitate these efforts and hopefully streamline the issues that need to be litigated in this case. In addition, Defendants require additional time due to the recent

government shutdown which caused backlogs and delays in Defendants' FOIA processing capabilities.

      Accordingly, for the reasons above, Defendants respectfully request an extension of their deadline to respond to the complaint from December 15, 2025, to January 29, 2026.  This is Defendants' first request to extend this deadline and Plaintiffs consent to the request. Notwithstanding this request, the parties will file a joint letter apprising the Court of the current status of the case by December 15.  <u>See</u> Order, dated November 18, 2025 (ECF No. 20).  I thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                     By:    /s/ Carly Weinreb
                           CARLY WEINREB
                           Assistant United States Attorney
                           86 Chambers Street, Third Floor
                           New York, NY 10007
                           (212) 637-2769
                           Carly.Weinreb@usdoj.gov
                           *Counsel for Defendants*

Cc:    All counsel (by ECF)