IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATINO JUSTICE PRLDEF and AMERICAN IMMIGRATION COUNCIL,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and U.S. DEPARTMENT OF JUSTICE,<br><br>  Defendants. | Civil Action No. 1:25-cv-08516-VSB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiffs LATINO JUSTICE PRLDEF and AMERICAN IMMIGRATION COUNCIL.

Dated: December 16, 2025

                                                    Respectfully Submitted,

                                                    By: */s/ Raul A. Pinto*

                                                    Raul A. Pinto (Bar No. 4963443)
                                                    AMERICAN IMMIGRATION COUNCIL
                                                    PMB2026
                                                    2001 L Street, N.W., Suite 500
                                                    Washington, D.C., 20036
                                                    Tel: (202) 507-7549
                                                    rpinto@immcouncil.org

                                                    *Counsel for Plaintiffs*