UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATINOJUSTICE PRLDEF,<br><br>  and<br><br>AMERICAN IMMIGRATION COUNCIL,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW,<br><br>  and<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendants*. | Civil Action No. 25-8516<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

   Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, Robin Thurston, hereby move this Court for an order for admission to practice *pro hac vice*, to appear as counsel for Plaintiffs in the above-captioned action.

   I am in good standing with the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 12, 2025

Respectfully submitted,

/s/ Robin Thurston

_____

Robin Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: 202-448-9090
rthurston@democracyforward.org