UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATINOJUSTICE PRLDEF,<br><br>and<br><br>AMERICAN IMMIGRATION COUNCIL,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW,<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendants*. | Civil Action No. 25-8516<br><br>**AFFIDAVIT OF ROBIN THURSTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, Robin Thurston, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice *pro hac vice* to appear as counsel for Plaintiffs—LatinoJustice PRLDEF and American Immigration Council—in the above-captioned action.

3. As shown in the certificate of good standing attached to this filing, I am a member in good standing of the Bar of the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. I am not currently subject to any disciplinary proceedings against me.

Dated: 16th    December    2025

Respectfully submitted,

*Robin Thurston*

Robin Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: 202-448-9090
rthurston@democracyforward.org

Subscribed and sworn to before me this   12/16/2025   ,

Notary commission expires:

_____04/12/2028_____
(date notary commission expires (*AFFIX SEAL*))

_____
(signature/title) (notary, clerk, or deputy clerk)
Risa Brana

State of Florida    Miami-Dade County



RISA BRANA
Notary Public - State of Florida
Commission # HH501559
Expires on April 12, 2028

Produced DRIVER LICENSE

Notarized remotely online using communication technology via Proof.