IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATINO JUSTICE PRLDEF and AMERICAN IMMIGRATION COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants. | Civil Action No. 1:25-cv-08516-LGS |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiffs LATINOJUSTICE PRLDEF and AMERICAN IMMIGRATION COUNCIL.

Dated: December 19, 2025

                                                    Respectfully submitted,

                                                    By: /s/ Rex Chen

                                                    Rex Chen
                                                    LatinoJustice PRLDEF
                                                    475 Riverside Drive Suite 1901
                                                    New York, NY 10115
                                                    rchen@latinojustice.org
                                                    212-219-3360