

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 15, 2026

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

      Re:    LatinoJustice PRLDEF, et al. v. U.S. Immigration & Customs Enforcement, et al., 25 Civ. 8516 (LGS)

Dear Judge Schofield:

      This Office represents defendants United States Immigration and Customs Enforcement ("ICE"), United States Department of Homeland Security ("DHS"), the Executive Office for Immigration Review ("EOIR"), and the United States Department of Justice ("DOJ") (collectively, the "Government") in the above-referenced action filed by plaintiffs LatinoJustice PRLDEF and American Immigration Council ("Plaintiffs") under the Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA").  Plaintiffs' FOIA requests seek records and communications relating to ICE arrests and enforcement operations in or near immigration courts.  Pursuant to the Court's Memo Endorsement dated December 16, 2025 (ECF No. 29), the parties respectfully submit this joint status letter regarding the parties' negotiations for the search, processing, and production of remaining responsive non-exempt records.

    **A.**   **Plaintiffs' FOIA Requests to ICE**

        i.    Description of the ICE FOIA Requests

      This litigation concerns five FOIA requests that Plaintiffs submitted to ICE, dated July 29, 2025.  The first FOIA request (the "ICE ERO-EOIR Comms. Request") seeks external communications between one or more ICE Enforcement and Removal Operations ("ERO") custodians listed or categorized in Column A of the table below and one or more EOIR custodians listed or categorized in Column B about a topic listed in Column C, from April 1, 2025, to the date of the agency's search:

| A | B | C |
|---|---|---|
| ICE Director | The Chief Immigration Judge | Expedited removal |
| ICE Deputy Director | A Regional Deputy Chief Immigration Judge ("RDCJ") | An ICE enforcement operation in or near an immigration court |
| ICE Chief of Staff | An Assistant Chief Immigration Judge ("ACIJ") | An ICE arrest in or near an immigration court |

| | | |
|---|---|---|
| ICE Associate Director of ERO | A court administrator | Dismissal or termination of immigration cases or proceedings in immigration court |
| The Director of ERO Field Operations | | |
| An Assistant Director of ERO Field Operations | | |
| An ERO Field Office Director | | |
| An ERO Field Office Deputy Director | | |

Compl., Ex. R (ECF No. 1-18).

Plaintiffs' second FOIA request to ICE (the "ICE Internal Comms. Request") seeks internal ICE communications between one or more ICE custodians listed or categorized in Column A of the table below and one or more ICE custodians listed or categorized in Column B about a topic listed in Column C, from April 1, 2025, to the date of the agency's search:

| A | B | C |
|---|---|---|
| ICE Associate Director of ERO | ICE Principal Legal Advisor | An ICE enforcement operation in or near an immigration court |
| The Director of ERO Field Operations | ICE Executive Deputy Principal Legal Advisor | An ICE arrest in or near an immigration court |
| An Assistant Director of ERO Field Operations | ICE Deputy Principal Legal Advisor for Field Legal Operations | Dismissal or termination of immigration cases or proceedings in immigration court |
| An ERO Field Office Director | An ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel | |
| An ERO Field Office Deputy Director | | |

Compl., Ex. X (ECF No. 1-24).

Plaintiffs' third FOIA request to ICE (the "ICE OPLA-EOIR Comms. Request") seeks external communications between one or more ICE OPLA custodians listed or categorized in Column A of the table below and one or more EOIR custodians listed or categorized in Column B about a topic listed in Column C, from April 1, 2025, to the date of the agency's search:

| A | B | C |
|---|---|---|
| ICE Principal Legal Advisor | The Chief Immigration Judge | Expedited removal |

2

| | | |
|---|---|---|
| ICE Executive Deputy Principal Legal Advisor | An RDCJ | An ICE enforcement operation in or near an immigration court |
| ICE Deputy Principal Legal Advisor for Field Legal Operations | An ACIJ | An ICE arrest in or near an immigration court |
| An ICE OPLA Field Location's Chief Counsel | A court administrator | Dismissal or termination of immigration cases or proceedings in immigration court |
| An ICE OPLA Field Location's Deputy Chief Counsel | | |

Compl., Ex. AC (ECF No. 1-29).

Plaintiffs' fourth FOIA request to ICE (the "ICE Arrest Guidance Request") seeks "all guidance, instructions, policies, and other similar records" circulated to the OPLA Assistant Chief Counsel, Deputy Chief Counsel, or Chief Counsel since January 20, 2025, about arrests of noncitizens at immigration courts by ICE ERO. Id., Exh. AH (ECF No. 1-34).

Finally, Plaintiffs' fifth FOIA request to ICE (the "ICE Dismissal Guidance Request") seeks "all guidance, instructions, policies, templates, and other similar records" provided to an OPLA Chief Counsel, Deputy Chief Counsel, or Assistant Chief Counsel since January 20, 2025, about dismissals of immigration court cases. Id., Exh. AM (ECF No. 1-39).

  ii. Status of the ICE FOIA Requests

ICE has completed its searches for records responsive to the ICE Arrest Guidance and ICE Dismissal Guidance Requests and issued a final response on December 10, 2025. The final response indicated that ICE had located and processed 20 pages of responsive records, determined that six pages were duplicative, and released the remaining 14 pages in full or in part.[1] Plaintiffs are evaluating the propriety of the claimed withholdings and asked the agency on December 15, 2025, to provide descriptions of its searches so that Plaintiffs can evaluate their reasonableness. ICE is still compiling that description.

ICE has completed some of the searches for records responsive to the ICE ERO-EOIR Comms., ICE Internal Comms., and ICE OPLA-EOIR Comms. Requests (collectively, the "ICE Comms. Requests"). Due to the large number of custodians requested for the ICE Comms. Requests (approximately 65 EOIR custodians and 40 ICE custodians have been identified) and system limitations, ICE was unable to input the search parameters into a single search and instead has been conducting individual searches for each custodian, a time-consuming process.

---

[1] ICE made an initial release of three pages of records responsive to the request for OPLA Dismissal Guidance on August 20, 2025, with portions of those pages withheld pursuant to FOIA exemptions. Unfortunately, Plaintiffs' counsel did not receive this communication. ICE re-released these three pages on December 10, 2025.

As potentially responsive records are identified in response to each search, ICE is placing those records in the processing queue so that processing can proceed simultaneously with the searches. ICE will continue to run the remaining searches for the ICE Comms. Requests until all searches are complete.

With respect to the ICE ERO-EOIR and ICE OPLA-EOIR Comms. Requests, as noted in the last joint status letter, the parties had agreed to hold those searches in abeyance while ICE considered Plaintiffs' proposal to construe the "EOIR court administrators" category of custodians to refer to the "EOIR points of contact" referenced in ICE's December 10, 2025, release. After considering this request, Defendants have declined to agree to this proposal due to the increased time and burden it would necessitate. Accordingly, ICE will use EOIR court administrators as custodians in its searches.

ICE made its first interim release in response to the ICE Comms. Requests today, January 15, 2026. As stated in the release letter, ICE processed 501 pages and 12 Excel spreadsheets of potentially responsive documents and released 34 pages in full or in part. ICE determined that the remaining 467 pages and 12 Excel spreadsheets were non-responsive. ICE plans to make its next release by February 15, 2026, and by the 15th day of each month thereafter. The parties have deferred negotiating how many pages per month ICE will process in response to the ICE Comms. Requests until after the searches are complete. Plaintiffs' position is that the ICE Comms. Requests warrant expedited processing and should be processed "as soon as practicable." 5 U.S.C. § 552(a)(6)(E)(iii). ICE is evaluating whether the ICE Comms. Requests satisfy the criteria for expedited processing. Should the parties be unable to negotiate a processing schedule, Plaintiffs will file a letter motion with the Court for a pre-motion conference on a motion for partial summary judgment on their expedited processing claim.

### B. Plaintiffs' FOIA Requests to EOIR

i.  Description of the EOIR FOIA Requests

Plaintiffs submitted two FOIA requests to EOIR, dated July 28, 2025. The first FOIA request (the "EOIR Comms. Request") seeks external communications between one or more EOIR custodians listed or categorized in Column A of the table below and one or more ICE custodians listed or categorized in Column B about a topic listed in Column C, from April 1, 2025, to the date of the agency's search:

| A | B | C |
|---|---|---|
| The Chief Immigration Judge | ICE Director | Expedited removal |
| An RDCJ | ICE Deputy Director | An ICE enforcement operation in or near an immigration court |
| An ACIJ | ICE Chief of Staff | An ICE arrest in or near an immigration court |
| A court administrator | ICE Associate Director of ERO | Dismissal or termination of immigration cases or proceedings in immigration court |

4

|  | The Director of ERO Field Operations |  |
|---|---|---|
|  | An Assistant Director of ERO Field Operations |  |
|  | An ERO Field Office Director |  |
|  | An ERO Field Office Deputy Director |  |

Compl., Ex. A (ECF No. 1-1).

Plaintiffs' second FOIA request to EOIR (the "EOIR Arrest Guidance Request") seeks "all guidance, instructions, policies, and other similar records created by, provided to, or otherwise in the possession of EOIR" for ICE enforcement operations or arrests at or near an immigration court since January 20, 2025. Id., Exh. J (ECF No. 1-10).

    ii.    Status of the EOIR FOIA Requests

EOIR has completed its search for records responsive to the EOIR Arrest Guidance Request. As a result of that search, it has identified over 700 pages of potentially responsive records to process. EOIR has proposed to issue monthly releases by the last day of each month until complete, with the first release to be made by February 27, 2026, at a processing rate of 200 pages per month. Plaintiffs are evaluating EOIR's proposal. Plaintiffs' position is that the EOIR Arrest Guidance Request warrants expedited processing and should be processed "as soon as practicable." 5 U.S.C. § 552(a)(6)(E)(iii).

With respect to the EOIR Comms. Request, since the last joint status letter EOIR has confirmed the list of EOIR custodians, identified and removed any EOIR custodians assigned to immigration courts with only detained dockets (as per Plaintiffs' narrowing proposal), and investigated whether it would be possible and/or helpful to identify and use "EOIR points of contact" custodians in place of EOIR court administrators (as noted above, Defendants determined that this proposal is not feasible). Having finalized the search parameters, EOIR is now ready to conduct searches in response to the EOIR Comms. Request and anticipates completing its searches within two weeks (*i.e.*, by January 29). Counsel will then discuss the volume of potentially responsive records and attempt to negotiate a processing schedule. Plaintiffs' position is that the EOIR Comms. Request also warrants expedited processing. EOIR's position is that a more expeditious processing rate is not practicable due to recent agency staff departures and resource constraints as well as the high volume of FOIA requests that the agency is obligated to review. Should the parties be unable to negotiate a processing schedule, Plaintiffs will file a letter motion with the Court for a pre-motion conference on a motion for partial summary judgment on their expedited processing claim.

The parties thank the Court for its consideration of these matters and will file the next joint status letter by the 15th day of next month.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:    /s/ Carly Weinreb
        CARLY WEINREB
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2769
        Carly.Weinreb@usdoj.gov
        *Counsel for Defendants*

Cc:    All counsel (by ECF)