

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 27, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

Application **GRANTED**. Defendants shall answer or otherwise respond to the Complaint by **February 12, 2026**.

Dated: January 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

    Re:    LatinoJustice PRLDEF, et al. v. U.S. Customs and Immigration Enforcement, et al., No. 25 Civ. 8516 (LGS)

Dear Judge Schofield:

    This Office represents defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security ("DHS"), Executive Office for Immigration Review ("EOIR"), and U.S. Department of Justice ("DOJ") (collectively, "Defendants") in the above-referenced action brought by plaintiffs LatinoJustice PRLDEF and American Immigration Council ("Plaintiffs"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully on behalf of Defendants, with Plaintiffs' consent, to request a two-week adjournment of the answer deadline in this action, from January 29, 2026, to February 12, 2026.

    The reason for the requested extension is that the undersigned counsel took over representation of Defendants in this action on January 20, 2026. The requested extension will allow the undersigned counsel to get up to speed on this case and confer with Defendants prior to answering the allegations in the complaint.

    This is Defendants' second request for an adjournment of their deadline to respond to the complaint. Defendants previously requested a 45-day extension of their answer deadline in order to allow Defendants to evaluate and respond to Plaintiffs' FOIA requests, and in light of delays resulting from the government shutdown. ECF No. 23. The Court granted that request on December 12, 2025. ECF No. 24.

    Thank you for your consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov
*Counsel for Defendants*

cc: All counsel (by ECF)

2