

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 10, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

    Re:    <u>LatinoJustice PRLDEF, et al. v. U.S. Immigration and Customs Enforcement, et al.</u>, No. 25 Civ. 8516 (LGS)

Dear Judge Schofield:

    This Office represents defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Executive Office for Immigration Review, and U.S. Department of Justice (collectively, "Defendants") in the above-referenced action brought by plaintiffs LatinoJustice PRLDEF and American Immigration Council (together, "Plaintiffs") under the Freedom of Information Act, 5 U.S.C. § 552. I write respectfully on behalf of Defendants, with Plaintiffs' consent, to request a two-week adjournment of the answer deadline in this action, from February 12, 2026, to February 26, 2026.

    The reason for the requested extension is that Plaintiffs intend to move to supplement their complaint pursuant to Federal Rule of Civil Procedure 15(d), to which Defendants consent. If Plaintiffs' motion is granted, Defendants will be required to respond to the supplemental complaint. Accordingly, it would be in the interest of judicial economy to allow Defendants to wait until after Plaintiffs' motion to supplement is filed before answering.

    This is Defendants' third request for an adjournment of their deadline to respond to the complaint. The court granted the Defendants' prior requested extensions. ECF Nos. 24, 34.

    Thank you for your consideration of this request.

2

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By:   */s/ Tara Schwartz*
      TARA SCHWARTZ
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (212) 637-2633
      Email: tara.schwartz@usdoj.gov
      *Counsel for Defendants*

cc:    All counsel (by ECF)