# Exhibit D

| | |
|---|---|
| **From:** | Chris Opila |
| **To:** | "jeniffer.perez.santiago@usdoj.gov" |
| **Cc:** | Raul Pinto; Rex Chen |
| **Subject:** | RE: DOJ-EOIR FOIA Request # 2025-84734 |
| **Date:** | Thursday, September 25, 2025 3:02:00 PM |

Hi Jennifer,

Thanks for all your work on this FOIA request.

The Council and LatinoJustice have serious concerns about the reasonableness of the agency's search. At minimum, the search failed to locate guidance for dismissing cases that EOIR leadership emailed to all ACIJs on May 30, which renders the search unreasonable. *Bader Family Found. v. U.S. Dep't of Educ.*, 630 F. Supp. 3d 36, 42-43 (D.D.C. 2022); *see also Ilturralde v. Comptroller of Currency*, 315 F.3d 311 (D.C. Cir. 2003) (placing "significant weight on the fact that a records search failed to turn up a particular document in analyzing the adequacy of a records search"). The search also failed to follow the "obvious leads" to this record in footnote 1 of the request, which also makes the search unreasonable. *See Valencia-Lucena v. U.S. Coast Guard*, 180 F.3d 321, 326 (D.C. Cir. 1999).

Given these clear defects, we think the most efficient path forward is for EOIR to reperform its search and work with us to identify custodians and search terms. Given the search's clear violations of caselaw, we struggle to see how DOJ will affirm the agency's search on appeal (or how a court would do so in any litigation). If the agency intends to stand by its search, can it explain in greater detail why it believes the search is reasonable, including by providing a detailed description of the search?

Best,

Chris

**Chris Opila**
*Staff Attorney (Transparency)*
Pronouns: he/him/his
202-507-7699 | copila@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**Help us build a more welcoming country. Check out our national campaign.**

---

**From:** jeniffer.perez.santiago@usdoj.gov <jeniffer.perez.santiago@usdoj.gov>
**Sent:** Thursday, September 25, 2025 12:19 PM
**To:** Chris Opila <COpila@immcouncil.org>
**Cc:** jeniffer.perez.santiago@usdoj.gov
**Subject:** DOJ-EOIR FOIA Request # 2025-84734

> **External sender** <jeniffer.perez.santiago@usdoj.gov>
> Make sure you trust this sender before taking any actions.

Re: 2025-84734

Dear Christopher Opila,

This correspondence is in response to your Freedom of Information Act (FOIA) request dated and received July 28, 2025 to the Executive Office for Immigration Review (EOIR) in which you seek
Requesters seek all guidance, instructions, policies, templates, and other similar records created by, provided to, or otherwise in the possession of EOIR for dismissing or terminating an immigration case or proceeding issued since January 20, 2025. (Date Range for Record Search: From 01/20/2025 To 07/28/2025).

A search was conducted; however, no records responsive to your request were located. Accordingly, this request has been administratively closed.

We have classified you as an "other" requester. Requesters under the "other" classification are entitled to two free hours of search time. In this instance, we have waived all fees related to the processing of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. *See* http://www.justice.gov/oip/foiapost/2012foiapost9.html.

If you need any further assistance or would like to discuss any aspect of your request, please contact the EOIR FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the Executive Office for Immigration Review's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the correspondence and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of

your original request and this response letter with your appeal.

Sincerely,

Jeniffer Perez Santiago
Attorney Advisor