# Exhibit J

| | |
|---|---|
| **From:** | jeniffer.perez.santiago@usdoj.gov |
| **To:** | Chris Opila |
| **Cc:** | jeniffer.perez.santiago@usdoj.gov |
| **Subject:** | DOJ-EOIR FOIA Request # 2025-84744 |
| **Date:** | Tuesday, August 5, 2025 11:47:58 AM |

**External sender** <jeniffer.perez.santiago@usdoj.gov>
Make sure you trust this sender before taking any actions.

Re:     2025-84744

Dear Christopher Opila,

This correspondence is in response to your Freedom of Information Act (FOIA) request dated July 28, 2025 to the Executive Office for Immigration Review (EOIR) in which you seek all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records. A: The Chief Immigration Judge; A Regional Deputy Chief Immigration Judge ("RDCJ"); An Assistant Chief Immigration Judge ("ACIJ"); or a Court Administrator. B: An Immigration Judge ("IJ") with a non-detained docket; C: An ICE enforcement operation in or near an immigration court; an ICE arrest in or near an immigration court; or dismissal or termination of immigration cases or proceedings in immigration court. (Date Range for Record Search: From 04/01/2025 To 07/28/2025).

EOIR cannot process your request at this time as it does not reasonably define a set of records to search as required by the FOIA and DOJ regulations. 5 U.S.C. § 522(a)(3); 28 C.F.R. § 16.3(b). DOJ regulations state that, "[t]o the extent possible, requesters should include specific information that may assist a component in identifying the requested records, such as the date, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number" and also that "requesters should include as much detail as possible about the specific records or the types of records that they are seeking." 28 C.F.R. § 16.3(b). **Some of the ways to narrow your request is to limit the search to only emails or calendar entries.**

Your request requires clarification and is on hold. Please contact EOIR to clarify your request. If we do not hear from you within 30 calendar days of this notice, we will assume that you are no longer interested, and your request will be administratively closed.

If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst who processed your request or the EOIR FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

Jeniffer Perez Santiago
Attorney Advisor