# Exhibit U

| | |
|---|---|
| **From:** | eoir.foiarequests@usdoj.gov |
| **To:** | Chris Opila |
| **Subject:** | DOJ-EOIR FOIA Request # 2025-84746 |
| **Date:** | Tuesday, September 30, 2025 4:40:33 PM |

> **Warning: Unusual sender** <eoir.foiarequests@usdoj.gov>
> You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Re: 2025-84746

Dear Christopher Opila,

This correspondence is in response to your Freedom of Information Act (FOIA) request dated July 28, 2025 to the Executive Office for Immigration Review (EOIR) in which you seek Requesters seek all emails, correspondence, calendar entries, meeting notes, text messages, Signal messages, WhatsApp messages, Microsoft Teams messages, and other similar communication records between one or more individuals listed in Column A of the table below and one or more individuals listed in Column B about a topic listed in Column C from April 1, 2025, to the date of a reasonable search for responsive records. A: The Chief Immigration Judge; A Regional Deputy Chief Immigration Judge ("RDCJ"); An Assistant Chief Immigration Judge ("ACIJ"); or a Court Administrator. B: ICE Principal Legal Advisor; ICE Executive Deputy Principal Legal Advisor; ICE Deputy Principal Legal Advisor for Field Legal Operations; An ICE Office of the Principal Legal Advisor ("OPLA") Field Location's Chief Counsel; An ICE OPLA Field Location's Deputy Chief Counsel. C: Expedited removal; an ICE enforcement operation in or near an immigration court; an ICE arrest in or near an immigration court; or dismissal or termination of immigration cases or proceedings in immigration court. (Date Range for Record Search: From 04/01/2025 To 07/28/2025).

As you will recall, EOIR notified you by written correspondence dated 8/5/2025 that your request required clarification and was placed on hold. *See* 28 C.F.R. § 16.3(b). EOIR also notified you that your request would be closed within 30 days if we did not hear from you. In your correspondence dated 8/20/2025, you failed to narrow your request and instead argued that no clarification was necessary. Therefore, your request has been administratively closed.

Because this Office is not assessing any fees in connection with the processing of your request, there is no need for us to consider your request for a waiver of fees if one was made.

Additionally, please be aware that if we are closing your request within ten calendar days of the receipt date, any request for expedited treatment is moot.

You may contact the EOIR FOIA Public Liaison at EOIR.FOIArequests@usdoj.gov for any further assistance and to discuss any aspect of your request. Alternatively, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the Executive Office for Immigration Review's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the correspondence and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

Matthew Broussard
Associate General Counsel