# Exhibit O



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

November 22, 2025

Christopher Opila

,
copila@immcouncil.org

Dear Christopher Opila:

    This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Executive Office for Immigration Review regarding Request No. 2025-84744 on 11/21/2025.  Please note that this Office was closed due to a lapse in funding appropriations from 10/1/25 through 11/12/25, which will result in a delay in responding to your appeal.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number A-2026-00155.  Please refer to this number in any future communication with OIP regarding this matter.  Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at 202-514-3642.  If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones

Supervisory Administrative Specialist