

February 11, 2026
By ECF

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Application **GRANTED**. By **February 13, 2026**, Plaintiffs shall file the Supplemental Complaint. By **February 26, 2026**, Defendants shall answer or otherwise respond to the Supplemental Complaint. Defendants' application to extend the time to respond to the Complaint is **DENIED** as moot. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 35 and 36.

Dated: February 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *LatinoJustice PRLDEF et al. v. U.S. Immigration & Customs Enforcement et al.* No. 25 Civ. 8516 (LGS)

Dear Judge Schofield,

Plaintiffs respectfully write for leave to file the attached Proposed First Supplemental Complaint under Federal Rule of Civil Procedure 15(d), or, in the alternative for a pre-motion conference on March 5, 2026,[1] about a forthcoming Motion to Supplement.

Plaintiffs wish to plead claims arising from three Freedom of Information Act ("FOIA") requests related to the requests at issue here that were not yet ripe when Plaintiffs filed their Complaint. Joining these requests to this litigation advances judicial economy and justice. The additional FOIA requests were filed at the same time as those already at issue in this litigation. They ask for records on the same subject. And they seek expedition on the same bases. Defendants consent to Plaintiffs' supplementing their Complaint to add these requests.

**Background**

In May, U.S. Immigration and Customs Enforcement ("ICE) began to arrest noncitizens at immigration courts after they appeared for their hearings. Compl. ¶¶ 31-32, 39, 42, ECF No. 1. ICE also began to ask immigration judges to dismiss noncitizens' cases to facilitate their deportation through expedited removal. *Id.* ¶¶ 32, 40. And the Executive Office for Immigration Review ("EOIR") directed immigration judges to grant these motions. *Id.* ¶¶ 34-36. As a result, thousands of noncitizens were arrested and deported with minimal process after immigration judges dismissed their immigration cases. *Id.* ¶¶ 31 n.7, 41.

Responding to the widespread media coverage of, and public outrage over, this new, coordinated deportation tactic and the calls therein for greater transparency, Plaintiffs filed five FOIA requests with each of the EOIR and ICE on July 28, 2025, and July 29, 2025, respectively. Compl. ¶¶ 61-150; *see also* Ex. A – Proposed First Suppl. Compl. ¶¶ 63-208. Their requests seek

---

[1] The parties are also available on March 3, 2026, before 2:00pm and March 4, 2026, between 9:00am and noon.

guidance for this new tactic, correspondence between some ICE and EOIR staff about it, and certain EOIR and ICE internal communications about it. Compl. ¶¶ 61-150; *see also* Ex. A – Proposed First Suppl. Compl. ¶¶ 63-208.

Plaintiffs did not plead claims for three of the EOIR requests in their Complaint, as they were not yet ripe. Now, Plaintiffs have exhausted the administrative process as to these requests and so request the Court's permission to add them to this litigation. *See* Ex. A – Proposed First Suppl. Compl. ¶¶ 98-146.

**Supplementing Plaintiffs' Complaint Is Appropriate**

The Court should grant Plaintiffs leave to file the Proposed Supplemental Complaint under Federal Rule of Civil Procedure 15(d). "On motion and reasonable notice" the Rule allows the Court "on just terms" to "permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Leave to supplement should be "freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties in the action." *Hall v. CIA*, 437 F.3d 94, 101 (D.C. Cir. 2006); *see also Katzman v. Sessions*, 156 F.R.D. 35, 35-39 (E.D.N.Y. 1994) (granting a FOIA requester leave to supplement his complaint to plead claims arising from a related FOIA request that had exhausted the administrative process after the start of litigation).

Supplementation is appropriate here. It promotes the economic and speedy disposition of the parties' FOIA dispute over records about Defendants' new, coordinated deportation tactic by consolidating litigation arising from Plaintiffs' FOIA Requests into a single proceeding with a single schedule. Supplementation will not cause undue delay or trial inconvenience since no processing schedule, scheduling order, or trial date has been set in this case and Defendants have yet to respond to Plaintiffs' Complaint. Nor will supplementation at such an early stage of litigation prejudice any party's rights.

For the reasons set forth above, Plaintiffs respectfully request leave to file the attached First Supplemental Complaint under Federal Rule of Civil Procedure 15(d), or in the alternative a pre-motion conference on a forthcoming Motion to Supplement.

Respectfully submitted,

Daniel A. McGrath
Anisha Hindocha*
Robin Thurston*
DEMOCRACY FORWARD FOUNDATION
P.O Box. 34553
Washington, D.C. 20043

/s/ Chris Opila_____
Christopher ("Chris") Opila
Raul A. Pinto
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036

2

(202) 448-9090
dmcgrath@democracyforward.org
ahindocha@democracyforward.org
rthurston@democracyforward.org

*Appearing Pro Hac Vice*

(202) 507-7699
copila@immcouncil.org
rpinto@immcouncil.org

Rex Chen
LATINOJUSTICE PRLDEF
475 Riverside Dr., Suite 1901
New York, NY 10115
(212) 219-3360
rchen@latinojustice.org

Enclosure: Exhibit A – Proposed First Supplemental Complaint