

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 24, 2026

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

> Re: <u>LatinoJustice PRLDEF, et al. v. U.S. Customs and Immigration Enforcement, et al.</u>, No. 25 Civ. 8516 (LGS)

Dear Judge Schofield:

This Office represents defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security ("DHS"), Executive Office for Immigration Review ("EOIR"), and U.S. Department of Justice ("DOJ") (collectively, "Defendants") in the above-referenced action brought by plaintiffs LatinoJustice PRLDEF and American Immigration Council ("Plaintiffs") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully on behalf of Defendants to request, with Plaintiffs' consent, that Defendants' time to answer be deferred until the earlier of: (i) the resolution of any summary judgment motion practice in this case; or (ii) two weeks after Defendants raise an affirmative defense and therefore stop processing any of the relevant FOIA requests. Defendants' answer is currently due February 26, 2026.

On January 15, 2026, and February 17, 2026, the parties provided the Court with joint status reports regarding the parties' negotiations regarding the search, processing, and production of the remaining records responsive to Plaintiffs' ten FOIA requests. ECF Nos. 32, 39. Because this is a FOIA action, the parties agree that, to the extent the parties cannot resolve any issues without litigation, those issues likely will be resolved via summary judgment. *See Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). The factual basis for the summary judgment motions will likely consist of Plaintiffs' FOIA requests, Defendants' responses, and one or more declarations describing the defendant agencies' search(es) and/or bases for asserting any FOIA exemptions. *See id.*

Plaintiffs may also offer, by declaration, information or documents they believe relevant. An answer to Plaintiffs' first supplemental complaint would therefore not be necessary for a summary judgment decision. Nor does Federal Rule of Civil Procedure 56 require an answer

before summary judgment motions may be made or decided.  *See, e.g., Marquez v. Cable One, Inc.*, 463 F.3d 1118, 1120 (10th Cir. 2006) (citing authority).

Because the parties agree an answer is not necessary for the next steps in litigation, including resolution of Plaintiffs' request for expedited processing, Defendants respectfully request—with Plaintiffs' consent—that Defendants' time to answer be adjourned until the sooner of: (i) resolution of the parties' summary judgment motion practice (if the case is not fully resolved before then); (ii) two weeks after Defendants raise an affirmative defense and therefore stop processing any of the relevant FOIA requests.

Numerous district courts have granted similar requests made by government agencies in FOIA cases to hold an answer deadline in abeyance until the resolution of summary judgment motion practice.  *See, e.g., Robert F. Kennedy Human Rights et al. v. United States Immigration and Customs Enforcement et al.*, No. 24 Civ. 4322 (JHR), ECF No. 20 (S.D.N.Y. Nov. 9, 2024); *New York Times Co. v. DOD, et al.*, 23 Civ. 5037 (JMF), ECF No. 13 (S.D.N.Y. July 6, 2023); *Harold E. Morris and Laura J. Share v. National Highway Traffic Safety Administration*, No. 22 Civ. 7773 (ER), ECF No. 17 (S.D.N.Y. Dec. 29, 2022); *Rickner PLLC v. Federal Bureau of Prisons*, No. 22 Civ. 9943 (JLR), ECF No. 17 (Dec. 15, 2022); *Open Society Justice Initiative v. Office of the Director of National Intelligence*, No. 20 Civ. 6625 (PAE), ECF No. 15 (S.D.N.Y. Sept. 17, 2020).

This is Defendants' first request for an adjournment of their deadline to respond to the first supplemental complaint, which was filed on February 13, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov
*Counsel for Defendants*

cc:    All counsel (by ECF)