


March 3, 2026

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *LatinoJustice PRLDEF et al. v. U.S. Immigration & Customs Enforcement et al.* 25-Civ-8516 (LGS)

Dear Judge Schofield,

Plaintiffs respectfully request the Court's leave to file the attached letter in opposition to Defendants' request to "defer the conference until one week after [U.S. Immigration and Customs Enforcement] funding is restored." *See* ECF No. 45 at 1. Defendants consent to this filing.

The proposed filing is necessary to alert the Court to Plaintiffs' opposition to the requested stay and their reasons for it. Defendants' response to Plaintiffs' letter motion for a pre-motion conference on Plaintiffs' expedited processing claims amounts to a letter motion for an adjournment since it asks the Court to stay the March 10, 2026, pre-motion conference based on the partial government shutdown. *Id.* But Defendants' filing omits Plaintiffs' opposition[1] to the requested stay and reasons "for refusing to consent," as required by the Court's Individual Rules and Procedures for Civil Cases. Individual Rules and Procedures for Civil Cases § I.B.3. The attached letter will cure this oversight and put Plaintiffs' opposition and the reasons for it before the Court.

Therefore, the Court should grant Plaintiffs leave to file the attached letter.

                                          Respectfully,

                                          /s/ Chris Opila

| | |
|---|---|
| Daniel A. McGrath | Christopher ("Chris") Opila |
| Anisha Hindocha* | Raul A. Pinto |
| Robin Thurston* | AMERICAN IMMIGRATION COUNCIL |
| DEMOCRACY FORWARD FOUNDATION | PMB2026 |
| P.O Box. 34553 | 2001 L Street N.W., Suite 500 |
| Washington, D.C. 20043 | Washington, DC 20036 |

---

[1] Plaintiffs informed Defendants of their opposition to "any request for adjournment or stay based on the shutdown" over email on February 26, 2026.

| | |
|---|---|
| (202) 448-9090<br>dmcgrath@democracyforward.org<br>ahindocha@democracyforward.org<br>rthurston@democracyforward.org<br><br>*Appearing Pro Hac Vice* | (202) 507-7699<br>copila@immcouncil.org<br>rpinto@immcouncil.org<br><br>Rex Chen<br>LATINOJUSTICE PRLDEF<br>475 Riverside Dr., Suite 1901<br>New York, NY 10115<br>(212) 219-3360<br>rchen@latinojustice.org |

Encl.: Proposed Opposition to Stay