

March 3, 2026

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *LatinoJustice PRLDEF et al. v. U.S. Immigration & Customs Enforcement et al.* 25-Civ-8516 (LGS)

Dear Judge Schofield,

Plaintiffs respectfully oppose Defendants' request to "defer" the pre-motion conference on Plaintiffs' expedited processing claims "until one week after [U.S. Immigration and Customs Enforcement ("ICE")] funding is restored." *See* ECF No. 45 at 1. Defendants' request for a deferral based on the partial government shutdown overlooks the Anti-Deficiency Act and that this shutdown arises from the very immigration debate that Plaintiffs' Freedom of Information Act ("FOIA") requests seek to inform.[1]

ICE can contest processing rates in this litigation during the shutdown without violating the Anti-Deficiency Act. Longstanding Executive Branch legal interpretations except the performance of duties required by a court order from this Act's prohibition on performing work during a lapse in appropriations. *See, e.g.*, U.S. Dep't of Just., FY2026 Contingency Plan, 2-3 (Sept. 29, 2025), https://tinyurl.com/bdest7tj; U.S. Dep't of Homeland Sec., Procedures Relating to a Lapse in Appropriations, 26 (Sept. 29, 2025), https://tinyurl.com/38wf94st. Thus, the Court's order setting the pre-motion conference and directing Defendants to respond to Plaintiffs' expedited processing claims, ECF No. 43 (issued during the partial government shutdown), authorizes Fernando Pineiro to prepare a declaration and ICE to perform any additional work necessary to contest these claims. And any future order by the Court to process Plaintiffs' FOIA requests by a given date or at a specific rate will authorize ICE staff to do.

---

[1] *Compare* Letter from Hakeem Jeffries & Chuck Schumer, U.S. House of Representatives Democratic Leader & U.S. Senate Democratic Leader, to Mike Johnson & Jone Thune, Speaker of the U.S. House of Representatives & U.S. Senate Majority Leader (Feb. 4, 2026), https://tinyurl.com/ycxu96am (hereinafter, "Shutdown Letter") (asking Congress to "[p]rohibit funds from being used to conduct enforcement near sensitive locations including …. courts"), *with* Suppl Compl. ¶¶64, 148 (seeking expedited processing to educate the public about courthouse arrests).

A stay for the partial shutdown is also inappropriate here. Responsive records are critical to the ongoing debate about immigration enforcement in the United States that has partially shutdown ICE. Indeed, one of the Democratic Party's demands for funding the agency is that Congress prohibit ICE from arresting noncitizens in immigration courts.[2] The partial government shutdown only highlights the public's interest in the records at issue here and the urgency to process them as soon as practicable. It is not cause for a stay. *Cf. N.L.R.B. v. Robbins Tire & Rubber Co.*, 437 U.S. 214, 242 (1978) ("The basic purpose of FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to … hold the governors accountable to the governed.").

The Court therefore should deny Defendants' request to defer the pre-motion conference for the pendency of the partial government shutdown.

|  | Respectfully, |
|---|---|
|  | /s/ Chris Opila |
| Daniel A. McGrath | Christopher ("Chris") Opila |
| Anisha Hindocha* | Raul A. Pinto |
| Robin Thurston* | AMERICAN IMMIGRATION COUNCIL |
| DEMOCRACY FORWARD FOUNDATION | PMB2026 |
| P.O Box. 34553 | 2001 L Street N.W., Suite 500 |
| Washington, D.C. 20043 | Washington, DC 20036 |
| (202) 448-9090 | (202) 507-7699 |
| dmcgrath@democracyforward.org | copila@immcouncil.org |
| ahindocha@democracyforward.org | rpinto@immcouncil.org |
| rthurston@democracyforward.org |  |
|  | Rex Chen |
| *Appearing Pro Hac Vice | LATINOJUSTICE PRLDEF |
|  | 475 Riverside Dr., Suite 1901 |
|  | New York, NY 10115 |
|  | (212) 219-3360 |
|  | rchen@latinojustice.org |

---

[2] *See* Shutdown Letter, *supra* n.1.