UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :

  LATINO JUSTICE PRLDEF et al.,           :

                                              :

                         Plaintiffs,   :           25 Civ. 8516 (LGS)
               -against-               :

  U.S. IMMIGRATION AND CUSTOMS     :            **<u>ORDER</u>**
  ENFORCEMENT et al.,                 :

                                              :

                               Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held in this action on March 10, 2026.  As discussed at the

conference, it is hereby

       **ORDERED** that the parties shall meet and confer regarding the search and processing of

records.  It is further

       **ORDERED** that, by **April 3, 2026**, Plaintiffs shall file a motion for summary judgment

on any issues relating to the expedited processing claim that have not been resolved by the

parties' mutual agreement.  By **April 17, 2026**, Defendants shall file an opposition.  By **April

24, 2026**, Plaintiffs shall file a reply in support of the motion.  It is further

       **ORDERED** that, if the lapse in appropriations for the Department of Homeland Security

("DHS") and/or United States Immigration and Customs Enforcement ("ICE") has not concluded

with sufficient time for DHS and ICE to participate in the opposition of Plaintiffs' motion, DHS

and/or ICE shall make one employee available to participate in the opposition -- including,

without limitation, by preparing a declaration in support of the opposition.

Dated: March 10, 2026
       New York, New York

                                           LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE