**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

LATINOJUSTICE PRLDEF, *et al.*,

      Plaintiffs,

      v.                                        Civil Action No. 25-8516 (LGS)

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

      Defendants.

## NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THEIR EXPEDITED PROCESSING CLAIMS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment on Their Expedited Processing Claims, the Declaration of Christopher Opila dated April 2, 2026, and the components of the administrative records authenticated in the declaration and either filed separately on the docket or as exhibits to that declaration, Plaintiffs, by the undersigned, hereby move the Court for an order under Federal Rule of Civil Procedure 56(a) directing partial summary judgment in their favor on their First Claim for Relief in their Supplemental Complaint: Failures to Grant Expedited Processing and compelling Defendants to process the Freedom of Information Act requests at issue in this litigation as soon as practicable.

Date: April 3, 2026

Daniel A. McGrath
Anisha Hindocha*
Robin Thurston*
DEMOCRACY FORWARD FOUNDATION
P.O Box. 34553
Washington, D.C. 20043

Respectfully submitted,

/s/    Chris Opila

Christopher ("Chris") Opila
Raul A. Pinto
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036

1

(202) 448-9090
dmcgrath@democracyforward.org
ahindocha@democracyforward.org
rthurston@democracyforward.org


*Appearing Pro Hac Vice*

(202) 507-7699
copila@immcouncil.org
rpinto@immcouncil.org

Rex Chen
LATINOJUSTICE PRLDEF
475 Riverside Dr., Suite 1901
New York, NY 10115
(212) 219-3360
rchen@latinojustice.org

2