# Exhibit B



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Christopher Opila, Esq.
American Immigration Council

                              Re:   Appeal No. A-2025-02424

                                    Request No. 2025-84733

copila@immcouncil.org

**VIA:  Email - 01/12/2026**

Dear Christopher Opila:

     You appealed from the action of the Executive Office for Immigration Review (EOIR) on your Freedom of Information Act (FOIA) request for access to "all guidance, instructions, policies, and other similar records created by, provided to, or otherwise in the possession of EOIR for ICE enforcement operations or arrests at or near an immigration court issued since January 20, 2025." Please note that this Office was closed due to a lapse in funding appropriations between October 1, 2025 and November 12, 2025, which resulted in a delay in responding to your appeal.

     I have been informed that you filed a lawsuit concerning EOIR's action in the United States District Court for the Southern District of New York. As indicated in the Department of Justice's regulations located at 28 C.F.R. § 16.8(b)(2) (2024), an appeal ordinarily will not be acted upon by this Office if the FOIA request becomes the subject of litigation. For this reason, I am closing your appeal file in this Office.

                              Sincerely,

                              X_____
                              Christina Troiani
                              Chief, Administrative Appeals Staff