# Exhibit D



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Christopher Opila, Esq.

Re:   Appeal No. A-2026-00154

Request No. 2025-84734

copila@immcouncil.org

**VIA: Online Portal - 03/25/2026**

Dear Christopher Opila:

You appealed from the action of the Executive Office for Immigration Review (EOIR) on your Freedom of Information Act (FOIA) request for access to "all guidance, instructions, policies, templates, and other similar records created by, provided to, or otherwise in the possession of EOIR for dismissing or terminating an immigration case or proceeding issued since January 20, 2025."  I note that your appeal concerns the adequacy of EOIR's search.  Please note that this Office was closed due to a lapse in funding appropriations between October 1, 2025 and November 12, 2025, which resulted in a delay in responding to your appeal.

After carefully considering your appeal, and as a result of discussions between EOIR personnel and this Office, I am remanding your request to EOIR for further processing.  You may appeal any future adverse determination made by EOIR.  If you would like to inquire about the status of this remanded request or to receive an estimated date of completion, please contact EOIR directly at 703-605-1297.

Finally, I note that you requested expedited treatment of your appeal.  Because I am closing your underlying appeal, your request for expedited treatment of this appeal is moot.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

X_____

Christina Troiani
Chief, Administrative Appeals Staff