Exhibit H



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Christopher Opila, Esq.

                                         Re:    Appeal No. A-2026-00156

                                                Request No. 2025-84746

copila@immcouncil.org

**VIA: Online Portal - 03/19/2026**

Dear Christopher Opila:

    You appealed from the action of the Executive Office for Immigration Review (EOIR) on your Freedom of Information Act (FOIA) request for access to certain records concerning communications between one or more individuals with one of four specific titles and one or more individuals with one of five specific titles in the legal field about expedited removal, an ICE enforcement operation in or near an immigration court, an ICE arrest in or near an immigration court, or dismissal or termination of immigration cases or proceedings in immigration court. I note that your appeal concerns EOIR's determination that your request was not reasonably described. Please note that this Office was closed due to a lapse in funding appropriations between October 1, 2025 and November 12, 2025, which resulted in a delay in responding to your appeal.

    After carefully considering your appeal, I am affirming EOIR's action on your request. A proper FOIA request for records must reasonably describe the records sought. See 5 U.S.C. § 552(a)(3)(A); see also 28 C.F.R. § 16.3(b) (2024). EOIR informed you that you did not reasonably describe the subject of your request. I have determined that EOIR's response was correct. EOIR cannot locate with a reasonable amount of effort the records you seek as it cannot reasonably retrieve them due to the broad, sweeping nature of the request. You may wish to submit a new request directly to EOIR.

    Finally, I note that you requested expedited treatment of your appeal. Because I am closing your underlying appeal, your request for expedited treatment of this appeal is moot.

    Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOIR in response to your

request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; or toll-free at 1-877-684-6448.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____

Christina Troiani

Chief, Administrative Appeals Staff