

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 10, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

   Re: <u>LatinoJustice PRLDEF, et al. v. U.S. Immigration and Customs Enforcement, et</u>
     <u>al.</u>, No. 25 Civ. 8516 (LGS)

Dear Judge Schofield:

   This Office represents defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Executive Office for Immigration Review, and U.S. Department of Justice (collectively, "Defendants") in the above-referenced action brought by plaintiffs LatinoJustice PRLDEF and American Immigration Council (together, "Plaintiffs") under the Freedom of Information Act, 5 U.S.C. § 552.  I write respectfully on behalf of Defendants, with Plaintiffs' consent, to request a one-week adjournment of the deadline for Defendants to submit their opposition to Plaintiffs' motion for partial summary judgment on their expedited processing claims, from April 17, 2026, to April 24, 2026.

   As background, on February 23, 2026, Plaintiffs requested a premotion conference to discuss a partial summary judgment motion on their expedited processing claims. ECF No. 41. Defendants responded, ECF Nos. 45-46, and the Court held a conference on March 10, 2026, *see* ECF No. 49. At the conference, and by written order issued thereafter, ECF No. 50, the Court set a schedule for Plaintiffs' partial motion for summary judgment on its expedited processing claims. Plaintiffs filed their motion on April 3, 2026. ECF Nos. 52-54. Defendants' opposition is due on April 17, 2026, and Plaintiffs' reply is due on April 24, 2026. *See* ECF No. 50.

   The reason for the requested extension is that, due to the press of business of the undersigned attorney, Defendants need additional time to prepare their opposition to the partial motion for summary judgment. This is Defendants' first request for an extension of their deadline to respond to Plaintiffs' partial motion for summary judgment. Plaintiffs consent to the requested extension and respectfully request that Plaintiffs' deadline to file a reply be extended to May 8 if the Court extends Defendants' deadline.

Thank you for your consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov
*Counsel for Defendants*

cc:    All counsel (by ECF)

2